## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT FAIR HOUSING CENTER<br><br>and<br><br>CARMEN ARROYO, individually and as next friend for Mikhail Arroyo<br><br>   *Plaintiffs,*<br><br> v.<br><br><br>CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC<br><br>   *Defendant.* | Case No. 3:18-705<br><br><br><br><br><br><br><br><br><br><br><br><br><br>May 23, 2018 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record: I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiffs, the Connecticut Fair Housing Center and Carmen Arroyo, individually and as next friend for Mikhail Arroyo.


By Counsel: /s/ *Salmun Kazerounian*
      Salmun Kazerounian (ct29328)
      Connecticut Fair Housing Center
      60 Popieluszko Court
      Hartford, CT 06106
      Tel: (860)560-8615
      Fax: (860)247-4236
      skazerounian@ctfairhousing.org

## CERTIFICATE OF SERVICE

  I hereby certify that on May 23, 2018 a copy of the foregoing was filed and served electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

               By: _/s/ Salmun Kazerounian_