# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Connecticut Fair Housing Center, et al.** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  **3:18-cv-00705-VLB** |
| **Corelogic Rental Property Solutions, LLC** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiffs**

Date:   **June 5, 2018**   /s/ Eric Dunn

*Attorney's signature*

**Eric Dunn (phv09610)**

*Printed name and bar number*

**National Housing Law Project**
**919 E. Main Street, Ste. 610**
**Richmond, VA 23219**

*Address*

**edunn@nhlp.org**

*E-mail address*

**415-546-7000, ext. 3120**

*Telephone number*

**(415) 546-7007**

*FAX number*

Rev. 5/4/2011

## CERTIFICATE OF SERVICE

I hereby certify that on **June 5, 2018**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**N/A**

**/s/Eric Dunn**

*Attorney's signature*