## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT FAIR HOUSING CENTER | Case No. 3:18-705 |
| and | |
| CARMEN ARROYO, individually and as next friend for Mikhail Arroyo | |
| *Plaintiffs,* | |
| v. | |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC | |
| *Defendant.* | |
| | June 6, 2018 |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record: I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiffs, the Connecticut Fair Housing Center and Carmen Arroyo, individually and as next friend for Mikhail Arroyo.

By Counsel:     /s/  *Sarah White*
                Sarah White (ct29329)
                Connecticut Fair Housing Center
                60 Popieluszko Court
                Hartford, CT 06106
                Tel: (860)263-0722
                Fax: (860)247-4236
                swhite@ctfairhousing.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018 a copy of the foregoing was filed and served electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: */s/ Sarah White*