UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT FAIR HOUSING CENTER and CARMEN ARROYO, individually and as next of friend for Mikhail Arroyo,<br><br>    Plaintiffs,<br><br>    v.<br><br>CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 3:18cv00705-VLB<br><br>July 19, 2018 |

**DEFENDANT CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant CoreLogic Rental Property Solutions, LLC ("RPS"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), for its Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, states as follows:

1.  Plaintiffs filed their Complaint on April 24, 2018.

2.  RPS was served with the Complaint on or about July 3, 2018, thereby making its responsive pleading due on or before July 24, 2018.

3.  The undersigned counsel recently was retained by RPS and continues to review the allegations of the Complaint.

4.  The allegations contained in the Complaint are lengthy and multi-faceted, necessitating additional time to investigate and respond to the allegations.

5.	RPS respectfully requests an extension until August 23, 2018, to answer or otherwise respond to Plaintiffs' Complaint.  Such extension shall not prejudice Plaintiffs and will not unduly delay this litigation.

6.	This is RPS' first request for an extension of time.

7.	Counsel for RPS has conferred with counsel for Plaintiffs, who has consented to the requested extension.

8.	In addition, given the requested extension, the parties request that the time by which they must meet and confer under Local Rule 26(f) for purposes of reporting to the Court regarding scheduling likewise be extended until August 23, 2018 with their Rule 26(f) report due fourteen days later.

WHEREFORE, Defendant CoreLogic Rental Property Solutions, LLC, respectfully requests that the Court enter the proposed order attached hereto as Exhibit A, extending RPS' responsive pleading deadline and the deadline to meet and confer pursuant to Local Rule 26(f) up to and including August 23, 2018.

Respectfully submitted,

By: **/s/ Daniel W. Cohen**
Daniel W. Cohen (Bar No. ct 30467)
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone:  (212) 704-6000
Facsimile:  (202) 704-6288
Email:  dan.cohen@troutman.com

*Counsel for Defendant CoreLogic Rental Property Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Daniel W. Cohen

Daniel W. Cohen (Bar No. ct 30467)
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 704-6000
Facsimile:   (212) 704-5901
Email:  dan.cohen@troutman.com