# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### Eric Gregory Dunn

was admitted to practice as an attorney and counsellor at the bar of this Court on June 7, 2017.

I further certify that so far as the records of this office are concerned, Eric Gregory Dunn is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 1st day of August

A.D. 2018

By: _____

*Deputy Clerk*