**UNITED STATES DISTRICT COURT**
**District of Connecticut**



*193547*

**AFFIDAVIT OF SERVICE**

Index no : 3:18-CV-00705-VLB

**Connecticut Fair Housing Ctr, et al**

       Plaintiff(s),

vs.

**Corelogic Rental Property Solutions, LLC**

       Defendant(s).
_____/

STATE OF CONNECTICUT
                  ss: East Hartford
HARTFORD COUNTY

**Sandra Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **07/03/2018** at **11:30 AM**, I served the within **Summons in a Civil Action, Complaint, Joint Trial Memorandum Order for the Hon. Vanessa C. Bryant, Order on Pretrial Deadlines, Notice Regarding Electronic Filing, Standing Protective Order, Chambers Practices District Judge Vanessa L. Bryant** on **Corelogic Rental Property Solutions, LLC** at **c/o Corporation Service Company, 50 Weston Street, Hartford, CT 06120** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Lisa Maglieri, Legal Assistant** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Corelogic Rental Property Solutions, LLC**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 36 | 5'4" | 190 |
| Other Features: **Glasses** | | | | | |

Sworn to and subscribed before me on
July 11, 2018
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 3/31/2023

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES

X_____
Sandra Yade
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#: