UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT FAIR HOUSING CENTER and CARMEN ARROYO, individually and as next of friend for Mikhail Arroyo,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,<br><br>　　　　　Defendant. | Case No. 3:18cv00705-VLB<br><br><br><br><br><br><br><br>August 27, 2018 |

### MOTION FOR VISITING ATTORNEY ADMISSION OF DAVID N. ANTHONY

In accordance with Local Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned respectfully moves for the admission of David N. Anthony of the law firm of Troutman Sanders LLP, 1001 Haxall Point, Richmond, Virginia 23219, (804) 697-5410, david.anthony@troutman.com, for purposes of appearing as counsel on behalf of Defendant, CoreLogic Rental Property Solutions, LLC, in the above-styled case only. Mr. Anthony's declaration as required by Local Rule 83.1(d) is attached hereto.

In further support of this motion, it is hereby designated that I am a member of the bar of this Court and maintain an office in the State of New York and the State of Connecticut for the practice of law. I have already entered an appearance in this matter and will continue to receive service of all papers in compliance with Local Rule 83.1(c).

        **Respectfully submitted,**

**By:** **/s/ Daniel W. Cohen**
      **Daniel W. Cohen (Bar No. CT 30467)**
      TROUTMAN SANDERS **LLP**
      **875 Third Avenue**
      **New York, NY 10022**
      **Telephone:  (212) 704-6000**
      **Facsimile:  (202) 704-6288**
      **Email:  dan.cohen@troutman.com**

      *Counsel for Defendant CoreLogic Rental Property Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel W. Cohen

Daniel W. Cohen (Bar No. CT 30467)
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 704-6000
Facsimile:   (212) 704-5901
Email:  dan.cohen@troutman.com

*Counsel for Defendant CoreLogic Rental Property Solutions, LLC*

538