UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT FAIR HOUSING CENTER** <br> and <br> **CARMEN ARROYO, individually and as next friend for Mikhail Arroyo** <br>　　　　*Plaintiffs,* <br>　v. <br><br> **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC** <br>　　　　*Defendant.* | Case No. 3:18-cv-00705-VLB <br><br><br><br><br><br><br><br><br> September 6, 2018 |

**PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME BY CONSENT TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Plaintiffs request an extension of time of 21 days, up to and including October 4, 2018, to respond to Defendant's Motion to Dismiss (Doc. 19) (hereinafter, "Motion to Dismiss"). Defendant, through counsel, has consented to the requested extension. This is Plaintiffs' first request for an extension with respect to this deadline.

Defendant filed its Motion to Dismiss on August 23, 2018, creating a deadline of September 13, 2018 for Plaintiffs to file their opposition memorandum. Plaintiffs require additional time for the following reasons:

(1)　Greg Kirschner, who is Plaintiffs' lead counsel at the Connecticut Fair Housing Center, is at trial beginning on September 6, 2018 in *Carmen Lopez v.*

*William Raveis Real Estate*, Connecticut Superior Court, Judicial District of Danbury, Docket No. DBD-CV17-6022142-S.  The trial is expected to last multiple days, and trial preparation has occupied a significant portion of Attorney Kirschner's time since Defendant filed its motion.

(2)     Defendant's motion seeks dismissal of multiple counts of Plaintiffs' Complaint, which alleges: (a) disparate impact, disparate treatment, and failure to grant a reasonable accommodation request under the Fair Housing Act; (b) violations of the Fair Credit Reporting Act; and (c) violations of the Connecticut Unfair Trade Practices Act.  Plaintiffs need additional time to conduct research and formulate their responses to Defendant's arguments.

For the foregoing reasons, Plaintiffs respectfully request that the Court extend the deadline to respond to Defendant's Motion to Dismiss by 21 days until October 4, 2018.

                Respectfully Submitted,

                PLAINTIFFS,

By:     **/s/ Greg Kirschner**
       Greg Kirschner (ct26888)
       Salmun Kazerounian (ct29328)
       Sarah White (ct29329)
       Connecticut Fair Housing Center, Inc.
       60 Popieluszko Court
       Hartford, CT 06106
       (860) 263-0724
       gkirschner@ctfairhousing.org

**/s/ Eric Dunn**
Eric Dunn, *Pro Hac Vice*
National Housing Law Project
919 E. Main Street, Ste. 610
Richmond, VA 23219
(415) 546-7000
edunn@nhlp.org

## CERTIFICATE OF SERVICE

  I hereby certify that on September 6, 2018 a copy of the foregoing was filed and served electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    By:_____/s/_____
      **Salmun Kazerounian**