Civil- (Dec-2008)

HONORABLE: V. Bryant
DEPUTY CLERK J. Shafer
RPTR/ECRO/TAPE F. Velez, ECRO
TOTAL TIME: 0 hours 12 minutes
DATE: 03/12/2019   START TIME: 09:33 AM   END TIME: 09:45 AM
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:18-cv-01708-VLB

Connecticut Fair Housing Ctr, et al.           E. Dunn, S. Kazerounian, & S. White
                                               Plaintiff's Counsel
                   vs
CoreLogic Rental Property Solutions            T. St. George & D. Cohen
                                               Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Discovery status teleconference

☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …. Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____ Hearing continued until _____ at _____

Notes: The parties have exchanged written discovery and will be referred to Magistrate Judge Robert A. Richardson for a settlement conference.