# EXHIBIT 1

**Placeholder – Motion for Leave to File Under Seal is Pending**