UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT FAIR HOUSING CENTER** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,** <br><br> *Defendant.* | No. 3:18-CV-705 (VLB) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL

Pursuant to the Protective Order in this case (Dkt. 4 at ¶14), and Local Rule 5(e)(4), Plaintiffs hereby seek leave to file under seal excerpts from the Rule 30(b)(6) deposition of Naeem Kayani, and one exhibit to that deposition. The deposition testimony was provisionally designated confidential by Defendant, subject to the opportunity to review the transcript and make its official designations. The document was designated confidential by defendant when produced in discovery, it is Corelogic's proposal to WinnResidential to provide services including the CrimSAFE product at issue in this case. Plaintiffs cite these two items in support of their reply on their motion to compel as the testimony and document establish the existence of responsive documents Defendant has refused to produced, and in many cases denied the existence of.

In this Court, filing material under seal requires "a particularized shoring of good cause." Local Rule 5(e)(5). As the documents at issue are not Plaintiffs' documents, and we cannot attest to the basis for designating them confidential,

Plaintiffs do not take any position on whether that standard is satisfied here. Plaintiffs consulted with counsel for Defendant who indicated that Defendant will file a declaration supporting its designation, as required by this Court, next week.

Dated: August 23, 2019                    Respectfully submitted,

/s/  Christine E. Webber

Greg Kirschner
Salmun Kazerounian
Sarah White
CONNECTICUT FAIR HOUSING CENTER
60 Popieluszko Ct.
Hartford, CT  06106
Tel.:  (860) 247-4400
greg@ctfairhousing.org

Eric Dunn
NATIONAL HOUSING LAW PROJECT
1663 Mission St., Suite 460
San Francisco, CA  94103
Tel.:  (415) 546-7000
edunn@nhlp.org

Joseph M. Sellers (*PHV*)
Christine E. Webber (*PHV*)
Brian C. Corman (*PHV*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
Suite 500
Washington, D.C.  20005
Tel.:  (202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
bcorman@cohenmilstein.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2019, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system. In addition, the sealed attachments to this filing were served on Timothy St. George, counsel for Defendant, via email.

      */s/ Christine E. Webber*
CHRISTINE E. WEBBER
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
Suite 500
Washington, D.C. 20005
Tel.: (202) 408-4600
cwebber@cohenmilstein.com