UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT FAIR HOUSING CENTER<br><br>and<br><br>CARMEN ARROYO, individually and as next friend for Mikhail Arroyo,<br><br>*Plaintiffs,*<br><br>-v-<br><br>CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,<br><br>*Defendant.* | Case No. 3:18-cv-00705-VLB |

### DECLARATION OF NAEEM KAYANI

1. My name is Naeem Kayani. I am over the age of 18. I am currently employed as an Executive with CoreLogic Rental Property Solutions, LLC ("RPS").

2. Based on my experience at RPS, I have personal knowledge of the facts set forth in this declaration and am competent to testify as to the matters stated below.

3. In connection with this affidavit, I have reviewed Exhibit H to Plaintiffs' Memorandum of Law in Support of Their Motion for Partial Summary Judgment, which reflects the deposition testimony of former RPS employee Robert Lindenfelzer. This declaration seeks to support the following discrete and limited passages from that deposition transcript:

   - Pages and lines 18:19-19:4, which reflect a discussion of RPS's business strategies and client/customer information;

1

- Pages and lines 107:8-108:22, which read directly from attached training materials and reflect a discussion of customer training; and

- Exhibit 6, which attaches as an exhibit to the transcript RPS's internally-developed customer training materials.

4. RPS has invested many years developing and refining its business strategies and client training programs with respect to its CrimSAFE software and other screening products, including as reflected in the identified passages in Exhibit H and the appended Exhibit 6. Those materials discuss (and identify through appended screenshots) various confidential aspects of RPS's business, including customer training and customer relations, the CrimSAFE user interface, and the other screening software products RPS offers to its clients. These non-public materials regarding RPS's business are confidential, and its public disclosure could provide competitors with insight into RPS's proprietary practices that competitors could then use to compete with RPS.

5. RPS keeps its business strategies and training program materials regarding its screening products, including the CrimSAFE software, strictly confidential, to ensure that such information is not disclosed to third parties, including its competitors. It is RPS's general policy to keep these categories of information confidential, and when such information is requested in litigation, RPS seeks the entry of an appropriate protective order prior to production.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 24, 2019

*/s/ Naeem Kayani*

Naeem Kayani

2