| | | |
|---|---|---|
| Governing Council | 1/1/2004 - 12/31/2004 | Ex Officio Member |
| MKL402 Review Team | 7/1/2003 - 12/31/2003 | Member |
| Faculty Selection Advisory | 1/1/2003 - 12/31/2003 | Member |