# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CONNECTICUT FAIR HOUSING CENTER
*et al.,*

Plaintiffs,

v.

CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC,

Defendant.

No. 3:18-CV-705 (VLB)

NOTICE OF DEPOSITION OF
CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC

To:        Defendant CoreLogic Rental Property Solutions, LLC

And to:    Timothy St. George, Attorney for Defendant CoreLogic RPS
           Troutman Sanders, 1001 Haxall Point, Richmond, VA  23219
           By email only to: Timothy.St.George@troutmansanders.com

PLEASE TAKE NOTICE that Plaintiffs, in accordance with Federal Rule of Civil Procedure 30(b)(6), will take the deposition by oral examination of Defendant CoreLogic Rental Property Solutions, LLC, on a date to be agreed upon by the parties, beginning at 9:00 a.m., at a location to be agreed to by the parties. Defendant CoreLogic is directed to designate one or more officers, directors, or managing agents, or other such persons to testify on its behalf about information known or reasonably available to the organization concerning the following topics:

1. All facts relating to consumer reports CoreLogic generated regarding Mikhail Arroyo, especially in connection with his 2016 application for

admission to the property known as Artspace Windham;

2. CoreLogic's consumer file on Mikhail Arroyo, including:

    a. its contents;

    b. its manner of storage;

    c. any requests for disclosures of information from the consumer file,

    d. CoreLogic's response to any such requests and the reasons therefore;

    e. any dissemination or disclosure of information from the consumer file; and

    f. CoreLogic's responses to and interactions with any persons or entities in connection with the consumer file;

3. CoreLogic's interactions with Carmen Arroyo and any employee of the Connecticut Fair Housing Center, especially in connection with Mikhail Arroyo's April 2016 application for admission to Artspace Windham and any requests for disclosure of consumer information regarding Mikhail Arroyo;

4. CoreLogic's past and current business relationship with WinnResidential, especially in connection with the provision of residential tenant-screening services for the property known as Artspace Windham, including:

    a. WinnResidential's CrimSAFE configuration for ArtSpace Windham in April 2016;

    b. All versions of the tenant screening report CoreLogic generated for WinnResidential in connection with Mikhail Arroyo's rental application for ArtSpace Windham, including the dates they were generated, the reasons for any differences between the versions (e.g. the documents produced by CoreLogic at Bates No. ARROYO000641-646 and ARROYO000534-000540), and the users with access to each version on the date the background check was performed (April 26, 2016);

    c. CoreLogic's communications with WinnResidential regarding Mikhail Arroyo's rental application and screening report; and

    d. CoreLogic's communications with WinnResidential regarding CrimSAFE, its use and configuration, its purpose, and its benefits,

including the content of trainings and materials used for such trainings.

5. The contents, functionality, and accuracy of any devices, systems, algorithms, databases, or processes CoreLogic uses to generate criminal background reports, especially CrimSAFE reports, including:

   a. For each database used in connection with CrimSafe: (i) the general purpose of the database; (ii) for each field included in the database, what type of information is recorded there, the format of the field (i.e. alpha, date, numeric), the permitted range of values for that field, identification of any codes used in that field, and explanation of any interaction between fields (i.e. if a field's value is dependent in some way on the value of other fields); (iii) the meaning of each code used in any field in any database; (iv) the relationship, if any, between the database and other databases, including how databases or tables are linked together or interact with each other; (v) any change over time in the meaning or use of any of the codes, fields, or databases; (vi) the reporting functionality of the database.

   b. The processes, algorithms, and/or mechanisms CoreLogic employs to (i) match a criminal offense record to a housing applicant, (ii) match a criminal offense record to a CrimSAFE category and subcategory, a degree/level (felony, etc.), and a disposition (conviction, etc.), and (iii) to determine the age of the offense (i.e. the amount of time that has passed since the offense) as used by CrimSAFE;

   c. CoreLogic's knowledge of, and efforts to determine, the degree of accuracy of the results of the processes, algorithms, and/or mechanisms described in paragraph (a) above, and any efforts CoreLogic has undertaken to improve such accuracy;

   d. The structure, content, and functionality of any criminal records databases CoreLogic has maintained or operated for use in making consumer reports in connection with applications for residential housing, including any databases from which CrimSAFE reports are derived;

   e. The processes and procedures by which CoreLogic acquires background information used in its criminal background screening products and services such as CrimSAFE.

6. CoreLogic's training of housing providers on the operation, use, purpose, and benefits of CrimSAFE.

7.  The CrimSAFE configuration options available to clients, including:

    a.  the reasons for CoreLogic's inclusion of each configuration option;

    b.  any changes CoreLogic has made to these configuration options in the past five years;

    c.  the reasons for (a) CoreLogic's selection of the specific categories and subcategories of criminal offenses used by CrimSAFE, (b) CoreLogic's decision to group criminal offense records by degree and disposition in the manner that it does, and (c) CoreLogic's decision to determine the age of a criminal offense in the manner that it does for purposes of CrimSAFE;

    d.  the reason(s) for CoreLogic's inclusion of the option to "View CrimSAFE Back-up Data" (see, e.g., Bates No. ARROYO000007);

    e.  the defaults for each option (e.g. "Default Text" for decision messages as in Bates No. ARROYO000007, whether "View CrimSAFE backup data" is selected or unselected by default, etc.), any changes to these default values in the past 10 years, and the reasons for such changes;

