**EXHIBITS TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR PARTIAL MOTION FOR SUMMARY JUDGMENT**

| Exhibit | |
|---|---|
| 1 | Excerpts of Deposition of Angela Barnard, Rule 30(b)(6) designee |
| 2 | Expert Report of Nancy Alisburg, sworn |
| 3 | Excerpts of Deposition of Naeem Kayani, Rule 30(b)(6) designee |
| 4 | Sworn Answer of WinnResidential |
| 5 | Email receipt of the updated certificate, Plaintiffs' counsel provided an email attachment on February 6, 2019 |
| 6 | Email and letter summarizing parties' Rule 37 discovery conference |
| 7 | Email attaching conservatorship certificate |
| 8 | Declaration of Salmun Kazerounian, attaching as Ex. A excerpts of the transcript of CHRO hearing |
| 9 | Email from WinnResidential regional manager to CoreLogic account executive |
| 10 | RPS response to WinnResidential RFP |
| 11 | Excerpts of Deposition of Robert Thomas |