# EXHIBIT _

| | |
|---|---|
| COMMISSION OF HUMAN RIGHTS<br>AND OPPORTUNITIES : | CHRO NOS.: 1750140<br>1750141 |
| CARMEN ARROYO, INDIVIDUALLY AND<br>ON BEHALF OF MIKHAIL ARROYO<br>COMPLAINANTS : | |
| V. : | |
| ARTSPACE WINDHAM LP AND<br>WINN RESIDENTIAL CONNECTICUT, LLC<br>RESPONDENTS : | MARCH 31, 2017 |

## RESPONDENTS' ANSWER TO COMPLAINT

Respondents Artspace Windham LP and Winn Residential Connecticut, LLC hereby answer the Complaint as follows regarding their knowledge and information as of the February 27, 2017 date of the Complaint:

1. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.

2. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2, except admit that this is what has been told to respondents.

3. Admitted.

4. Admitted.

5. Admitted.

6.  Denied.

    a.  <u>Respondent's Position</u> – Respondents utilize a third-party screening company to perform background checks for prospective tenants. Mr. Arroyo was denied for failure to pass the criminal background requirements and Complainants were notified as such.

7.  Admitted.

8.  Admitted.

9.  Denied.

    a.  <u>Respondent's Position</u> – Respondents responded to Connecticut Fair Housing Center on December 20, 2016 clarifying that Mr. Arroyo was denied based on the background check performed by CoreLogic and not a credit check and provided Connecticut Fair Housing with direction on how to obtain specific information from CoreLogic as Respondents are not privy to the specifics of the denial, however the person who the background was run on would be able to obtain this information from CoreLogic.

10. Denied.

    a.  <u>Respondent's Position</u> – Respondents admit to receiving a letter from Connecticut Fair Housing Center date November 28, 2016, however Mr. Arroyo's credit was not at issue and was not the reason for the denial of tenancy and therefore no reasonable accommodation was necessary for credit purposes which was outlined in Respondents December 20, 2016 response letter to Connecticut Fair Housing Center.

11. Admitted.

12. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12, except admit that they received a letter from Ms. Cuerda stating this.

13. Admitted.

- 2 -

14. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14, except admit that they received a letter from Ms. Cuerda dated November 30, 2016.

15. Admitted.

16. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16, except admit that they received a letter from Ms. Cuerda dated December 12, 2016.

17. Admitted.

18. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18, except admit that they received a letter from Connecticut Fair Housing Center dated December 20, 2016.

    19. Denied.

        a. Respondent's Position – Respondents sent an email response in the form of a letter on December 20, 2016 addressed to Maria Cristina Cuerda at the CT Fair Housing Center.

    20. Denied.

        a. Respondent's Position – Any denied individual is provided with the information to contact the screening company to obtain additional information. Respondents do not perform this task for any prospect or current tenant.

    21. Denied.

        a. Respondent's Position – In Respondents' experience, denied applicants have not had an issue accessing the information they requested as to their denial.

CFHC000566

22. Denied.

   a. <u>Respondent's Position</u> – Respondents are not privy to the exact details as to the denial of each applicant. Respondents pay for this third-party screening service and are provided with a report which they make their acceptance or denial decision. This is the same report that the complaints have and Connecticut Fair Housing Center has. Every denied applicant has the ability to contact CoreLogic to obtain more information and Respondents give applicants the information to contact CoreLogic when requested.

23. Denied.

   a. <u>Respondent's Position</u> – Respondents did not refuse to identify the screening criteria used in rejecting Mr. Arroyo's application and did not reject Mr. Arroyo's accommodation request. Respondents reasonably requested that Mr. Arroyo retrieve the information from CoreLogic and submit an accommodation request that specified the specific accommodation sought and the nexus between the accommodation and Mr. Arroyo's disability, as required by law. Respondents followed their Tenant Selection Plan procedure and utilized a third-party vendor to perform the screening. CoreLogic performed the background check and provided their assessment which was acted on by Respondents. Complainants were given the information of where to obtain the information they were seeking as Respondents do not have such details. Respondents did not violate the statutes listed in this paragraph.

24. Denied.

   a. <u>Respondent's Position</u> – Respondents criminal records policy does not discriminate on the basis of race and/or national origin. The Tenant Selection Plan does not take race and/or national origin into account – if the third party screening comes back with an unfavorable criminal background check, any applicant regardless of race would be rejected.

25. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25.

- 4 -

26. Denied.

   a. <u>Respondent's Position</u> – See response to number 24 above.

27. Denied.

   a. <u>Respondent's Position</u> – See response to number 24 above.

28. Denied.

   a. <u>Respondent's Position</u> – Respondents have admitted that they do not know the facts behind the criminal background findings, however they hire a third-party vendor to perform the checks, and trust in the results they are given and therefore make their decisions based on these results.

29. Denied.

   a. <u>Respondent's Position</u> – Respondents policy is not completely speculative. A failure of a criminal background check in not speculative. Applicants have the ability to obtain specifics from the reporting agency, remedy any errors that may have been made in the process with the reporting agency and either request a reasonable accommodation request with full details or re-submit the application for a re-run of the background check.

30. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30.

31. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31.

32. State that they lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32. However, admit that they have received and are responding to this CHRO complaint.

CFHC000568

ARTSPACE WINDHAM LP AND
WINN RESIDENTIAL CONNECTICUT, LLC
RESPONDENTS

By: _____     __3/31/17__
Michael Cunningham, Duly Authorized Agent     DATE

Subscribed and sworn to before me this 30th day of March, 2017.

_____
Robert W. Chesson, Esq.
Commissioner of the Superior Court

- 6 -

CFHC000569