# EXHIBIT 5

| | |
|---|---|
| **From:** | St. George, Timothy J. |
| **To:** | Salmun Kazerounian |
| **Cc:** | Sarah White; Eric Dunn; Greg Kirschner; Dillard, Patrick F.; Lozier, Stephen D. |
| **Subject:** | RE: Arroyo et al v. Corelogic Rental Property Solutions |
| **Date:** | Friday, April 5, 2019 1:00:09 PM |
| **Attachments:** | ARROYO000534-000541 Produced.pdf |
| | ARROYO000641-000646 Produced.pdf |

Salmun,

I continue to follow up on the questions posed below. I also am processing the file disclosure. In light of the updated conservatorship certificate, however, please find attached two additional documents previously withheld from production while the conservatorship issues were addressed.

Thanks,
Tim

**Timothy J. St. George**
**troutman** sanders
Direct: 804.697.1254
tim.st.george@troutman.com


**From:** Salmun Kazerounian <skazerounian@ctfairhousing.org>
**Sent:** Friday, March 8, 2019 4:16 PM
**To:** St. George, Timothy J. <Timothy.St.George@troutman.com>
**Cc:** Sarah White <swhite@ctfairhousing.org>; Eric Dunn <ericd@nwjustice.org>; Greg Kirschner <greg@ctfairhousing.org>; Dillard, Patrick F. <Patrick.Dillard@troutman.com>; Lozier, Stephen D. <Stephen.Lozier@troutman.com>
**Subject:** RE: Arroyo et al v. Corelogic Rental Property Solutions

Tim: While this is helpful, surely your client has additional database documentation responsive to these RFPs:

> 31.     Produce all documents concerning the schema, schema documentation (such as an entity relationship diagram or data dictionary), or the like for any database or system that may reasonably be expected to contain information relating to CrimSAFE or the subject matter of this lawsuit, including information about consumers' criminal records or their race or ethnicity.

> 16.     Produce all guides, manuals, instructions, legends, codes, or other materials used for reading or interpreting information contained in Mr. Arroyo's Consumer file or the Tenant Screening Report.

> 17.     Produce all documents containing information used or relied upon in generating the Tenant Screening Report, including any rental admission criteria or other tenant screening

policies.

Specifically, and without limitation:

1. The Excel file you shared contains no information about the table or tables storing information about CrimSAFE requests and decisions connected to individual housing applications. Please provide that.

2. The data dictionary contains no information about the relationships between tables, and the "Table Description" and "Business Field Name" are (in many cases) too vague to interpret. Would you provide the detailed documentation? At a minimum, since our goal here is to query the database for relevant data, please clarify/confirm the following:

    a. Am I correct that the table CRMMASTP contains one record per criminal case with a unique identifier the MSINRE, while the table CRMOFFSP contains one record per offense? In other words, the same individual could have multiple records in CRMMASTP, and each of those records could be associated with multiple rows in CRMOFFSP, where CRMOFFSP.OFINRE = CRMMASTP.MSINRE.

    b. Am I correct that each row in the table CRMOFFCP (offense code table) corresponds to a specific criminal offense (e.g., one row would represent a particular PA shoplifting statute as identified by offense codes)?

    c. Am I correct that the table CRMOFFCP is a lookup table that provides information about each criminal offense found in CRMOFFSP based on its internal and external offense codes? And that the fields IOCTID (Category Identification Code) and IOSUBC (Sub Category) represent CrimSAFE categories? Do the possible values of these category fields include, e.g., PERSN and PERSNASSLT, meaning Crimes Against Person and Assault-Related Offenses, respectively? Does the field IOOFTY (Offense Type) differentiate between felonies and other types of offenses? What are its possible values and what do they mean? What is IOCLVL (Confidence Level), what are its possible values, and what do they mean?

    d. Am I correct that the table CRMADCDP (Disposition Table) is a lookup table for the disposition codes in CRMOFFSP that provides information about the outcome of a criminal charge, including whether it led to a conviction? What is the field IADSTY (Disposition Type Indicator), what are its possible values, and what do they mean?

With clarification on the foregoing, we should be able to get you fairly precise queries.

