# EXHIBIT 7

| | |
|---|---|
| **From:** | Salmun Kazerounian |
| **To:** | "St. George, Timothy J." |
| **Cc:** | Sarah White; "Eric Dunn"; Greg Kirschner; "Dillard, Patrick F."; "Lozier, Stephen D." |
| **Subject:** | Re: Arroyo et al v. Corelogic Rental Property Solutions |
| **Date:** | Wednesday, February 6, 2019 10:48:00 AM |
| **Attachments:** | RFP 27-28.xlsx<br>RFP 29.xlsx<br>Conservatorship cert, with shading.pdf |

Tim: We are still reviewing the confidentiality designations and redactions and will get back to you on that.

A current copy of the conservatorship certificate is attached.  Please provide a copy of Mikhail's consumer file.

Regarding the database queries, I've attached two spreadsheets intended to illustrate the information/outputs these requests are seeking.  Obviously, unformatted CSV or SQL (or comparable) files are just fine, provided there are header rows or documentation sufficient to make sense of the information.  Note that RFP 29.xlsx has multiple sheets.

For 27-28, we would like the number of Accept decisions and Decline/Record(s) Found decisions returned by CrimSAFE, broken down by the race/national origin of the applicant where available (and the number for which race is unavailable).

For 29, as the spreadsheet shows, we would like the number of consumers who have records that fall within each CrimSAFE category.  The sampling of categories in the attached spreadsheets are pulled from ARROYO000338-339.  I'm not sure I understand how it could be that the CrimSAFE categories have not been built to interact with the criminal record database.  Let's say an applicant has an 8-year-old felony assault conviction, and the landlord's settings provide that a decline decision should be returned for applicants with felony convictions in the category "Assault Related Offenses" within the past 10 years.  At some point in the process, the applicant's criminal conviction (which I assume is stored in the "criminal record database") has to be matched up with the CrimSAFE category called "Assault Related Offenses" in order for CrimSAFE to be able to determine that a decline decision should be returned.

It would be significantly easier to fashion queries – and know what types of queries/reports are possible – with the schema/data dictionary requested in RFPs 31-32 and documentation of the types of reports the system is capable of generating.  Indeed, this discussion underscores the relevance of those requests.  Please let us know when you have an update on that, which you were expecting to be able to provide a couple weeks ago.

Thanks much,
Salmun

**Salmun Kazerounian**
Staff Attorney
Connecticut Fair Housing Center

60 Popieluszko Court
Hartford, CT 06106
t 860-560-8615 | f 860-247-4236

**From:** St. George, Timothy J. <Timothy.St.George@troutman.com>
**Sent:** Friday, January 18, 2019 12:14 PM
**To:** Eric Dunn <edunn@nhlp.org>
**Cc:** Sarah White <swhite@ctfairhousing.org>; Salmun Kazerounian <skazerounian@ctfairhousing.org>; Greg Kirschner <greg@ctfairhousing.org>; Dillard, Patrick F. <Patrick.Dillard@troutman.com>; Lozier, Stephen D. <Stephen.Lozier@troutman.com>
**Subject:** RE: Arroyo et al v. Corelogic Rental Property Solutions

Eric,

As promised, here is an update on some outstanding items.

First, we agree to withdraw confidentiality designations for the following documents within the range you identified for the following Nos.:

- 21
- 188-189
- 197-199
- 203-204
- 234-242
- 243
- 244
- 245
- 245
- 254-255
- 262-263

Also, here is an explanation as to the redactions that appeal in the documents you identified by Nos.:

- 264-309: Redacted attachments regarding a suite of descriptions/products (e.g., credit) not implicated by this case.  All CrimSAFE content was produced.

- 310-337:  Redacted the names of attachments for a suite of other products (e.g., credit) not implicated by the case.  All CrimSAFE content was produced.

- 343-379:  Redacted information on landlord tenant record products unrelated to this case and various reports that can be run internally that are unrelated to this case.

- 380-408:  Redacted information on landlord tenant record products unrelated to this

case and various reports that can be run internally that are unrelated to this case.

Turning towards substance, I have had a conversation with the data and technical team. I have asked them to locate and (if located) provide to me the document retention policy, data dictionary, and database schema for the criminal record database. I am still waiting to hear back and should have an update next week.

