# EXHIBIT 9

**From:** Cunningham, Michael K <mcunningham@WINNCO.com>
**Sent:** Monday, May 8, 2017 2:07 PM
**To:** Lindenfelzer, Robert <rlindenfelzer@corelogic.com>
**Subject:** Arroyo

Robert,

Is there a way for us to determine if the records related to this denial are the same as the charges referenced in the attached docs from the Commonwealth of Pennsylvania?

**Michael Cunningham, CAM | WinnCompanies**
*Senior Property Manager, WinnResidential*

T (860) 887-3994 | F (860) 887-3987
35 Chestnut Street, Norwich, CT 06360
mcunningham@winnco.com

www.winncompanies.com

ARROYO000640

# Magisterial District Judge 19-2-03

## DOCKET



Docket Number: MJ-19203-NT-0000507-2014

### Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Mikhail Jesus Arroyo

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Keith L. Albright | Issue Date: | |
| OTN/LOTN: | L 876986-5/L 876986-5 | File Date: | 07/18/2014 |
| Arresting Agency: | West Manchester Township Police Dept | Arrest Date: | |
| Citation #: | P 9580483-3 | Disposition: | Withdrawn |
| County: | York | Disposition Date: | 04/20/2017 |
| Township: | West Manchester Township | Case Status: | Closed |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Closed | 04/20/2017 | Completed |
| | 04/20/2017 | Case Balance Due |
| | 04/20/2017 | Completed |
| | 04/17/2017 | Awaiting Plea |
| | 07/18/2014 | Awaiting Plea |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Arroyo, Mikhail Jesus | Sex: | Male |
| Date of Birth: | 02/15/1994 | Race: | Unknown/Unreported |
| Address(es): | | | |

**Home**
York, PA 17403

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Defendant | Arroyo, Mikhail Jesus |
| Arresting Officer | Haines, Peter N. |

### CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|---|
| 1 | 18 § 3929 §§ A1 | S | Retail Theft-Take Mdse | 07/16/2014 | Withdrawn |

### DISPOSITION / SENTENCING DETAILS

| Case Disposition | Disposition Date | Was Defendant Present? |
|---|---|---|
| **Withdrawn** | 04/20/2017 | Yes |

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1 Retail Theft-Take Mdse | Withdrawn |

MDJS 1200                                                                                         Printed: 05/04/2018  12:51 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

ARROYO000439

# Magisterial District Judge 19-2-03

## DOCKET



Docket Number: MJ-19203-NT-0000507-2014

### Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Mikhail Jesus Arroyo

Page 2 of 2

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 04/20/2017 | Withdrawn | Keith L. Albright | Mikhail Jesus Arroyo, Defendant |
| 11/05/2015 | Summons Cancelled | Magisterial District Court 19-2-03 | Mikhail Jesus Arroyo, Defendant |
| 10/13/2015 | Summons Issued | Magisterial District Court 19-2-03 | Mikhail Jesus Arroyo, Defendant |
| 10/13/2015 | Certified Summons Issued | Magisterial District Court 19-2-03 | Mikhail Jesus Arroyo, Defendant |
| 09/30/2015 | Disposition Cancelled | Keith L. Albright | Mikhail Jesus Arroyo, Defendant |
| 09/30/2015 | Summons Issued | Magisterial District Court 19-2-03 | Mikhail Jesus Arroyo, Defendant |
| 09/30/2015 | First Class Summons Issued | Magisterial District Court 19-2-03 | Mikhail Jesus Arroyo, Defendant |
| 07/28/2014 | Summons Issued | Magisterial District Court 19-2-03 | Mikhail Jesus Arroyo, Defendant |
| 07/28/2014 | First Class Summons Issued | Magisterial District Court 19-2-03 | Mikhail Jesus Arroyo, Defendant |
| 07/24/2014 | Record OTN for Summary Retail Theft | Magisterial District Court 19-2-03 | Mikhail Jesus Arroyo, Defendant |
| 07/18/2014 | Non-Traffic Citation Filed | Magisterial District Court 19-2-03 | |

### CASE FINANCIAL INFORMATION

Case Balance:    $0.00         Next Payment Amt:
Last Payment Amt:                Next Payment Due Date:

| Assessment Type | Assessment Amt | Adjustment Amt | Non-Monetary Payment Amt | Payment Amt | Balance |
|---|---|---|---|---|---|
| Postage - Case | $6.00 | ($6.00) | $0.00 | $0.00 | $0.00 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

ARROYO000440