# EXHIBIT 10

Placeholder – Document filed under seal