# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARMEN ARROYO, et al.,<br><br>    *Plaintiffs,*<br><br>-v-<br><br>CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,<br><br>    *Defendant.* | Case No. 3:18-cv-00705-VLB |

## DECLARATION OF NAEEM KAYANI

1. My name is Naeem Kayani. I am over the age of 18 and currently employed as an Executive with CoreLogic Rental Property Solutions, LLC ("RPS").

2. Based on my experience at RPS and review of business records, I have personal knowledge of the facts set forth in this declaration and am competent to testify as to the matters stated below. In connection with this declaration, I have reviewed the following documents:

- **CrimSAFE Configuration Matrix**, attached as Exhibit A;
- **2016 HUD Guidance Client-update/alert Email**, attached as Exhibit B;
- **Leasing Agent Version of Background Screening Report for Mikhail Arroyo**, attached as Exhibit C; and
- **Administrator Version of Background Screening Report for Mikhail Arroyo**, attached as Exhibit D.

I have also reviewed RPS's electronic systems, which reflect other business records.

3. The documents listed in the preceding paragraph are true and

1

accurate copies, which are kept in the regular course of RPS's business, and which were generated as a regular practice of RPS at the time that the events that are reflected in those documents occurred.

4. RPS offers a suite of products and services to housing providers to assist them in evaluating prospective tenants, including criminal public record tenant screening reports. To order a tenant screening report, a housing provider electronically submits personal identifying information about an applicant to RPS. That information includes the full name, current address, Social Security number, and date of birth of the applicant. When such personal identifying information is submitted to RPS, it contains no reference to the race or disability status of the applicant. RPS then uses a proprietary matching process to identify criminal public records and all associated data from RPS's database that are associated with the applicant.

5. In addition to the return of criminal public records themselves, RPS offers an optional product called "CrimSAFE," which filters any records found based on criteria set by the housing provider and categorizes any identified criminal records according to their type and severity levels under state and federal law. CrimSAFE then notifies the housing provider whether any records were found that match its leasing criteria.

6. Prior to using the CrimSAFE product, housing providers are required to fill out their criminal record selection criteria on a matrix that accounts for: (1) the type or "category" of 36 types of crimes (*e.g.*, "crimes against persons," "crimes against property," or "crimes against society"); (2) whether the offense resulted in a conviction; (3) whether the offense is a felony of non-felony; and (4)

the age of the offense. *See* Ex. A at pp. 1-4. That matrix of 36 crime categories tracks the criminal categorizations established by the FBI through the "National Incident-Based Reporting System." Through an automated process, RPS then informs the housing provider whether there is a "record found" that corresponds to the criteria set by the property across the foregoing four categories.

7. The CrimSAFE section of a report is always accompanied by another portion of the report that displays the full public data of any record(s) identified via CrimSAFE, including the date the offense was committed, the severity level, and its current status. Housing providers companies do retain the option to limit the ability of individual leasing agents to view the full details of records that are found by the CrimSAFE product, and to instead make that detail available to designated administrators. Whether to use that "administrative" setting and who to internally grant access to within the housing provider is determined by the customer, not RPS. That administrative setting enables housing providers who want decision on criminal screenings to be made by supervisory staff, and not on-site leasing agents. The administrative version of the report with the full details of any records found by the CrimSAFE product is made available to the identified supervisor(s) at the customer simultaneous with the leasing-agent version of the report.

8. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

9. CrimSAFE takes a housing provider's selected criminal criteria and

3

informs the housing provider of whether a record exists that meets those pre-selected criteria.

10. There are hundreds of different law enforcement agencies all keeping accessible records, but there is no nationwide standard of continuity for criminal public record data. Indeed, the RPS database reflects records obtained from more ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████ Absent products such as CrimSAFE, individual property managers and/or leasing agents would be tasked with attempting to research the severity level of any identified criminal record to then determine how to review such a record in the context of the comprehensive leasing criteria set by the property.

11. The objective characterization of criminal records through CrimSAFE also promotes non-discrimination in the interpretation of the severity of criminal records.

