UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT FAIR HOUSING CENTER** *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,**<br><br>*Defendant.* | No. 3:18-CV-705 (VLB) |

## Index of Exhibits

| | |
|---|---|
| **Exhibit 1** | CoreLogic Resident Screening Website |
| **Exhibit 2** | "Criminal Search Services" product brochure, 2016-present |
| **Exhibit 3** | "Criminal Search Services" 2006 website |
| **Exhibit 4** | "Criminal Search Services" 2009 website |
| **Exhibit 5** | "Criminal Search Services" 2014 website |
| **Exhibit 6** | 2016 CoreLogic Response to WinnResidential Request for Proposals (filed under seal) |
| **Exhibit 7** | "Criminal Screening" 2018 website |
| **Exhibit 8** | 2016 Registry CrimSAFE product sheet |
| **Exhibit 9** | 2011 article by CoreLogic executive |
| **Exhibit 10** | "Registry CrimCHECK" 2008 website |
| **Exhibit 11** | CrimSAFE product information attached to 2018 trademark renewal |
| **Exhibit 12** | 2009 Criminal Search Services |
| **Exhibit 13** | CoreLogic training for sales and account managers (filed under seal) |
| **Exhibit 14** | Excerpts from Deposition of Robert Lindenfelzer |
| **Exhibit 15** | Excerpts from Deposition of Robert Thomas |
| **Exhibit 16** | Excerpts from Deposition of Lynn Bora |
| **Exhibit 17** | Excerpts from Deposition of Bagrat Bayburtian |

Exhibit 18     Patent Application
Exhibit 19     2005 Registry CrimSAFE product sheet
Exhibit 20     Tri-State CrimSAFE product sheet
Exhibit 21     2006 Criminal Search Services
Exhibit 22     "Manage CrimSAFE" configuration web page (filed under seal)
Exhibit 23     CrimSAFE configuration instructions (filed under seal)
Exhibit 24     Excerpts from Deposition of Naeem Kayani (unredacted copy filed under seal)
    Exhibit 10     CrimSAFE Decisions Report
Exhibit 25     Email from CoreLogic account manager to WinnResidential (filed under seal)
Exhibit 26     Excerpts from Deposition of Stacie Dachtler (unredacted copy filed under seal)
Exhibit 27     Excerpts from Deposition of Angela Barnard (unredacted copy filed under seal)
Exhibit 28     Expert Report of Lila Kazemian
Exhibit 29     Excerpts from Deposition of Yvonne Rosario
Exhibit 30     CoreLogic Lease Decision Report for Mikhail Arroyo's rental application
Exhibit 31     2017 CoreLogic training for WinnResidential (filed under seal)
Exhibit 32     Declaration of Salman Kazerounian
    Exhibit A     Transcript of Recorded Hearing of Carmen Arroyo
Exhibit 33     2018 CoreLogic training for WinnResidential (filed under seal)
Exhibit 34     Fair Housing compliance certificate
Exhibit 35     Defendant's RFA responses
Exhibit 36     CrimSAFE Decisions Report (filed under seal)
Exhibit 37     Excerpt from Deposition of Carmen Arroyo
Exhibit 38     WinnResidential's Affidavit-Answer to CHRO Complaint
Exhibit 39     Lease Recommendation Report
Exhibit 40     Notice of Withdrawal of Charges
Exhibit 41     Defendant's RFP responses

**Exhibit 42**   Expert Report of Christopher Wildeman

**Exhibit 43**   Excerpts from Deposition of Christopher Wildeman

**Exhibit 44**   CrimSAFE Decline Decisions by Race, CT Properties (filed under seal)

**Exhibit 45**   Declaration of Christine Webber

**Exhibit 46**   CrimSAFE clients with properties in CT (filed under seal)

**Exhibit 47**   CrimSAFE Decline Decisions by Race, CT Residents (filed under seal)

**Exhibit 48**   Excerpts from Deposition of Jay Kaycirk

**Exhibit 49**   CrimSAFE settings for CT properties (filed under seal)

**Exhibit 50**   CrimSAFE decisions for WinnResidential (filed under seal)

**Exhibit 51**   Excerpts from Deposition of Lila Kazemi