# EXHIBIT 30

Mikhail Arroyo

## ADVERSE ACTION LETTER

Dear Mikhail Arroyo, xxx-xx-8831

Thank you for your recent application to: ArtSpace Windham

At this time we are unable to approve your application.

This adverse action has been taken in accordance with the requirements of the federal Fair Credit Reporting Act, 15 U.S.C. 1681m(a).

This decision was based on:

[ X ] Information contained in consumer report(s) obtained from or through CoreLogic SafeRent, LLC, which may include credit or consumer information from one or more credit bureaus or consumer reporting agencies.

  CoreLogic SafeRent, LLC can be reached at: Consumer Relations P.O. Box 509124 San Diego, CA 92150. By phone: (888) 333-2413.

[ ] Information obtained from a source other than a consumer reporting agency. (You have the right to disclosure of the nature of this information, upon your furnishing proper identification, if you make a written request to us within 60 days of receiving this letter.)

[ ] Other: _____

In evaluating your application, information obtained from or through CoreLogic SafeRent, LLC, which may include credit information or consumer information from one or more of the credit bureaus or consumer reporting agencies, may have influenced our decision in whole or in part. These consumer-reporting agencies and/or credit bureaus did not make the decision to take adverse action and are unable to provide specific reasons why adverse action was taken.

YOU HAVE CERTAIN RIGHTS UNDER FEDERAL AND STATE LAW WITH RESPECT TO YOUR CONSUMER REPORT. IF ANY PERSON TAKES ADVERSE ACTION BASED IN WHOLE OR IN PART ON ANY INFORMATION CONTAINED IN A CONSUMER REPORT OR CREDIT REPORT, YOU HAVE THE RIGHT TO A DISCLOSURE OF THE INFORMATION IN YOUR CONSUMER FILE FROM THE AGENCY THAT PROVIDED SUCH INFORMATION, IF YOU MAKE A WRITTEN REQUEST TO THEM AND UPON YOUR PROPER IDENTIFICATION WITHIN 60 DAYS OF RECEIVING THIS DENIAL. THE FEDERAL FAIR CREDIT REPORTING ACT ALSO PROVIDES THAT YOU ARE ENTITLED TO OBTAIN FROM ANY NATIONWIDE CREDIT REPORTING AGENCY OR CREDIT BUREAU A FREE COPY OF YOUR REPORT IN ANY TWELVE MONTH PERIOD. YOU HAVE THE RIGHT TO DIRECTLY DISPUTE WITH THE CONSUMER REPORTING AGENCY AND/OR CREDIT BUREAU THE ACCURACY AND COMPLETENESS OF ANY INFORMATION FURNISHED BY THAT AGENCY OR BUREAU AND TO PROVIDE A CONSUMER STATEMENT DESCRIBING YOUR POSITION IF YOU DISPUTE THE INFORMATION IN YOUR CONSUMER FILE. IF YOU BELIEVE THE INFORMATION IN YOUR CONSUMER FILE IS INACCURATE OR INCOMPLETE, YOU MAY CALL CORELOGIC SAFERENT, LLC CONSUMER RELATIONS DEPARTMENT AT (888) 333-2413. CORELOGIC SAFERENT, LLC WILL INITIATE THE REINVESTIGATION OF ANY DISPUTED INFORMATION OBTAINED THROUGH THEM AND WILL REINVESTIGATE ANY DISPUTED INFORMATION OBTAINED FROM THEIR DATABASE.



# Lease Decision

### Report Information

Transaction No. 0046398130

Property
M6360 - ArtSpace Windham - Willimantic CT 06226

Performed by MELISSACURRY

Performed on Tuesday April 26, 2016 / 10:33:58 EST

Your community's decision for this transaction appears below based on your management company's established decision points for applicant approval to your community. Direct questions regarding these criteria to your management company.

## LEASE DECISION
ALERT: Review alerts for the applicant(s) listed below.



| | |
|---|---|
| 40 | 350 |

Accept :               160 - 350
Accept with Conditions : 140 - 159
Decline :              40 - 139

**SCORE DECISION**
ACCEPT WITH CONDITIONS

**CRIM DECISION**
Record(s) Found

Please verify the applicability of these records to your applicant and proceed with your community's screening policies.



Decision Message - Applicant letter regarding credit history. Proof of payment arrangements to creditors (not medical).

## Screening Details

### Applicant

#### Applicant Information

Applicant Name: MIKHAIL ARROYO

Monthly Income $1000

Phone 0000000000

Current Address
745 MAIN ST, EAST HARTFORD CT 06108

SSN: ***-**-8831

DOB 02/15/1994

Email

Previous Address

### Lease information

ARROYO000642

Monthly Rent $800

Total Income $1000/month

Bed Rooms 1

Marketing Source Other Online Listing

Security Deposit $800

Lease Term 12 Months

Client Reference

## Reports

The following services were used for all applicants in this transaction:

RegistrySCOREXComplete

RegistryCHECKComplete

CrimSAFE - Search ReportRecord Found

Credit Report Address Information

Experian CreditComplete

Multi-state Criminal SearchRecord Found

## Letters

Adverse Action

### Alerts (1)

Credit Alert:
The information reported by the selected credit bureau shows that the credit file for this applicant is less than three years old.

