# EXHIBIT 50 PLACEHOLDER

—

# THIS EXHIBIT WAS FILED UNDER SEAL