UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT FAIR HOUSING CENTER** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,**<br><br>*Defendant.* | No. 3:18-CV-705 (VLB) |

## PLAINTIFFS' INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit 1** | Deposition Transcript of Naeem Kayani |
| **Exhibit 2** | Deposition Transcript of Yvonne Rosario |
| **Exhibit 3** | Defendant's Responses to Plaintiffs' Second Set of Requests for Production |
| **Exhibit 4** | Deposition Transcript of Lynn Bora |
| **Exhibit 5** | Declaration of David Lavery |
| **Exhibit 6** | CHFA Multifamily Housing Portfolio |
| **Exhibit 7** | Conciliation Agreement Between the Arroyos and WinnResidential |
| **Exhibit 8** | June 2016 File Disclosure Request |
| **Exhibit 9** | Deposition Transcript of Angela Barnard |
| **Exhibit 10** | November 2016 File Disclosure Request |
| **Exhibit 11** | Declaration of Erin Kemple |
| **Exhibit 12** | Deposition Transcript of Jay Kacirk |
| **Exhibit 13** | Deposition Transcript of Christopher Wildeman |
| **Exhibit 14** | Deposition Transcript of Lila Kazemian |
| **Exhibit 15** | CoreLogic Email to Clients Re: HUD Guidance |
| **Exhibit 16** | CoreLogic Presentation on HUD Guidance |
| **Exhibit 17** | CoreLogic Email to WinnResidential (with attachments) |
| **Exhibit 18** | 2003 SafeRent Criminal Recommendation website screenshot |
| **Exhibit 19** | Deposition Transcript of Erin Kemple |
| **Exhibit 20** | HUDUser.gov FY 2019 Income Limit(s) |