# EXHIBIT A

believes the following remedial plan will be necessary to address the effects of Defendant's discrimination:

a. A statewide advertising campaign to inform landlords, tenants and tenant screening providers that: criminal records screening policies that impose blanket bans are illegal; housing providers must make individualized assessment of criminal records; and disabled tenants may be able to request a reasonable accommodation of a landlord's criminal records screening policy. A comprehensive four-week advertising campaign would cost an estimated $250,000 to $300,000.

b. A three-year testing program to gauge the level of discrimination occurring and to determine whether CFHC's efforts to combat this discrimination are effective. The cost of the testing program over three years would be $30,000.

c. A two-year outreach plan to educate landlords through seminars and trainings to counteract the effect of the defendant's discrimination. Conducting three trainings per year for two years will cost approximately $20,000.

CFHC reserves the right to amend and update these estimates based on information about the extent of Defendant's discrimination that may be revealed through discovery.

## Mikhail Arroyo

**Compensatory Damages:**

**Economic Damages**: As a consequence of Defendant's discriminatory policies and practices, Mikhail Arroyo incurred increased medical expenses resulting from his prolonged stay in the nursing home from approximately May 2016 until June 2017. The nursing home expenses were at least $2,460; Plaintiffs are awaiting additional billing records and reserve the right to amend this estimate.

**Emotional Distress**: As a consequence of Defendant's discriminatory policies and practices, Mikhail Arroyo suffered significant emotional distress. For 13 months, Mr. Arroyo was stuck in a nursing home, unable to move into his mother's apartment. During that time, he suffered anxiety and sadness that was proximately caused by Defendant's discriminatory role in the denial of his housing application and compounded by Defendant's discriminatory refusal to produce his consumer file to his conservator and mother. Mr. Arroyo also suffered a fall in the nursing home that resulted in a week-long hospitalization and significant additional pain and suffering.

3