# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
                        Case No. 3:18-cv-00705-VLB
 3    _____

 4    CONNECTICUT FAIR HOUSING CENTER

 5    and

 6    CARMEN ARROYO, individually and
      as next friend for Mikhail Arroyo
 7

 8                         Plaintiffs,

 9             v.

10    CORELOGIC RENTAL PROPERTY
      SOLUTIONS, LLC
11                         Defendant.

12    _____

13

14

15
                 Deposition of Carmen Arroyo
16
                 Wednesday, July 24, 2019
17
               Connecticut Fair Housing Center
18
                    60 Popieluszko Court
19
                    Hartford, Connecticut
20
                    12:06 p.m. - 4:23 p.m.
21

22

23           ----- Sharon Roy, RPR -----
                     Planet Depos
24         451 Hungerford Drive, Suite 400
                  Rockville, MD 20850
25                   888.433.3767
```

1  ████████████████████████████████████
2  ██ ████████████████████████████████
3  ████████████████████████████████████
4  ████████████████████████████████████
5  　　　　　He was sitting in the bathroom and I
6  guess the CNA left the scene and he fell. ██
7  ████████████████████████████████████
8  ████████████████████████████████████
9  ████████████████████████████████████
10 ████████████████████████████████████
11 ████████████████████████
12 　　　　████████████████████████████
13 ████████████████████████████████████
14 ████████████████████████████████████
15 ████████████████████████████████████
16 ████████████████████████████████████
17 ████████████████
18 　　　　████████████████████████████
19 ████████████████████████████████████
20 ████████████████████████████████████
21 ████████████████████████████████████
22 ████████
23 　　　　████████████████████████████
24 ████████████████████████████████████
25 ████████████████

1  ███████████████
2      █████████████████████████
3  █████████████████████████
4          So they called 9-1-1 and they transported
5  him to Saint Francis.  And there we found out that,
6  after a long wait, he had pneumonia, he was backed
7  up, his bowels were backed up, he had pneumonia, and
8  he had also contracted the PE, which is pulmonary
9  embrasion (sic), which is blood clots in his blood,
10 and they weren't sure if it had went into the heart
11 canal.  So they needed to do a cardiogram on him.
12 They did a CT scan, to check the lung areas and the
13 stomach area.  And they right away started
14 administering medications to him.  His reading was
15 very low for his oxygen level.  You know.
16         So it was an intense -- they gave us a
17 room.  He was in there.  I mean, we went through a
18 lot from that time period from leaving Riverside to
19 Saint Francis Hospital in the ambulance, then
20 waiting for so long, then they were going to
21 discharge him when the doctors really looked into it
22 and said, "No, we can't discharge him."
23         They gave -- they administered medication
24 to him that caused an allergy reaction.  He swelled
25 up.  Poor kid, he went through so much, he couldn't

1  breathe.  So it was just a waiting game to see if
2  the pneumonia and the blood clots would relieve and
3  the back -- and, you know, being backed up.
4        Q.    Okay.  And so I take it he was eventually
5  discharged?
6        A.    He was.
7        Q.    How long did that take?
8        A.    It was a week, I took off work that whole
9  week.  I had to call my doctor and say, "I'm sorry,
10 I can't come to work."
11       Q.    And what was the cause of the injuries --
12 or cause of the pneumonia?
13       A.    I don't quite know.  I think the report
14 was something -- there's a word for it.  Nursing
15 home -- there's a word for it.  I don't remember the
16 word.
17       Q.    So I asked you about the pneumonia.  You
18 don't know what caused the blood clots?
19       A.    They said that it was him sitting so long
20 on his wheelchair.  But when I explained to the
21 doctor that he does get physical therapy and he does
22 move a little, not quite as we would move, but he
23 does get that, they really couldn't find any
24 thrombosis or anything in the legs that would have
25 caused it.  They -- basically they couldn't really

```
 1   give me a pinpoint where it started, but the lungs
 2   were filled with clots and they were very afraid of
 3   it going to the main artery of the heart.
 4         Q.    How about the constipation, any ... ?
 5         A.    That he was backed up.  They, they didn't
 6   know he was backed up like that.
 7         Q.    Do you know why he was constipated?
 8         A.    You know, he takes a lot of medication,
 9   so he takes medication for his seizures, he takes
10   medication for his spasms in his right side, the arm
11   and leg.  So, you know, certain medications can
12   cause constipation.  He does take medicine to
13   relieve that so he can try to go a little bit
14   regular.  It could be a number of things.
15   ███ ████████████████████████████████████████████
16   ████████████████████████████████████████████████
17   █████████
18   ███ ████████████████████████████████████████████
19   ████████████████████████████████████████████████
20   ████████████████████████████████████████████████
21   ████████████████████████████████████████████████
22   ████████████████████████████████████████████████
23   ██████████████████████████████████████
24   ████████████████████████████████████████████████
25   ████████████████████████████████████████████████
```