# EXHIBIT C

```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 2   -------------------------------------------x
     CONNECTICUT FAIR HOUSING CENTER, and CARMEN
 3   ARROYO, individually and as next of friend
     for Mikhail Arroyo,
 4
                              Plaintiffs,
 5
            -against-
 6
     CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,
 7
                              Defendants.
 8
     -------------------------------------------x
 9
                         September 23, 2019
10                       9:40 a.m.

11                       875 Third Avenue
                         New York, New York
12

13

14

15       DEPOSITION of the LILA KAZEMIAN,

16    PhD, before Christine Cutrone, a Shorthand

17    Reporter and Notary Public within and for

18    the State of New York.

19

20   JOB NO: 263044

21

22

23

24

25
```

Transcript of Lila Kazemian, PhD.
Conducted on September 23, 2019    8

```
 1                    KAZEMIAN
 2
 3
 4
 5        Q.    Have you ever worked for a
 6   property management company or a property
 7   ownership company?
 8        A.    No.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        KAZEMIAN
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18         Q.    So in discovery we produced --
19   when I say "we," I should say Corelogic, we
20   produced a number of documents and information
21   that actually showed various aspects of
22   CrimSAFE's reporting; such as, how many times
23   it was used by particular customers.  How many
24   times records were identified through
25   CrimSAFE.
```

```
 1                    KAZEMIAN
 2              I take it, based on the
 3    statements in your introductory paragraph, you
 4    didn't review any of those documents in
 5    connection with your report; is that fair?
 6        A.    Yes.
 7        Q.    That was a little bit unclear
 8    based on how you answered it.  I take it when
 9    you say "yes," you mean to confirm that you
10    did not review any of those documents; is that
11    fair?
12        A.    Correct.
13        Q.    Did you know that there were
14    such documents showing how Corelogic's
15    customer base has used CrimSAFE?
16              MR. KAZEROUNIAN:  Objection
17        to form.
18        A.    No.
19
20
21
22
23
24
25
```

Transcript of Lila Kazemian, PhD.
Conducted on September 23, 2019
43

```
 1                    KAZEMIAN
 2         Q.    Sure.  Let me try to make it a
 3   little bit more concrete.
 4               Let's say you were trying to
 5   draw conclusions about recidivism rates in the
 6   state of, I don't know, Texas, that was your
 7   goal as an academic.  Would it be helpful to
 8   have statewide data in that instance as
 9   opposed to data that's specific to any
10   particular city in Texas?
11               MR. KAZEROUNIAN:  Objection.
12         A.    If that's your objective to look
13   for patterns in the state as a whole?
14         Q.    Yes.
15         A.    Yes, you would want statewide
16   data.
17         Q.    So let's say that you wanted to
18   draw conclusions about recidivism rates
19   nationally.  I take it then by analogy it
20   would also be helpful to have data that's more
21   national in scope as opposed to data that's
22   limited to any particular state; is that fair?
23         A.    Sure.
24
25
```

Transcript of Lila Kazemian, PhD.
Conducted on September 23, 2019      57

1              KAZEMIAN

16         Have you heard of the Bureau of
17  Justice Statistics before?
18      A.   Yes.
19      Q.   What is your understanding of
20  what that bureau is and what it does?
21      A.   It collects criminal justice
22  data.
23      Q.   Is that a federal agency?
24      A.   Yes.
25      Q.   Is it generally viewed as a

Transcript of Lila Kazemian, PhD.
Conducted on September 23, 2019         58

```
 1                    KAZEMIAN
 2   credible source of criminal conviction and
 3   crime information nationally?
 4          A.    Yes.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Transcript of Lila Kazemian, PhD.
Conducted on September 23, 2019        124

1                        KAZEMIAN

18        Q.    So is it your position that the
19  CrimSAFE configuration form across any of the
20  categories should essentially limit the
21  ability for crimes to match the category by
22  restricting the lookback period of time, which
23  you can identify a crime -- that lookback
24  period should be restricted by Corelogic
25  somewhere between five to seven years?

Transcript of Lila Kazemian, PhD.
Conducted on September 23, 2019   125

```
 1                    KAZEMIAN
 2            MR. KAZEROUNIAN:  Objection.
 3       A.    I'm not going to comment on a
 4  specific number for the reasons I laid out in
 5  my report.
 6       Q.    You don't have any specific
 7  number then?
 8       A.    That's not my job to offer a
 9  specific number today.  The first point that I
10  made was the fact that first all the lifetime
11  ban has absolutely no empirical basis.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        KAZEMIAN
 2
 3
 4
 5
 6
 7              So if CrimSAFE were to be
 8   revised down to requiring the crime to have
 9   been committed no more than five to
10   seven years ago, is that something that you
11   would think would be consistent with
12   preventing threats to public safety?
13         A.   Again, I don't want to give
14   specific numbers today, because I don't think
15   that's what I was asked to do, so I'm not
16   going to comment on it.
17
18
19
20
21
22
23
24
25
```

```
 1                      KAZEMIAN
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23        Q.    I don't think you did either.
24   So I'm just asking you about the statistics
25   generally?
```

```
 1                    KAZEMIAN
 2        A.    These are official statistics,
 3   so I can't disagree with them.
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    KAZEMIAN
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19         MR. ST. GEORGE:  Putting
20     aside this report.  Let me
21     introduce another exhibit.  This
22     Exhibit 6.
23          (2018 Update on Prisoner
24     Recidivisim:A 9-Yea Follow-up
25     Period (2005-2014) was marked
```

```
 1                    KAZEMIAN
 2          Defendant's Exhibit 6 for
 3          identification, as of this date
 4          September 23, 2019.)
 5          Q.   Do you have Exhibit 6 in front
 6   of you?
 7          A.   I do.
 8          Q.   So this isn't a document that
 9   was cited in your report, but do you recognize
10   it?
11          A.   Yes.  If I could modify
12   something on the record, when I had researched
13   for updated recidivism rates, this report
14   actually escaped me.  And Salmun mentioned it
15   when we meant over the weekend.  So I briefly
16   looked over it last night.  I forgot to
17   mention that at the beginning, because it
18   wasn't cited in the report.
19          Q.   Okay. That's fine. So you didn't
20   rely on this document when you were preparing
21   this report?
22          A.   I did not, but I reviewed it
23   briefly last night.
24
25
```

1   STATE OF NEW YORK    )
2                        ) ss.:
    COUNTY OF NEW YORK   )
3
                C E R T I F I C A T E
4
5       I, CHRISTINE CUTRONE, Shorthand
6   Reporter and a Notary Public within and
7   for the State of New York, do hereby
8   state:
9       That the witness whose examination is
10  herein before set forth was duly sworn and
11  that such an examination is a true record
12  of the testimony given by such a witness.
13      I further state that I am not related
14  to any of these parties to this action by
15  blood or marriage, and that I am not in
16  any way interested in the outcome of this
17  matter.
18      IN WITNESS WHEREOF, I have hereunto
19  set my hand this 4th day of October, 2019.
20      *[signature: Christine Cutrone]*   CHRISTINE CUTRONE
21                                         NOTARY PUBLIC STATE OF NEW YORK
                                           RICHMOND COUNTY
22                                         LIC. # 01CU4933860
                                           COMM. EXP. 6/20/2022
23
24              CHRISTINE CUTRONE
25