# EXHIBIT E

# HEINONLINE

Citation:
Alfred Blumstein; Kiminori Nakamura, Redemption in the Presence of Widespread Criminal Background Checks, 47 CRIMINOLOGY 327 (2009).

Content downloaded/printed from _HeinOnline_

Thu Jun 20 11:05:09 2019

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at https://heinonline.org/HOL/License

-- The search text of this PDF is generated from uncorrected OCR text.

-- To obtain permission to use this article beyond the scope of your HeinOnline license, please use:

_Copyright Information_



Use QR Code reader to send PDF to your smartphone or tablet device

EXHIBIT: **9** FOR ID.
DATE:
CHRISTINE CUTRONE  Sept 23, 2019

# REDEMPTION IN THE PRESENCE OF WIDESPREAD CRIMINAL BACKGROUND CHECKS*

ALFRED BLUMSTEIN
KIMINORI NAKAMURA
  The H. John Heinz III College
  Carnegie Mellon University

KEYWORDS: redemption, criminal background checks, criminal-history records, employment

*Criminal background checks have now become ubiquitous because of advances in information technology and growing concerns about employer liability. Also, a large number of individual criminal records have accumulated and have been computerized in state repositories and commercial databases. As a result, many ex-offenders seeking employment could be haunted by a stale record. Recidivism probability declines with time "clean," so some point in time is reached when a person with a criminal record, who remained free of further contact with the criminal justice system, is of no greater risk than a counterpart of the same age—an indication of redemption from the mark of crime. Very little information exists on this measure of time until redemption and on how its value varies with the crime type and the offender's age at the time of the earlier event. Using data from a state criminal-history repository, we estimate the declining hazard of rearrest with time clean. We first estimate a point of redemption as the time when the hazard intersects the age–crime curve, which represents the arrest risk for the general population of the same age. We also estimate another similar*

---

\*   The authors are most appreciative of the support of David J. van Alstyne of New York's Division of Criminal Justice Services for providing considerable help in accessing the data. Partial funding for this work has been provided by the National Institute of Justice under Grant 2007-IJ-CX-0041. We also thank Daniel Nagin, Melvin Stephens, James Jacobs, and three anonymous reviewers for their helpful comments and suggestions. A previous version of this article was presented at the 2007 annual meeting of the American Society of Criminology (Atlanta, Georgia). Direct correspondence to Alfred Blumstein, the H. John Heinz III College, Carnegie Mellon University, Pittsburgh, PA 15213 (email: ab0q@andrew.cmu.edu).

© 2009 American Society of Criminology

complicated, however, because one must examine the record over an appreciably longer period of time. In recidivism studies, it is usually sufficient to track individuals for as short as 5 years, because the large majority of individuals who will recidivate will do so within the first several years (e.g., Beck and Shipley, 1997; Langan and Levin, 2002). However, the estimation of $T^*$ and $T^{**}$, particularly as a function of $A_1$ and $C_1$, requires observation over a much longer interval, long enough for the recidivism probability to become small enough. This process requires larger initial samples than those used in past studies (Kurlychek, Brame, and Bushway, 2006, 2007) so that we can estimate the recidivism probability with sufficient precision after most of any initial cohort has already recidivated.

## RESEARCH APPROACHES AND RESULTS

This section first introduces the data used in the analysis to estimate hazard. It then describes the hazard estimation procedure. Next, an approach to comparing redemption candidates with the general population and the resulting estimates of $T^*$ are discussed. Then, an approach to comparing redemption candidates with those who have never been arrested and the resulting estimates of $T^{**}$ are discussed.

### DATA

Our research approach requires starting with criminal-history records initiated long enough ago that we can be confident that after having been free and clean of arrests, the individuals with those records have a low residual risk of recidivism. On the other hand, we would like records from a time when the computerization of rap-sheet information was sufficiently advanced so that the computer records would provide an appropriate sample. Thus, we contacted the criminal-history repository in New York State asking for a sample of individuals arrested for the first time as adults in 1980. This information provided an interval of 27 years to follow the individuals and assess their recidivism probabilities. It also provided a large enough population to disaggregate into a reasonable number of interesting crime types and age at first arrest and still have an adequate number of individuals who have remained clean of crime 10, 20, and even 25 years later.