# EXHIBIT F

# Journal of Research in Crime and Delinquency

http://jrc.sagepub.com

**Exploring Residual Career Length and Residual Number of Offenses for Two Generations of Repeat Offenders**
Lila Kazemian and David P. Farrington
*Journal of Research in Crime and Delinquency* 2006; 43; 89
DOI: 10.1177/0022427805280066

The online version of this article can be found at:
http://jrc.sagepub.com/cgi/content/abstract/43/1/89

Published by:
**⑤SAGE Publications**
http://www.sagepublications.com

On behalf of:

NCCD

National Council on Crime and Delinquency

Additional services and information for *Journal of Research in Crime and Delinquency* can be found at:

**Email Alerts:** http://jrc.sagepub.com/cgi/alerts

**Subscriptions:** http://jrc.sagepub.com/subscriptions

**Reprints:** http://www.sagepub.com/journalsReprints.nav

**Permissions:** http://www.sagepub.com/journalsPermissions.nav

**Citations** (this article cites 5 articles hosted on the SAGE Journals Online and HighWire Press platforms):
http://jrc.sagepub.com/cgi/content/abstract/43/1/89#BIBL

EXHIBIT: FOR ID.
10
DATE:
CHRISTINE CUTRONE Sept 23, 2019

Downloaded from http://jrc.sagepub.com at SAGE Publications on March 22, 2007
© 2006 SAGE Publications. All rights reserved. Not for commercial use or unauthorized distribution.

# Exploring Residual Career Length and Residual Number of Offenses for Two Generations of Repeat Offenders

Journal of Research in Crime and Delinquency
Volume 43 Number 1
February 2006 89-113
© 2006 Sage Publications
10.1177/0022427805280066
http://jrc.sagepub.com
hosted at
http://online.sagepub.com

Lila Kazemian
David P. Farrington
*University of Cambridge*

Very few studies have explored residual career length (RCL) and residual number of offenses (RNO), that is, the remaining time and number of offenses in criminal careers. This study uses conviction data from the Cambridge Study in Delinquent Development to investigate RCL and RNO, for a sample of British males and their fathers. The sons were followed up to age 40 and the fathers up to age 70. Distributions of RCL and RNO according to six different criteria are presented (age on offense, conviction number, time since the last conviction, age of onset, offense type, and number of co-offenders). There was a general decline in RCL and RNO with age. Although RCL declined steadily with each successive conviction for both sons and fathers, RNO did not decline with conviction number for fathers. Over and above age on conviction, age of onset predicted RCL and RNO for sons, but less so for fathers. The type of offense and the number of co-offenders did not predict RCL or RNO. Risk scores showed that the predictive power of these variables for RCL and RNO was statistically significant but not very high. This finding highlights the difficulties associated with predictions of criminal career outcomes based on information available in official records, which is the main source of information available to decision-makers in the criminal justice system.

**Keywords:**  residual career length; residual number of offenses; criminal career

A very large body of research has been dedicated to the prediction of recidivism. However, very few studies have attempted to estimate residual criminal career length or residual number of offenses in criminal careers (Piquero, Farrington, and Blumstein 2003; Von Hirsch 1988, 1998). Residual career length (RCL) refers to the remaining number of years in criminal careers until the last offense, whereas residual number of offenses (RNO)

89

Downloaded from http://jrc.sagepub.com at SAGE Publications on March 22, 2007
© 2006 SAGE Publications. All rights reserved. Not for commercial use or unauthorized distribution.

94   Journal of Research in Crime and Delinquency

length for a sample of serious offenders was 17 years, ranging from four to 30 years.

## The Present Study

Cohen (1983:72) argued that "There is also need for prospective validation of results that have so far been based entirely on retrospective arrest histories." The present study explores the distribution of RCL and RNO for two samples of repeat offenders, followed up from adolescence to adulthood. These analyses will provide a better insight on the changes occurring in RCL and RNO over time and across the life course. Unlike Blumstein et al.'s (1982) research, which limited its analyses to adult criminal careers, this study assesses RCL and RNO for juvenile and adult onsetters.

## Data

Data used in this study were collected in the Cambridge Study in Delinquent Development, which is a prospective longitudinal survey of 411 males from a working-class area of London. The males were mainly Caucasian, of British origin, and working class; detailed descriptions of the sample can be found in a recent publication (Farrington 2003). They were first contacted in 1961 to 1962, when they were eight to nine years old, and were interviewed on eight subsequent occasions. Official records of convictions were obtained between ages 10 and 40 for the following offenses: shoplifting, theft from vehicles, theft of vehicles, joyriding, theft of cycles, theft from machines, theft from work, other theft, burglary, fraud, receiving, suspicious behavior (loitering with intent), robbery, assault and wounding, insulting or threatening behavior, carrying an offensive weapon, sex offenses, drug offenses, arson, vandalism, and disqualified driving. Estimates of RCL and RNO in this study are based on convictions.[1] Piquero et al. (2004:417) argued that the estimates of career duration inevitably rely on "the characteristics of the person-years" rather than characteristics of offenders. Due to the nature of the research question at hand, the analyses carried out in the present study are based on person-years.

The analyses focus on both the length of official criminal careers and the residual number of convictions. RCL refers to the number of years remaining in the criminal career up to the last recorded conviction, whereas RNO is defined as the number of offenses remaining in the criminal career. For instance, if a respondent is convicted for one offense in each year at ages 16, 24, 30, and 38, his respective residual career lengths would be 22, 14, 8, and 0

Downloaded from http://jrc.sagepub.com at SAGE Publications on March 22, 2007
© 2006 SAGE Publications. All rights reserved. Not for commercial use or unauthorized distribution.