8.  CoreLogic's marketing of residential tenant-screening products and services, including:

    a.  its descriptions of the nature, purpose, and benefits of screening products that provide scores, recommendations, or decisions;

    b.  its marketing of criminal background screening products and services, such as CrimSAFE and "Registry CrimCHECK";

9.  Any benefits that CoreLogic believes or claims CrimSAFE offers to itself or its clients, and its marketing of such benefits;

10. CoreLogic's policies, practices, and procedures for making criminal background reports, including CrimSAFE reports, in connection with applications for residential housing since 2015;

11. CoreLogic's policies, practices, and procedures for making consumer reports for residential landlords in connection with applications for residential housing that contain scores, recommendations, decisions, or other analytical information about rental applicants, since 2015;

12. CoreLogic's policies and practices for disclosing (to consumers) consumer files and information on consumers, especially requests for consumer

disclosures that are made by persons acting on a consumer's behalf;

13. CoreLogic's policies, practices, and procedures regarding reasonable accommodation requests by consumers;

14. CoreLogic's knowledge of, and past and current efforts to assess:

   a. the effects of criminal background screening on classes of persons protected under the Fair Housing Act;

   b. the effects, if any, of criminal background screening on public safety;

   c. the effects, if any, of criminal background screening on the performance or outcomes of residential tenancies;

   d. racial and/or ethnic disparities among people with criminal offense records stored in CoreLogic's criminal records database; and

   e. racial and/or ethnic disparities among people who have received adverse CrimSAFE decisions (i.e. "Record(s) Found" or Declined).

15. CoreLogic's knowledge of any instances in the past 5 years where a consumer's substitute decision-maker (e.g. conservator) requested the consumer file, the process used to handle the request, and the outcome of any such request.

16. The content, purpose, meaning, and author of each of the following documents produced by CoreLogic in response to Plaintiffs' Requests for Production (identified by Bates Number):

   a. Documents relating to Mikhail Arroyo's screening report(s): ARROYO000641-646, 534-541, 673, 652, 533, 638-639, 264-309, 310-337, 551-574, 647-649, 656-672

   b. Documents relating to Mikhail Arroyo's file disclosure request:  452-458, 543-559, 466-479, 480-485, 575-581, 596-601, 441-451, 459-465

   c. Documents relating to WinnResidential: 206-217, 261, 264-309, 310-337, 338-340, 343-379, 380-408, 521-531

   d. Documents relating to CrimSAFE operation: 1-2, 3-9, 10-18, 19-20

   e. Email exchanges (and attachments):  188-189, 190, 191-196, 197-199, 200-202, 203-204, 341, 342, 428, 429-430, 431-433, 435, 436-437, 438, 439-440, 640, 650-651

    f.   **CrimSAFE marketing materials: 409-427**

    g.   **Database Queries and Data: 532, 542, 677-687, 688, 689, 653-654, 655[1]**

    h.   **Properties using CrimSAFE:  674-676**

    i.   **Documents relating to HUD guidance: 173-187, 188-199.**

17. **The current net worth of the company, and its assets and liabilities;**

18. **The net profit CoreLogic has derived from the sale of CrimSAFE in the past five years;**

19. **Any insurance policies and coverage available to satisfy all or part of the claims raised against CoreLogic in this action.**

    **The deposition shall be recorded by stenographic means.**

    **Presented this 22d day of July, 2019.**

                   **Respectfully submitted,**

                   */s/  Christine E. Webber*

                   **Greg Kirschner**
                   **Salmun Kazerounian**
                   **Sarah White**
                   **CONNECTICUT FAIR HOUSING CENTER**
                   **60 Popieluszko Ct.**
                   **Hartford, CT  06106**
                   **Tel.:  (860) 247-4400**
                   **greg@ctfairhousing.org**

                   **Eric Dunn**
                   **NATIONAL HOUSING LAW PROJECT**
                   **1663 Mission St., Suite 460**
                   **San Francisco, CA  94103**
                   **Tel.:  (415) 546-7000**
                   **edunn@nhlp.org**

---

    **[1] CoreLogic produced two separate Excel files labeled ARROYO000655, a barebones "data dictionary" and a racial breakdown of criminal offense records in its database.  Both are intended to be listed here.**

Joseph M. Sellers (*PHV*)
Christine E. Webber (*PHV*)
Brian C. Corman (*PHV*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
Suite 500
Washington, D.C.  20005
Tel.:  (202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
bcorman@cohenmilstein.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2019, a copy of foregoing was served by mail and by email on:

Timothy St. George, Attorney for Defendant CoreLogic RPS
Troutman Sanders, 1001 Haxall Point, Richmond, VA  23219
Timothy.St.George@troutmansanders.com


*/s/ Christine E. Webber*
Attorney's signature

Christine E. Webber (PHV)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
Suite 500
Washington, D.C.  20005
(202) 408-4600
cwebber@cohenmilstein.com