Thanks, and have a nice weekend.
Salmun

---

**From:** St. George, Timothy J. <Timothy.St.George@troutman.com>
**Sent:** Thursday, February 28, 2019 6:33 PM

**To:** Salmun Kazerounian <skazerounian@ctfairhousing.org>
**Cc:** Sarah White <swhite@ctfairhousing.org>; Eric Dunn <ericd@nwjustice.org>; Greg Kirschner <greg@ctfairhousing.org>; Dillard, Patrick F. <Patrick.Dillard@troutman.com>; Lozier, Stephen D. <Stephen.Lozier@troutman.com>
**Subject:** RE: Arroyo et al v. Corelogic Rental Property Solutions

Salmun,

To address your concern, here's the data dictionary and the document retention policy. Using this, let me know the proposed queries with more precision.

I am unsure the timeframe for response, nor am I promising a production given the total lack of the actual material variable: the race of the applicant. Having spoken with our data team, it's also much more complex than you are assuming. But, if you have revised queries based on the data dictionary, let me know and I'll again run them by the team.

Are you also now clarifying for geography that it's the location of the property that matters to you? That's not explicit. Also, I still don't understand anything less more granular than the State of Connecticut.

Tim

**Timothy J. St. George**
**troutman** **sanders**
Direct: 804.697.1254
tim.st.george@troutman.com

---

**From:** Salmun Kazerounian <skazerounian@ctfairhousing.org>
**Sent:** Thursday, February 28, 2019 12:07 PM
**To:** St. George, Timothy J. <Timothy.St.George@troutman.com>
**Cc:** Sarah White <swhite@ctfairhousing.org>; Eric Dunn <ericd@nwjustice.org>; Greg Kirschner <greg@ctfairhousing.org>; Dillard, Patrick F. <Patrick.Dillard@troutman.com>; Lozier, Stephen D. <Stephen.Lozier@troutman.com>
**Subject:** RE: Arroyo et al v. Corelogic Rental Property Solutions

Tim:

As we pointed out – and you acknowledged – when we spoke by phone, CoreLogic does have the race of many applicants, which it collects in connection with criminal records. In a case with which you are familiar, Abdullah Wilson sued your client in part for collecting consumers' race information and reporting it to landlords when they apply for apartments. For reference, the CoreLogic screening report for Mr. Wilson is attached. Page 9 of the report contains Mr. Wilson's (vacated and sealed) criminal record, which states "Race: Black." The training powerpoint your client prepared for WinnResidential, produced in response to our RFPs, not only makes clear that race information is routinely included in CrimSAFE reports, but explicitly advises landlords to verify the race along with

other identifying information (see, e.g., ARROYO000397). I recognize that landlords don't provide the race of an applicant when they request a background check, but as we explained by phone, that's irrelevant for purposes of our RFPs. Whatever the source of the information, your client has it for many consumers.

You are asking us for a step-by-step guide for querying your client's database, yet you continue to withhold the requested documentation regarding the structure and content of that database. I'll take a crack at a constructing a simple query for RFP 29 based on the minimal information we have about the database from ARROYO000532 and 542. Since you're keeping us in the dark about the database structure, I'm left to make a number of assumptions: that the database called 'criminaldb' is a mysql or comparable database; that the table 'crmmastp' contains one record per offense (as opposed one record per person); that the field 'msrace' contains numerical codes representing the race of the consumer as found in the offense record; and that the field 'msinre' is a unique identifier for the consumer (as opposed to the offense).  I am not very confident about that last assumption, but let's say they're all correct. The simple query below should return a count of the number of consumers of each race having any offense that appears in the table 'crmmastp':

```
SELECT msrace, COUNT(DISTINCT msinre) AS 'count'
FROM criminaldb.crmmastp
GROUP BY msrace;
```

This should return something like:

```
MSRACE      count
-----       -----
001         3064
002         20123
003         6545
004         97698
```