In terms of the search queries implicated by RFP Nos. 27-29, as limited to 5 years predating the filing of this case, we are scoping possibilities. However, I think I need more clarity from you in certain regards. Here's a bit more background.

- As to Nos. 28-29, CrimSAFE has two potential decisions. Accept or Decline. As discussed, RPS does not obtain the race of the consumer from the leasing agent, but records returned may or may not contain a race code. Given that, please set forth exactly what you want the query to consist of and what output you desire. Then I can scope it better.

- The same is true with respect to the database search requested in RFP No. 29. Tell me precisely what query you want run against the database and the output so I can scope it. I will mention, however, that during my discussions with the technical team, the CrimSAFE "categories" use logic that has not been built to interact with the criminal record database. So, that attempt to apply product settings to a database is not straightforward. Given that, please include in your answer whether you simply want queries run against the database along certain categories, which may be easier for now.

Finally, I provided my position as to experts, and we should be all agreed on that front, subject to my request to push them back another 15 days due to my baby's due date.

Thanks,
Tim

**Timothy J. St. George**
**troutman** sanders
Direct: 804.697.1254
tim.st.george@troutman.com




**Timothy J. St. George**
**troutman** sanders
Direct: 804.697.1254
Timothy.St.George@troutman.com

**From:** Eric Dunn <edunn@nhlp.org>
**Sent:** Wednesday, January 9, 2019 2:47 PM
**To:** St. George, Timothy J. <Timothy.St.George@troutman.com>; Cohen, Daniel W. <Dan.Cohen@troutman.com>
**Cc:** Anthony, David N. <David.Anthony@troutman.com>; Sarah White <swhite@ctfairhousing.org>; Salmun Kazerounian <skazerounian@ctfairhousing.org>; Greg Kirschner <greg@ctfairhousing.org>
**Subject:** Re: Arroyo et al v. Corelogic Rental Property Solutions

Tim--
Good chatting with you today.  Attached please find a letter which I hope accurately summarizes everything we agreed on.
Thanks.
--EGD


Eric Dunn
Director of Litigation
**National Housing Law Project**
919 E. Main Street, Ste. 610
Richmond, VA 23219
Tel: (415) 546-7000, ext. 3102


On Fri, Jan 4, 2019 at 1:23 PM Eric Dunn <edunn@nhlp.org> wrote:
> Hi Tim, Dan, and David-
> I am writing to schedule a discovery conference regarding Corelogic's responses to plaintiffs' first set of requests for production.  See attached letter.  If the proposed time doesn't work for you, please let me know and we can find another time.
>
> Thanks.
> --EGD
>
>
> Eric Dunn
> Director of Litigation
> **National Housing Law Project**
> 919 E. Main Street, Ste. 610
> Richmond, VA 23219
> Tel: (415) 546-7000, ext. 3102

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading,

distribution, copying, or other use of this message (and attachments) is strictly prohibited.

| FIDUCIARY'S PROBATE CERTIFICATE/CONSERVATORSHIP PC-450C REV. 10/14 | STATE OF CONNECTICUT COURT OF PROBATE | | |
|---|---|---|---|
| COURT OF PROBATE, Windham - Colchester Probate Court | | DISTRICT NO. PD28 | |
| ESTATE OF/IN THE MATTER OF<br><br>Mikhail J. Arroyo  (15-00319) | | | DATE OF CERTIFICATE<br><br>March 12, 2018 |
| FIDUCIARY'S NAME AND ADDRESS | FIDUCIARY'S POSITION OF TRUST | | DATE OF APPOINTMENT |
| Tad Stimson, P. O. Box 344, Scotland, CT 06264 | Co-Conservator of person and estate | | August 5, 2016 |
| Carmen Arroyo, P.O. Box 900, Willimantic, CT 06226 | Co Conservator of person and estate | | August 12, 2015 |

*The undersigned hereby certifies that the fiduciary in the above-named matter has accepted appointment, is legally authorized and qualified to act as such fiduciary, and the appointment is unrevoked and in full force as of the above date of certificate.*

**This certificate is valid for one year from the date of the certificate.**

*The fiduciary has been granted the following duties and authority:* Each conservator of person and of estate may act individually/severally.