12. CrimSAFE also allows housing providers to customize the desired criteria and parameters for what is acceptable at each property, as well as to quickly and consistently adjust their settings to account for policy changes with respect to the consideration of criminal record histories (including with respect to their FHA policies).

13. In response to the April 4, 2016 memorandum from the U.S. Department of Urban Development, RPS took immediate steps to inform and educate its customer base on the existence and substance of the April 2016 HUD memorandum. One such step was a client-update email that was sent by RPS on

April 15, 2016 to all of its customers, including to more than 260 separate contacts at WinnResidential alone. *See* Ex. B at pp. 1-2. RPS also conducted training presentations for its customers, including WinnResidential, informing them of the nature of the HUD guidance and counseling further review on their end, including consultation with their legal departments.

14. Carmen Arroyo applied for housing at WinnResidential on behalf of Mikhail Arroyo on April 26, 2016 at the Artspace Windham property, which is a federally-subsidized property located in Willimantic, Connecticut. At the request of WinnResidential, RPS returned a tenant screening report on Mikhail Arroyo.

15. Per WinnResidential's chosen administrative CrimSAFE settings, RPS simultaneously returned two versions of that report to WinnResidential. One version, which went to the identified on-site leasing agent, Melissa Curry, identified the existence of the pending charge and a "record found" based on WinnResidential's CrimSAFE settings, but it did not identify the full details of the underlying offense. *See* Ex. C at pp. 2, 5. The second version was simultaneously made available to WinnResidential's designated supervisory staff, and that version identified that Mikhail Arroyo had a pending charge for retail theft in York County, Pennsylvania. RPS also noted within the CrimSAFE portion of the report that there was a "record found." *See* Ex. D at p. 5. The second version provided all details about the theft offense that RPS had in its file, including the case number, the nature of the offense, the offender, the date it was committed,

5

where it was pending, and the status of the proceeding. *Id.* Neither version of the report reflected Mikhail Arroyo's race. *See* Ex. C at p. 5; Ex. D at p. 5.

16. The record for retail theft previously obtained and then returned by RPS did not list Mikhail Arroyo's race. See Ex. D at p. 5.

17. RPS does not track or otherwise have evidence of the racial composition of the applicant pool at any apartment complex, including its customer's complexes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Executed on November 11, 2019**

**Naeem Kayani**

# EXHIBIT A



# CRIMSAFE™ CONFIGURATION FORM

**Instructions:** Enter number of years counting backwards from today that will cause an application decline. Felony Convictions Only cannot be set at a value (number of years) that is less than Any Felony Charges and Other Convictions. Other Criminal Charges cannot be set at a value greater than Other Convictions. All "number of years" fields must be completed.

| Categories | | Felony Convictions Only (0-99 years)* | Other Felony Charges (0-7 years)* | Other Convictions (0-99 years)* | Other Criminal Charges (0-7 years)* |
|---|---|---|---|---|---|
| **Crimes Against Persons** | **Assault-Related Offenses**<br>General Definition: An unlawful attack by one person upon another. | 99 yrs. | 7 yrs. | 5 yrs. | 2 yrs. |
| | **Family-Related Offenses, Nonviolent**<br>General Definition: Unlawful, nonviolent acts by a family member (or legal guardian) that threaten the physical, mental, or economic well-being or morals of another family member and that are not classifiable as other offenses, such as Assault, Incest and Statutory Rape, etc. | 10 yrs. | 7 yrs. | 1 yrs. | 1 yrs. |
| | **Homicide-Related Offenses**<br>General Definition: The killing of one human being by another. | 99 yrs. | 7 yrs. | 99 yrs. | 7 yrs. |
| | **Kidnapping/Abduction-Related Offenses**<br>General Definition: The unlawful seizure, transportation, and/or detention of a person against his/her will or of a minor without the consent of his/her custodial parent(s) or legal guardian. | 99 yrs. | 7 yrs. | 99 yrs. | 7 yrs. |
| | **Sex-Related Offenses, Forcible**<br>General Definition: Any sexual act directed against another person, forcibly and/or against that person's will, or not forcibly or against the person's will in instances where the victim is incapable of giving consent. | 99 yrs. | 7 yrs | 99 yrs. | 7 yrs. |
| | **Sex-Related Offenses, Nonforcible**<br>General Definition: Unlawful, nonforcible sexual intercourse, excluding prostitution offenses. | 99 yrs. | 7 yrs. | 99 yrs. | 7 yrs. |
| | **All other Person-Related Offenses**<br>General Definition: Any offense committed against another person which causes harm to a person which does not meet specific categories previously outlined as person-related offenses. | 10 yrs. | 7 yrs. | 1 yrs. | 1 yrs. |