### Messages (3)

- Scanned by AppALERT.

- Prior to making leasing decision, always check criminal results.

- This applicant has been screened through the MSSO Search. Sex Offender registrant information is derived from the same state hosted Sex Offender database registries accessible through the department of Justice DRU SJODIN website. Results associated with this, will reflect on CrimSAFE report.

# REGISTRYSCOREX REPORT

April 26, 2016
10:34 AM

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| Transaction No: | 0046398130 | Performed By: | MELISSACURRY |
| Performed On: | Tuesday April 26, 2016 / 10:34: 2 EST | Property: | M6360 - ArtSpace Windham |
| Request ID: | M4412515 | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | MIKHAIL ARROYO | SSN: | ***-**-8831 |
| Monthly Income: | $1000 | DOB: | 02/15/1994 |
| Phone: | 0000000000 | Email: | |
| Current Address: | 745 MAIN ST, EAST HARTFORD CT 06108 | Previous Address: | |

### YOUR COMMUNITY'S DECISION

**Applicant Decision:** ACCEPT WITH CONDITIONS - 145

Applicant letter regarding credit history. Proof of payment arrangements to creditors (not medical).

YOUR MANAGEMENT COMPANY ESTABLISHES CRITERIA (DECISION POINTS) APPROPRIATE FOR APPROVAL OF APPLICANTS TO YOUR COMMUNITY. QUESTIONS REGARDING THESE CRITERIA SHOULD BE DIRECTED TO YOUR MANAGEMENT COMPANY.

### ALERT INFORMATION

Refer to your management company's policy for handling of specific alerts.

**Credit Alert:** The information reported by the selected credit bureau shows that the credit file for this applicant is less than three years old.

### SCORE ATTRIBUTE

If improved, the following items could positively impact this applicant's score.

** Credit

** Application Data

### LEASE INFORMATION

| | | | |
|---|---|---|---|
| Monthly Rent: | $800 | Security Deposit: | $800 |
| Total Income: | $1000 | Lease Term: | 12 Months |
| Bedrooms: | 1 | Marketing Source: | Other Online Listing |
| Client Reference: | | Rent/Income: | 80 % |

REGISTRY SCOREX (TM) is designed as a useful predictor tool, but is not a guarantee of the future performance of an applicant. WARNING: A person must have permissible purpose under the Fair Credit Reporting Act(FCRA; 15 U.S.C. 1681-1681y) to obtain a consumer report. The FCRA provides that any person who knowingly and willfully obtains a consumer report under false pretenses may face criminal prosecution, including fines and possible imprisonment. A consumer reporting agency may not prohibit users from disclosing the contents of the report directly to the consumer, however the FCRA under most instances does not require users to do so. It is recommended that users refer all consumer inquiries regarding the information contained in this report directly to CoreLogic SafeRent, Inc. The Federal Trade Commission has said that consumer report users must consult the relevant provisions of the FCRA for details about their obligations under the FCRA. More information about consumer report user'sobligations is available at www.ftc.gov/credit.

# CRIMSAFE REPORT

April 26, 2016
10 : 34 AM

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| Property ID: | M6360 | Phone: | 860-423-1283 |
| Property Name: | ArtSpace Windham | Fax: | 860-423-1285 |
| Request Date: | 04/26/2016 | Request Type: | CrimSAFE |
| Request ID: | M4412515 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/26/2016 10:34:02 | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | MIKHAIL ARROYO | Suffix: | |
| SSN: | xxx-xx-8831 | DOB: | 02/15/1994 |
| Address: | 745 MAIN ST<br>EAST HARTFORD, CT 06108 | | |

### TRANSACTION(s) USED

| Request# | Type | State | County |
|---|---|---|---|
| M4412516 | MULTISTATE<br>MSSO | ** | ** |

## CRIMSAFE RESULT

**BASED UPON YOUR COMMUNITY CRIMSAFE SETTINGS AND THE RESULTS OF THIS SEARCH, DISQUALIFYING RECORDS WERE FOUND. PLEASE VERIFY THE APPLICABILITY OF THESE RECORDS TO YOUR APPLICANT AND PROCEED WITH YOUR COMMUNITY'S SCREENING POLICIES.**

### RECORD - 1 of 1

| | | | |
|---|---|---|---|
| Request#: | M4412516 | Report Type: | MULTI-STATE |
| Record ID: | 1 | Record Type: | CRIMINAL COURT ACTION |
| Name: | MIKHAIL JESUS ARROYO | | |
| DOB: | 02/15/1994 | | |
| SSN: | | | |
| Jurisdiction: | 000000033501,PA | | |

| Sex: | Male | Race: | UNKNOWN | Height: | | Weight: | | Eye Color: | | Hair Color: | |

NOTE: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. A public record has been found with elements matching the information presented by your applicant. However, it is your sole responsibility to compare these elements and/or to obtain additional verification of the information provided. Though records are obtained from government public record sources, the ACCURACY OR COMPLETENESS OF THE INFORMATION IS NOT GUARANTEED. Remember, you must comply with your obligations under the federal Fair Credit Reporting Act, your Service Agreement, and the other applicable federal, state and local laws.

ARROYO000645