(counts obviously made up, and we're still waiting on you to provide documentation of what race each numerical code represents.)  This query would go a long way toward providing the information requested in RFP 29.  To provide you with a "step-by-step guide" on how to break this result down into CrimSAFE's categories of offenses, I would need to know how category information is stored in the database – or, if it's not in the database, how CrimSAFE goes about matching an offense to the category.  My best guess is that some of the fields in the table 'crmoffsp' relate to CrimSAFE categories (see bates 542), in which case this should be doable without much effort, particularly for a company that specializes in collecting, organizing, and reporting data. That's a completely blind guess because you haven't so much as provided documentation as to the meanings of the cryptic column labels (e.g. OFSTO0,OFARDA,OFCODA,OFCOO1, OFCOPR, etc.) such that we can actually interpret the documents you've produced.  Filtering the results for consumers residing in Connecticut, Windham County, and Windham, should be negligibly easy.  I recognize that not every offense record will include the applicant's race; simply provide a count of those that are unknown.

As for nos. 27-28, in response to your request for clarification as to how we would like those requests processed by virtue of the race of the applicant, see Mr. Wilson's CrimSAFE report on page 12 of the attached. Included on a single page generated by your client's system are the CrimSAFE decision, the applicant's race, and the property information – everything you need in order to

respond to the RFP. Mr. Wilson's application would be counted as one decline decision for a Black applicant in the United States, New York State, and the Bronx (location of the property). I suspect CoreLogic's data team can pretty quickly figure out how to write a query or script that counts all CrimSAFE decisions the same way; surely they're better than me at database programming.

To move this process along, I'll again do my best to give you a step-by-step **_without information about the schema or content of the database_**. Extrapolating from the Wilson CrimSAFE report, it seems there's a table of all "requests," of which one type is CrimSAFE requests. For the Wilson application, the CrimSAFE request has a "request ID" of N247652. Each CrimSAFE request record appears to include at least the property ID (in Wilson's report it's NR436), the request ID of the associated multistate criminal search relied upon by CrimSAFE (N9247660), and likely the CrimSAFE decision (though this might be stored be in a separate table). Request N9247660 (multistate criminal search) returned information associated Mr. Wilson's criminal offense, including his race. The property ID can presumably be used to query a table of properties to look up the location (see page 2, stating "NR436 – Bronx"). It looks straightforward, then, to determine, for each CrimSAFE request, the decision, race, and property location. All that's left to do is tabulate the number of accept and decline decisions for each race, then do this again for properties only in Connecticut, and again for county and local. That's the best I can do with the limited information you've agreed to provide.

By "number of decline/record(s) found decisions," I'm simply referring to the number of decline decisions. The language "Record(s) Found" is sometimes used in connection with CrimSAFE decisions, but it's clear from materials produced in response to RFPs that this simply means decline.

The information for the requested geographies is relevant and must be produced. Mr. Arroyo's claims arose in Willimantic, which is part of the town of Windham, which is in Windham County, Connecticut. The Connecticut Fair Housing Center's claims relate to all of Connecticut. There is no legitimate reason to refuse to provide that information, and the additional work and overhead required to do so is minimal.

Let us know when we can expect to receive the requested information.

Thanks,
Salmun

**Salmun Kazerounian**
Staff Attorney
Connecticut Fair Housing Center
60 Popieluszko Court
Hartford, CT 06106
t 860-560-8615 | f 860-247-4236

**From:** St. George, Timothy J. <Timothy.St.George@troutman.com>
**Sent:** Monday, February 25, 2019 1:47 PM

**To:** Salmun Kazerounian <skazerounian@ctfairhousing.org>
**Cc:** Sarah White <swhite@ctfairhousing.org>; Eric Dunn <ericd@nwjustice.org>; Greg Kirschner <greg@ctfairhousing.org>; Dillard, Patrick F. <Patrick.Dillard@troutman.com>; Lozier, Stephen D. <Stephen.Lozier@troutman.com>
**Subject:** RE: Arroyo et al v. Corelogic Rental Property Solutions

Salmun,

I have asked the client about the documents.

I will say that your search query sheets still do not make sense to me. Per my email below, I was hoping for a step-by-step guide in what you want searched.

For No. 27-28, I have already noted that we don't have the race of the applicant. So, I am not sure how you want me to process those requests by virtue of the "race/ethnicity" of the applicant. Can you clarify? I also don't know what you mean by "number of decline/record(s) found decisions." It's not clear. For the ones broken down by geography, I also don't know what you are proposing. Is that the location of the record, property, or applicant. The bottom line is that I'm not at all clear on what you want and need an itemized query process to scope it and continue to discuss a possible further response.