The Court assigns the conservator(s) of the person the following duties and authorities that are the least restrictive means of intervention necessary to meet the needs of the conserved person:

1. Make decisions regarding general custody of the conserved person;
2. Establish the conserved person's residence within the state, subject to the provisions of C.G.S. §45a-656b
3. Give consent for the conserved person's medical and other professional care, counsel, treatment or services; and
4. Provide for the care, comfort and maintenance of the conserved person

CONSERVATOR OF ESTATE:

1. Manage the estate, property and finances of the of the conserved person (includes banking transactions), including but not limited to, the authority to collect and receive all funds and benefits to which the conserved person is entitled to, such as by way of example, but not limited to Social Security benefits and any other governmental benefits and income and/or distributions in any form to which the conserved person may be entitled to receive from time to time;
2. Apply the estate of the conserved person to support the conserved person;
3. Pay legal debts and obligations of the conserved person; and
4. Apply for such benefits as the conserved person may be entitled to, including but not limited to, disability, Title XIX, Social Security and other similar governmental benefits or governmental programs, if she is not already receiving said benefits or programs, and to take whatever action is necessary to maintain such benefits and/or programs.

The conservator shall immediately determine whether the respondent owns or has access to firearms, ammunition or electronic defense weapons and take immediate steps to secure them.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this court on the above date of certificate.

*Michelle R. Gunn*
Michelle R. Gunn, Clerk

Court Seal

**NOT VALID WITHOUT COURT OF PROBATE SEAL IMPRESSED**

FIDUCIARY'S PROBATE CERTIFICATE/CONSERVATORSHIP                                         PC-450C

| FIDUCIARY'S PROBATE CERTIFICATE/CONSERVATORSHIP PC-450C REV. 10/14 | STATE OF CONNECTICUT COURT OF PROBATE | |
|---|---|---|
| COURT OF PROBATE, Windham - Colchester Probate Court | DISTRICT NO. PD28 | |
| ESTATE OF/IN THE MATTER OF<br><br>Mikhail J. Arroyo (15-00319) | | DATE OF CERTIFICATE<br><br>March 12, 2018 |
| FIDUCIARY'S NAME AND ADDRESS | FIDUCIARY'S POSITION OF TRUST | DATE OF APPOINTMENT |
| Tad Stimson, P. O. Box 344, Scotland, CT 06264 | Co-Conservator of person and estate | August 5, 2016 |
| Carmen Arroyo, P.O. Box 900, Willimantic, CT 06226 | Co Conservator of person and estate | August 12, 2015 |

*The undersigned hereby certifies that the fiduciary in the above-named matter has accepted appointment, is legally authorized and qualified to act as such fiduciary, and the appointment is unrevoked and in full force as of the above date of certificate.*

**This certificate is valid for one year from the date of the certificate.**

*The fiduciary has been granted the following duties and authority:* Each conservator of person and of estate may act individually/severally.

The Court assigns the conservator(s) of the person the following duties and authorities that are the least restrictive means of intervention necessary to meet the needs of the conserved person:

1. Make decisions regarding general custody of the conserved person;
2. Establish the conserved person's residence within the state, subject to the provisions of C.G.S. §45a-656b
3. Give consent for the conserved person's medical and other professional care, counsel, treatment or services; and
4. Provide for the care, comfort and maintenance of the conserved person

CONSERVATOR OF ESTATE:

1. Manage the estate, property and finances of the of the conserved person (includes banking transactions), including but not limited to, the authority to collect and receive all funds and benefits to which the conserved person is entitled to, such as by way of example, but not limited to Social Security benefits and any other governmental benefits and income and/or distributions in any form to which the conserved person may be entitled to receive from time to time;
2. Apply the estate of the conserved person to support the conserved person;
3. Pay legal debts and obligations of the conserved person; and
4. Apply for such benefits as the conserved person may be entitled to, including but not limited to, disability, Title XIX, Social Security and other similar governmental benefits or governmental programs, if she is not already receiving said benefits or programs, and to take whatever action is necessary to maintain such benefits and/or programs.

The conservator shall immediately determine whether the respondent owns or has access to firearms, ammunition or electronic defense weapons and take immediate steps to secure them.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this court on the above date of certificate.

*Michelle R. Gunn*
Michelle R. Gunn, Clerk

Court Seal

**NOT VALID WITHOUT COURT OF PROBATE SEAL IMPRESSED**

| FIDUCIARY'S PROBATE CERTIFICATE/CONSERVATORSHIP | PC-450C |
|---|---|