**CONFIDENTIAL**   **ARROYO000003**

| Categories | | Felony Convictions Only (0-99 years) * | Other Felony Charges (0-7 years)* | Other Convictions (0-99 years)* | Other Criminal Charges (0-7 years)* |
|---|---|---|---|---|---|
| **Crimes Against Property** | **Arson-Related Offenses** General Definition: To unlawfully and intentionally damage or attempt to damage any real or personal property by fire or incendiary device. | 99 yrs. | 7 yrs. | 99 yrs. | 7 yrs. |
| | **Bad Checks-Related Offenses** General Definition: Knowingly and intentionally writing and/or negotiating checks drawn against insufficient or nonexistent funds, excluding Counterfeited Checks or Forged Check offenses. | 10 yrs. | 5 yrs. | 1 yrs. | 0 yrs. |
| | **Burglary/Breaking and Entering-Related Offenses** General Definition: The unlawful entry into a building or other structure with the intent to commit a felony or a theft. | 99 yrs. | 7 yrs. | 10 yrs. | 5 yrs. |
| | **Motor Vehicle Theft-Related Offenses** General Definition: The theft of a motor vehicle. | 10 yrs. | 7 yrs. | 5 yrs. | 2 yrs. |
| | **Counterfeiting/Forgery-Related Offenses** General Definition: The altering, copying, or imitation of something, without authority or right, with the intent to deceive or defraud by passing the copy or thing altered or imitated as that which is original or genuine or the selling, buying, or possession of an altered, copied, or imitated thing with the intent to deceive or defraud. | 20 yrs. | 5 yrs. | 5 yrs. | 2 yrs. |
| | **Embezzlement/Bribery-Related Offenses** General Definition: The unlawful misappropriation by an offender to his/her own use or purpose of money, property, or some other thing of value entrusted to his/her care, custody, or control. | 20 yrs. | 5 yrs. | 1 yrs. | 1 yrs. |
| | **Extortion/Blackmail-Related Offenses** General Definition: To unlawfully obtain money, property or any other thing of value, either tangible or intangible, through the use or threat of force, misuse of authority, threat of criminal prosecution, threat of destruction of reputation or social standing or through other coercive means. | 20 yrs. | 5 yrs. | 1 yrs. | 1 yrs. |
| | **Fraud-Related Offenses** General Definition: The intentional perversion of the truth for the purpose of inducing another person or other entity in reliance upon it to part with something of value or to surrender a legal right, excluding Counterfeiting/Forgery and Bad Check offenses. | 10 yrs. | 5 yrs. | 3 yrs. | 1 yrs. |
| | **Robbery-Related Offenses** General Definition: The taking or attempting to take anything of value under confrontational circumstances from the control, custody, or care of another person by force or threat of force or violence and/or by putting the victim in fear of immediate harm. | 20 yrs. | 7 yrs. | 10 yrs. | 3 yrs. |