For No. 29, you are requesting 10 years prior to filing. I think that's pretty far outside the scope of what we agreed. Also, for both requests, I'd again ask that you remove the requests to explore on the basis of sub-territories (Connecticut, Windham, Windham County). I don't see any basis to do that.

Thanks,
Tim

**Timothy J. St. George**
**troutman** sanders
Direct: 804.697.1254
tim.st.george@troutman.com

---

**From:** Salmun Kazerounian <skazerounian@ctfairhousing.org>
**Sent:** Wednesday, February 20, 2019 1:52 PM
**To:** St. George, Timothy J. <Timothy.St.George@troutman.com>
**Cc:** Sarah White <swhite@ctfairhousing.org>; Eric Dunn <ericd@nwjustice.org>; Greg Kirschner <greg@ctfairhousing.org>; Dillard, Patrick F. <Patrick.Dillard@troutman.com>; Lozier, Stephen D. <Stephen.Lozier@troutman.com>
**Subject:** RE: Arroyo et al v. Corelogic Rental Property Solutions

Tim: Do you have an update in response to my email below from two weeks ago?

Thanks,

Salmun

---

**From:** Salmun Kazerounian
**Sent:** Wednesday, February 6, 2019 10:48 AM
**To:** 'St. George, Timothy J.' <Timothy.St.George@troutman.com>
**Cc:** Sarah White <swhite@ctfairhousing.org>; 'Eric Dunn' <ericd@nwjustice.org>; Greg Kirschner <greg@ctfairhousing.org>; 'Dillard, Patrick F.' <Patrick.Dillard@troutman.com>; 'Lozier, Stephen D.' <Stephen.Lozier@troutman.com>
**Subject:** Re: Arroyo et al v. Corelogic Rental Property Solutions

Tim: We are still reviewing the confidentiality designations and redactions and will get back to you on that.

A current copy of the conservatorship certificate is attached. Please provide a copy of Mikhail's consumer file.

Regarding the database queries, I've attached two spreadsheets intended to illustrate the information/outputs these requests are seeking. Obviously, unformatted CSV or SQL (or comparable) files are just fine, provided there are header rows or documentation sufficient to make sense of the information. Note that RFP 29.xlsx has multiple sheets.

For 27-28, we would like the number of Accept decisions and Decline/Record(s) Found decisions returned by CrimSAFE, broken down by the race/national origin of the applicant where available (and the number for which race is unavailable).

For 29, as the spreadsheet shows, we would like the number of consumers who have records that fall within each CrimSAFE category. The sampling of categories in the attached spreadsheets are pulled from ARROYO000338-339. I'm not sure I understand how it could be that the CrimSAFE categories have not been built to interact with the criminal record database. Let's say an applicant has an 8-year-old felony assault conviction, and the landlord's settings provide that a decline decision should be returned for applicants with felony convictions in the category "Assault Related Offenses" within the past 10 years. At some point in the process, the applicant's criminal conviction (which I assume is stored in the "criminal record database") has to be matched up with the CrimSAFE category called "Assault Related Offenses" in order for CrimSAFE to be able to determine that a decline decision should be returned.

It would be significantly easier to fashion queries – and know what types of queries/reports are possible – with the schema/data dictionary requested in RFPs 31-32 and documentation of the types of reports the system is capable of generating. Indeed, this discussion underscores the relevance of those requests. Please let us know when you have an update on that, which you were expecting to be able to provide a couple weeks ago.

Thanks much,
Salmun

**Salmun Kazerounian**
Staff Attorney
Connecticut Fair Housing Center
60 Popieluszko Court
Hartford, CT 06106
t 860-560-8615 | f 860-247-4236

---

**From:** St. George, Timothy J. <Timothy.St.George@troutman.com>
**Sent:** Friday, January 18, 2019 12:14 PM
**To:** Eric Dunn <edunn@nhlp.org>
**Cc:** Sarah White <swhite@ctfairhousing.org>; Salmun Kazerounian <skazerounian@ctfairhousing.org>; Greg Kirschner <greg@ctfairhousing.org>; Dillard, Patrick F. <Patrick.Dillard@troutman.com>; Lozier, Stephen D. <Stephen.Lozier@troutman.com>
**Subject:** RE: Arroyo et al v. Corelogic Rental Property Solutions

Eric,

As promised, here is an update on some outstanding items.