| Categories | | Felony Convictions Only (0-99 years) * | Other Felony Charges (0-7 years)* | Other Convictions (0-99 years)* | Other Criminal Charges (0-7 years)* |
|---|---|---|---|---|---|
| | **Stolen Property-Related Offenses** General Definition: Receiving, buying, selling, possessing, concealing, or transporting any property with the knowledge that it has been unlawfully taken, as by Burglary, Embezzlement, Fraud, Larceny, Robbery, etc. | 5 yrs. | 2 yrs. | 1 yrs. | 1 yrs. |
| | **Larceny/Theft Related-Offenses** General Definition: The unlawful taking, carrying, leading, or riding away of property from the possession or constructive possession of another person. | 15 yrs. | 3 yrs. | 3 yrs. | 1 yrs. |
| | **Destruction / Damage / Vandalism of Property Offenses** General Definition: To willfully or maliciously destroy, damage, deface, or otherwise injure real or personal property without the consent of the owner or the person having the custody or control of it, excluding arson offenses. | 10 yrs. | 5 yrs. | 3 yrs. | 1 yrs. |
| | **All other Property-Related Offenses** General Definition: Any offenses that cause property or monetary damage to another that do not fit into specific categories previously outlined as property- related offenses | 5 yrs. | 1 yrs. | 1 yrs. | 0 yrs. |
| Crimes Against Society | **Purposely Obstructs, Impairs or Perverts the Law** General Definition: A person who purposely obstructs, impairs or perverts the administration of law or discharge of government duties or the carrying out of other governmental functions. | 5 yrs. | 5 yrs. | 0 yrs. | 0 yrs. |
| | **Disorderly Conduct-Related Offenses** General Definition: Any behavior that tends to disturb the public peace or decorum, scandalize the community, or shock the public sense of morality. | 5 yrs. | 3 yrs. | 0 yrs. | 0 yrs. |
| | **Drug/Narcotic-Related Offenses** General Definition: The violation of laws prohibiting the product, distribution, and/or use of certain controlled substances and the equipment or devices utilized in their preparation and/or use, excluding DUI offenses. | 20 yrs. | 7 yrs. | 1 yrs. | 1 yrs. |
| | **Drunkenness-Related Offenses** General Definition: To drink alcoholic beverages to the extent that one's mental faculties and physical coordination are substantially impaired, excluding DUI offenses. | 0 yrs. | 0 yrs. | 0 yrs. | 0 yrs. |
| | **Driving Under the Influence-Related Offenses** General Definition: Driving or operating a motor vehicle or common carrier while mentally or physically impaired as the result of consuming an alcoholic beverage or using a drug or narcotic. | 0 yrs. | 0 yrs. | 0 yrs. | 0 yrs. |

**CONFIDENTIAL**　　　　**ARROYO000005**

| Categories | | Felony Convictions Only (0-99 years) * | Other Felony Charges (0-7 years)* | Other Convictions (0-99 years)* | Other Criminal Charges (0-7 years)* |
|---|---|---|---|---|---|
| Crimes Against Society (cont.) | **Liquor Law-Related Offenses** General Definition: The violation of laws or ordinances prohibiting the manufacture, sale, purchase, transportation, possession, or use of alcoholic beverages, excluding DUI and drunkenness offenses. | 0 yrs. | 0 yrs. | 0 yrs. | 0 yrs. |
| | **Pornography/Obscene Material-Related Offenses** General Definition: The violation of laws or ordinances prohibiting the manufacture, publishing, sale, purchase, or possession of sexually explicit material, e.g. literature or photographs. | 99 yrs. | 7 yrs. | 99 yrs. | 7 yrs. |
| | **Prostitution-Related Offenses** General Definition: To unlawfully engage in or promote sexual activities for profit. | 99 yrs. | 7 yrs. | 99 yrs. | 7 yrs. |
| | **Sex Offender Registrant** General Definition: Identification of a registration by the applicant as a registered sex offender in one or more jurisdictions covered by the search. (Note that requirements for registration vary by locale and may require the individual to actively register themselves by law in some states. Some states prohibit discrimination on the basis of registration as a sex offender.). | 99 yrs. | 7 yrs. | 99 yrs. | 7 yrs. |
| | **Traffic Violations While Operating a Motor Vehicle** General Definition: A person who commits a traffic violation while operating a motor vehicle, e.g. speeding, failure to yield right of way, running a red light. | 0 yrs. | 0 yrs. | 0 yrs. | 0 yrs |
| | **Trespass of Real Property-Related Offenses** General Definition: To unlawfully enter land, a dwelling, or other real property. | 10 yrs | 5 yrs | 0 yrs | 0 yrs |
| | **Weapons Law-Related Offenses** General Definition: The violation of laws or ordinances prohibiting the manufacture, sale, purchase, transportation, possession, concealment, or use of firearms, cutting instruments, explosives, incendiary devices, or other deadly weapons. | 99 yrs | 5 yrs | 5 yrs | 2 yrs |
| | **Drug/Narcotic-Related Offenses: Manufacture or Distribution Indicated** General Definition: The violation of laws prohibiting the production, distribution, or trafficking of certain controlled substances and the equipment or devices utilized in their preparation and/or use. <u>Offenses contained in this category specifically indicate manufacture or distribution.</u> | 99 yrs | 7 yrs | 99 yrs | 7 yrs |
| | **Peeping Tom-Related Offenses** General Definition: The violation of peeping tom-related laws and ordinances. | 99 yrs | 7 yrs | 10 yrs | 5 yrs |
| | **All other Society-Related Offenses** General Definition: Any offense committed which violates laws, norms, or conventions that negatively impact on society, as a whole, and does not meet specific categories previously outlined as society-related offenses. | 0 yrs | 0 yrs | 0 yrs | 0 yrs |