First, we agree to withdraw confidentiality designations for the following documents within the range you identified for the following Nos.:

- 21
- 188-189
- 197-199
- 203-204
- 234-242
- 243
- 244
- 245
- 245
- 254-255
- 262-263

Also, here is an explanation as to the redactions that appeal in the documents you identified by Nos.:

- 264-309: Redacted attachments regarding a suite of descriptions/products (e.g., credit) not implicated by this case.  All CrimSAFE content was produced.

- 310-337:  Redacted the names of attachments for a suite of other products (e.g., credit) not implicated by the case.  All CrimSAFE content was produced.

- 343-379:  Redacted information on landlord tenant record products unrelated to this

- case and various reports that can be run internally that are unrelated to this case.

- 380-408:  Redacted information on landlord tenant record products unrelated to this case and various reports that can be run internally that are unrelated to this case.

Turning towards substance, I have had a conversation with the data and technical team.  I have asked them to locate and (if located) provide to me the document retention policy, data dictionary, and database schema for the criminal record database.  I am still waiting to hear back and should have an update next week.

In terms of the search queries implicated by RFP Nos. 27-29, as limited to 5 years predating the filing of this case, we are scoping possibilities.  However, I think I need more clarity from you in certain regards.  Here's a bit more background.

- As to Nos. 28-29, CrimSAFE has two potential decisions.  Accept or Decline.  As discussed, RPS does not obtain the race of the consumer from the leasing agent, but records returned may or may not contain a race code.  Given that, please set forth exactly what you want the query to consist of and what output you desire.  Then I can scope it better.

- The same is true with respect to the database search requested in RFP No. 29.  Tell me precisely what query you want run against the database and the output so I can scope it.  I will mention, however, that during my discussions with the technical team, the CrimSAFE "categories" use logic that has not been built to interact with the criminal record database.  So, that attempt to apply product settings to a database is not straightforward.  Given that, please include in your answer whether you simply want queries run against the database along certain categories, which may be easier for now.

Finally, I provided my position as to experts, and we should be all agreed on that front, subject to my request to push them back another 15 days due to my baby's due date.

Thanks,
Tim

**Timothy J. St. George**
**troutman** sanders
Direct: 804.697.1254
tim.st.george@troutman.com

**Timothy J. St. George**
**troutman** sanders
Direct: 804.697.1254
Timothy.St.George@troutman.com

**From:** Eric Dunn <edunn@nhlp.org>
**Sent:** Wednesday, January 9, 2019 2:47 PM
**To:** St. George, Timothy J. <Timothy.St.George@troutman.com>; Cohen, Daniel W. <Dan.Cohen@troutman.com>
**Cc:** Anthony, David N. <David.Anthony@troutman.com>; Sarah White <swhite@ctfairhousing.org>; Salmun Kazerounian <skazerounian@ctfairhousing.org>; Greg Kirschner <greg@ctfairhousing.org>
**Subject:** Re: Arroyo et al v. Corelogic Rental Property Solutions

Tim--
Good chatting with you today.  Attached please find a letter which I hope accurately summarizes everything we agreed on.
Thanks.
--EGD


Eric Dunn
Director of Litigation
**National Housing Law Project**
919 E. Main Street, Ste. 610
Richmond, VA 23219
Tel: (415) 546-7000, ext. 3102


On Fri, Jan 4, 2019 at 1:23 PM Eric Dunn <edunn@nhlp.org> wrote:
> Hi Tim, Dan, and David-
> I am writing to schedule a discovery conference regarding Corelogic's responses to plaintiffs' first set of requests for production.  See attached letter.  If the proposed time doesn't work for you, please let me know and we can find another time.
>
> Thanks.
> --EGD
>
>
> Eric Dunn
> Director of Litigation
> **National Housing Law Project**
> 919 E. Main Street, Ste. 610
> Richmond, VA 23219
> Tel: (415) 546-7000, ext. 3102

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally

privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.