PROPRIETARY AND CONFIDENTIAL . Property CoreLogic SafeRent, LLC.    Page 4 of 7    CrimSafeConfiguration frm 2012-01-02 OPSCP

**CONFIDENTIAL**                                          **ARROYO000006**

*Note: You can only enter up to the maximum number of years listed for this field. If you enter a year higher than the maximum year allowed, this offense will default to the maximum year listed. If you do not want to include this offense in your leasing decision, please enter a 0. If you leave any field blank, the field will default to 0 and this offense will not be considered for a decline.

**Decision Messages**
A decision is printed on the CrimSAFE report and is customizable for Approve and Decline decisions. The following default text is provided unless otherwise noted.

| Decision | Decision Message |
|---|---|
| **Approve** | *Default Text:* The results for this search indicate that the applicant meets your community's CrimSAFE standards. |
| ☐ Customize | Write exact text below that will appear on the CrimSAFE report. (Maximum 180 characters). |
| **Decline** | *Default Text:* The results for this search indicate that the applicant fails to meet your community's CrimSAFE standards. |
| ☐ Customize | Write exact text below that will appear on the CrimSAFE report. (Maximum 180 characters). |
| ☑ | **View CrimSAFE Back-up Data.** This allows your users to view the criminal report. |

☑ CrimSAFE configuration applies only to Account #:_____.

☐ This configuration applies to additional accounts, other than this Account #. (If so, you must fill out the Account List on page 7 and submit with this package.)

## CrimSAFE Terms and Conditions

The following are terms of a legal agreement. By accessing, browsing, and/or using the CrimSAFE™ products or services, you acknowledge that you have read, understood, and agree to be bound by the following CrimSAFE™ Terms & Conditions.

**LIMITS ON USE & ACCEPTANCE:** By accessing and using the CrimSAFE™ products, services or any portion of this Website, you agree that your access to, and use of, CrimSAFE™ is subject to the following Terms & Conditions in addition to the limitations and obligations in your service agreement. We reserve the right to change these Terms & Conditions at any time, at our sole discretion and without notice. We also reserve the right to seek all remedies available by law and in equity for any violation of these Terms & Conditions and any rights not expressly granted herein are reserved. These Terms & Conditions are governed by, and interpreted pursuant to, the laws of the state of Maryland, without reference to its choice of law rules and provisions. If any provision of this Agreement is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. Headings of sections are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

**DESCRIPTION OF SERVICES:** CrimSAFE™ categorizes criminal report records from various state and federal jurisdictions and was developed with reference to the National Incident-Based Reporting System (NIBRS). Using the customer's own pre-determined decision standards, CrimSAFE™ is designed to enhance a rental housing provider's ability to treat comparable applicants similarly. Information from criminal history records used in CrimSAFE™ is generally obtained from state court administrative offices and departments of corrections and is provided subject to obsolescence and reinvestigation limitations in applicable law and practice. CoreLogic SafeRent, LLC. maintains the rights to change, modify, or add to the Terms & Conditions herein or any part of the CrimSAFE™ information, categorizations, products and services without notice.

**CONFIDENTIAL**  ARROYO000007

**LIMITATION ON LIABILITY**: CrimSAFE™ INFORMATION, PRODUCTS AND SERVICES ARE PROVIDED "AS IS." ALL WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, WARRANTIES REGARDING ACCURACY, INCLUDING ACCURACY OF UNDERLYING CRIMINAL HISTORY RECORD INFORMATION AND ACCURACY OF CATEGORIZATIONS, ADEQUACY, COMPLETENESS, LEGALITY, RELIABILITY OR USEFULNESS OF ANY INFORMATION OR CATEGORIZATION USED TO ORGANIZE THE CRIMES AND OFFENSES LISTED BY THIS PRODUCT. You agree to indemnify, defend and hold harmless CoreLogic SafeRent, its affiliates and their respective employees, officers and directors, from and against any and all claims, liabilities, penalties, settlements, judgments, fees (including reasonable attorneys' fees) arising from (i) any content that you or anyone using your account may submit, post or transmit to the Website; (ii) your use of the Website; and (iii) your violation of these Terms & Conditions or your service agreement.

**PRIVACY & SECURITY**: CoreLogic SafeRent provides information obtained from public records and other sources. We take appropriate precautions to protect information we collect through implementation of a variety of security measures to maintain the safety of business information. Employees who need the information to perform a specific job (for example, for billing or client services) are granted limited access to any personally identifiable information. The servers on which we store personally identifiable information are kept in a physically secure environment.

**COPYRIGHT & TRADEMARK NOTICE**: All of the content you see herein including, for example, all of the page headers, images, illustrations, graphics, and text are subject to trademark, service mark, trade dress, copyright, trade secret, patent and/or other intellectual property rights and/or licenses held or to be held by CoreLogic SafeRent and its affiliates. All CrimSAFE™ content as a whole are intended solely for the internal business use of authorized users. We reserve full intellectual property rights for all CrimSAFE™ products and services and no use of a mark shall be made without express written consent by CoreLogic SafeRent.

I certify that I am a duly authorized representative of my organization and that I have express authority to configure the CrimSAFE settings for my organization's account(s).

Printed Name: _____  Title: _____

Signature: _____  Date: _____

**CONFIDENTIAL**  **ARROYO000008**



# SUBSIDIARY ACCOUNT LIST

(The following must match headquarters account information from first page.)

Account Number: _____   Account Name: _____

Settings from previous page would only apply to accounts listed below.

| Account Number | Property Name |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |
| 21. | |
| 22. | |
| 23. | |
| 24. | |
| 25. | |
| 26. | |
| 27. | |
| 28. | |
| 29. | |
| 30. | |

*If you have additional accounts to list, you may reprint this page and list the information for each of your additional accounts on the separate sheet of paper.*

# EXHIBIT B

**From:** CoreLogic [mailto:srmarketing@corelogic.com]
**Sent:** Friday, April 15, 2016 2:03 PM
**To:** Brown, Shannon
**Subject:** CoreLogic Response to New HUD Guidance



### CoreLogic Response to New HUD Guidance

On Monday, April 4, 2016, the Office of General Counsel for HUD issued a new guidance document entitled "**Application of Fair Housing Act Standards to Use of Criminal Records by Providers of Housing and Real Estate-Related Transactions**." The guidance sets forth how HUD will analyze claims that the use of criminal records in housing was discriminatory. This guidance essentially applies the disparate impact assessment to the use of criminal records in housing screening.

The Registry CrimSAFE® tool can help with categorization of criminal records, but it is the responsibility of each customer to set their own criteria for making tenancy decisions. CoreLogic recommends that our customers work with their legal counsel to review their eligibility requirements and related policies around the use of criminal background data to ensure compliance with all federal and state laws. If after review, you determine that changes need to be made to your CoreLogic product settings and you need assistance in doing so, please feel free to contact us.

CoreLogic is currently reviewing our products to determine what changes, if any, to make in order to best support our clients in light of this new guidance from HUD. Once this review is complete, any changes will be communicated to clients with enough notice to allow for clients to adjust their processes.

CoreLogic appreciates your business and is dedicated to the goal of providing robust tools to our clients that satisfy applicable rules and guidance from government agencies.

Below are some quick highlights from the guidance. The following does not constitute legal advice and should not be relied on as such. If you have questions, please consult your legal counsel.

**Highlights from the Guidance**

1. According to HUD, a blanket policy to deny any applicants with a criminal record may have a disparate impact on African Americans and Hispanics.

**CONFIDENTIAL** **ARROYO000188**

The HUD guidance acknowledges that a plaintiff in a housing discrimination case has the burden of showing that a screening practice has a disparate impact, but notes that the data shows that the use of criminal records in screening disproportionately impacts African Americans and Hispanics. For this reason, it is anticipated that a plaintiff would be able to show that the use of criminal records disproportionately impacts certain protected classes, although the HUD guidance acknowledges that the impact may depend on particular characteristics of the market served by the housing provider.

2. HUD's guidance is that a screening policy should consider the nature, severity, and recency of convictions.

   The HUD guidance recognizes that a housing provider has substantial, legitimate, and nondiscriminatory interests in protecting residents and property, but reminds housing providers that they need to ensure that the records they are using to make this determination are relevant to those interests. On convictions, the guidance states that "[a] housing provider that imposes a blanket prohibition on any person with any conviction record – no matter when the conviction occurred, what the underlying conduct entailed, or what the convicted person has done since then – will be unable to meet this burden [of showing a relationship to the substantial interest]." A screening policy must consider the nature, severity, and recency of the conviction.

3. HUD advises that housing providers should not reject applicants based on arrest records.

   The HUD guidance flatly rejects the use of arrest records because of its view that arrest records are not proof of any particular behavior: "A housing provider with a policy or practice of excluding individuals because of one or more prior arrests (without any conviction) cannot satisfy its burden of showing that such policy or practice is necessary to achieve a substantial, legitimate, nondiscriminatory interest."

The HUD guidance also suggests that additional steps may further reduce concerns about the discriminatory impact of a blanket screening policy, such as conducting an individualized assessment when relevant criminal history is identified or delaying the consideration of a criminal history until the housing provider has determined that the applicant otherwise qualifies (i.e., after a credit check and verification of other qualifications). The guidance does clarify that it does not apply to exclusions based on certain drug crimes (as spelled out in the Fair Housing Act), but clarifies that such exclusions only apply to convictions for manufacturing and distribution, and not to arrests or to convictions for possession.

© 2016 CoreLogic, Inc. All rights reserved.
CORELOGIC and the CoreLogic logo are trademarks of CoreLogic, Inc. and/or its subsidiaries.

Delivered by CoreLogic, Inc. | 40 Pacifica, Suite 900, Irvine, CA 92618
Unsubscribe from SafeRent emails.
Unsubscribe from all CoreLogic emails.
To view our Privacy Policy, click here.

*********************************************************************************
This message may contain confidential or proprietary information intended only for the use of the addressee(s) named above or may contain information that is legally privileged. If you are not the intended addressee, or the person responsible for delivering it to the intended addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message and any copies immediately thereafter.

Thank you.
*********************************************************************************
CLLD

**CONFIDENTIAL**  **ARROYO000189**

# EXHIBIT C
# FILED UNDER SEAL

# EXHIBIT D
# FILED UNDER SEAL