# EXHIBIT G



**U.S. Department of Justice**
Office of Justice Programs
*Bureau of Justice Statistics*

## SPECIAL REPORT

MAY 2018
NCJ 250975

# 2018 Update on Prisoner Recidivism: A 9-Year Follow-up Period (2005-2014)

Mariel Alper, Ph.D., and Matthew R. Durose, *BJS Statisticians*
Joshua Markman, *former BJS Statistician*

Five in 6 (83%) state prisoners released in 2005 across 30 states were arrested at least once during the 9 years following their release. The remaining 17% were not arrested after release during the 9-year follow-up period.

About 4 in 9 (44%) prisoners released in 2005 were arrested at least once during their first year after release (**figure 1**). About 1 in 3 (34%) were arrested during their third year after release, and nearly 1 in 4 (24%) were arrested during their ninth year.

This report examines the post-release offending patterns of former prisoners and their involvement in criminal activity both within and outside of the state where they were imprisoned. The Bureau of Justice Statistics analyzed the offending patterns of 67,966 prisoners who were randomly sampled to represent the 401,288 state prisoners released in 2005 in 30 states. This sample is representative of the 30 states, both individually and collectively, included in the study (see *Methodology*). In 2005, these 30 states



**FIGURE 1**
**Annual arrest percentage of prisoners released in 30 states in 2005**

Percent of released prisoners

Note: The denominator for annual percent is 401,288 (total state prisoners released in 30 states in 2005). See table 5 for estimates and appendix table 7 standard errors.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

## HIGHLIGHTS

- The 401,288 state prisoners released in 2005 had an estimated 1,994,000 arrests during the 9-year period, an average of 5 arrests per released prisoner. Sixty percent of these arrests occurred during years 4 through 9.

- An estimated 68% of released prisoners were arrested within 3 years, 79% within 6 years, and 83% within 9 years.

- Almost half (47%) of prisoners who did not have an arrest within 3 years of release were arrested during years 4 through 9.

- More than three-quarters (77%) of released drug offenders were arrested for a non-drug crime within 9 years.

- Forty-four percent of released prisoners were arrested during the first year following release, while 24% were arrested during year-9.

- Eighty-two percent of prisoners arrested during the 9-year period were arrested within the first 3 years.

- Five percent of prisoners were arrested during the first year after release and not arrested again during the 9-year follow-up period.

- During each year and cumulatively in the 9-year follow-up period, released property offenders were more likely to be arrested than released violent offenders.

- Eight percent of prisoners arrested during the first year after release were arrested outside the state that released them, compared to 14% of prisoners arrested during year-9.

EXHIBIT FOR ID.
6
DATE:
CHRISTINE CUTRONE   Sept 23, 2019



were responsible for 77% of all persons released from state prisons nationwide. The findings are based on prisoner records obtained from the state departments of corrections through BJS's National Corrections Reporting Program and criminal history records obtained through requests to the FBI's Interstate Identification Index and state repositories via the International Justice and Public Safety Network (Nlets).

BJS first collected the criminal history records of this same sample of prisoners to analyze their recidivism patterns for 5 years following release.[1] In 2015, BJS re-collected the criminal history records on the same sample of prisoners to extend the original 5-year follow-up period to 9 years. This report presents the offending patterns for the full 9-year period. Both studies excluded prisoners who died during the respective follow-up periods. Because additional individuals in the sample died during the 9-year follow-up period, the overall universe of released prisoners declined from 404,638 during the 5-year follow-up study to 401,288 during the 9-year follow-up study. Since those 3,350 prisoners were not included in this longer study, recidivism estimates on the first 5 years following release in this report may differ slightly from previously published estimates on the 2005 release cohort.

### About 1 in 4 state prisoners released in the 30 states in 2005 were in prison for a violent offense

Among the 401,288 prisoners released in 30 states in 2005, an estimated 9 in 10 (89%) were male (table 1). Eighteen percent were age 24 or younger at time of release, 51% were ages 25 to 39, and 31% were age 40 or older. The percentage of non-Hispanic black and non-Hispanic white prisoners were similar (40% each). Thirty-two percent of released prisoners were in prison for a drug offense, compared to 30% who were in prison for a property offense, 26% for a violent offense, and 13% for a public order offense.

[1]See *Recidivism of Prisoners Released in 30 States in 2005: Patterns from 2005 to 2010*, NCJ 244205, BJS web, April 2014.

**TABLE 1**
**Characteristics of prisoners released in 30 states in 2005**

| Characteristic | Percent |
|---|---|
| All released prisoners | 100% |
| **Sex** | |
| Male | 89.3% |
| Female | 10.7 |
| **Race/Hispanic origin[a]** | |
| White | 39.7% |
| Black/African American | 40.1 |
| Hispanic/Latino | 17.7 |
| Other[b] | 2.4 |
| America Indian or Alaska Native | 1.2 |
| Asian, Native Hawaiian, or Other Pacific Islander | 0.8 |
| **Age at release** | |
| 24 or younger | 17.7% |
| 25–29 | 19.4 |
| 30–34 | 16.0 |
| 35–39 | 15.7 |
| 40 or older | 31.2 |
| **Most serious commitment offense** | |
| Violent | 25.7% |
| Property | 29.7 |
| Drug | 31.9 |
| Public order[c] | 12.7 |
| Number of released prisoners | 401,288 |

Note: Data on prisoners' sex and age at release were known for 100% of cases and race and Hispanic origin for nearly 100%. Detail may not sum to total due to rounding. See appendix table 2 for standard errors.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]Includes persons of two or more races or other unspecified races.
[c]Includes 0.8% of cases in which the prisoner's most serious offense was unspecified.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

# Measuring recidivism

Recidivism measures require three characteristics:

1.  a starting event, such as a release from prison

2.  a measure of failure following the starting event, such as a subsequent arrest, conviction, or return to prison

3.  an observation or follow-up period that generally extends from the date of the starting event to a predefined end date (e.g., 6 months, 1 year, 3 years, 5 years, or 9 years).

This study used four outcome measures to examine the recidivism patterns of former state prisoners. Arrest data were used because they provided the offense details needed to produce these four measures for prisoners from all 30 states in the study.

1.  Cumulative arrest percentage is the percentage of prisoners who had been arrested at least once at various points in the follow-up period. For example, the cumulative arrest percentage for year-5 is the percentage of all released prisoners who had at least one arrest during the 5-year period. BJS previously examined the cumulative percentage of prisoners who had a subsequent conviction or returned to prison within 5 years following release.[2] The return-to-prison analysis for the 5-year follow-up study was limited to 23 of the study's 30 states with the data needed to identify returns to prison during the entire observation period.

2.  Annual percentage of first arrests is the percentage of prisoners who had their first arrest following release during a specific year in the follow-up period. The denominator for each annual first-arrest percentage from years 1 through 9 is the total number of prisoners released in the 30 states during 2005. The numerators are the number of prisoners arrested for the first time during each of those years (i.e., they had not been arrested during a prior year in the follow-up period). The sum of the annual first-arrest percentages during a follow-up period equals the cumulative arrest percentage for the same period.

3.  Annual arrest percentage of released prisoners includes those who were arrested at least once during a particular year within the follow-up

period. The denominator for each percentage from years 1 through 9 is the total number of prisoners released in the 30 states during 2005. The numerators are the number of prisoners arrested during the particular year, regardless of whether they had been arrested during a prior year.

4.  Annual volume of arrests is the total number of arrests of released prisoners during a particular year in the follow-up period. The total volume of arrests is the sum of each annual volume of arrests during the entire follow-up period. A prisoner may have had multiple arrests during a year or in the follow-up period, and a single arrest may have involved charges for more than one crime.

## Measuring desistance

**Desistance** is measured as the percentage of prisoners who, after a particular year, had no subsequent arrests during the remainder of the 9-year follow-up period. For example, if a prisoner was arrested during year-3 but was not arrested during years 4 through 9, the prisoner would be classified as having desisted during year-3. While recidivism is a measure of arrest at any point during the follow-up period, desistance is a measure of the absence of arrest between a particular point within the follow-up period and the end of the follow-up period.

## Importance of recidivism and desistance measures

Measures of recidivism and desistance provide information relevant to a deeper understanding of criminal behavior and the administration of justice in a wide range of policy areas. For example, law enforcement officials interested in the amount of crime committed by released prisoners can turn to statistics on the annual volume of arrests. Parole and probation agencies interested in the involvement of various types of former prisoners in criminal activities after release may focus on variations in cumulative arrest percentages. Treatment providers looking for measures of program effectiveness will be interested in desistance patterns. Additionally, task forces and policymakers examining the movement of criminals across state borders will be interested in the types of released prisoners most likely to commit new crimes (i.e., recidivate) in other states.

---

[2]See *Recidivism of Prisoners Released in 30 States in 2005: Patterns from 2005 to 2010*, NCJ 244205, BJS web, April 2014.

## Extending the follow-up period from 3 to 9 years increased recidivism of prisoners by 15 percentage points

The cumulative arrest percentage among released prisoners increased 15 percentage points when the follow-up period was extended from 3 years to 9 years. Sixty-eight percent of prisoners had been arrested for a new crime 3 years after release, while 79% of prisoners were arrested after 6 years following release (**table 2**). At the end of the 9-year follow-up period, the percentage of prisoners arrested after release increased to 83% (**figure 2**).

The cumulative out-of-state arrest percentage among released prisoners doubled when the follow-up period was extended from 3 years to 9 years. Three years after release, 7.7% of prisoners had been arrested outside the state of release. At the end of the 9-year follow-up period, the percentage of prisoners arrested outside of the state of release increased to 15.4%.

**FIGURE 2**
**Percent of prisoners released in 30 states in 2005 who were arrested since release, by year after release**



Note: See table 2 for estimates and appendix table 3 for standard errors.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**TABLE 2**
**Cumulative percent of prisoners released in 30 states in 2005 who were arrested within or outside the state of release, by year after release**

| Year after release | Within or outside the state of release | | | Outside the state of release* | | |
|---|---|---|---|---|---|---|
| | Total | Percent arrested | Percent not arrested | Total | Percent arrested | Percent not arrested |
| 1 | 100% | 43.9% | 56.1% | 100% | 3.3% | 96.7% |
| 2 | 100% | 60.1 | 39.9 | 100% | 5.7 | 94.3 |
| 3 | 100% | 68.4 | 31.6 | 100% | 7.7 | 92.3 |
| 4 | 100% | 73.5 | 26.5 | 100% | 9.3 | 90.7 |
| 5 | 100% | 77.0 | 23.0 | 100% | 10.9 | 89.1 |
| 6 | 100% | 79.4 | 20.6 | 100% | 12.2 | 87.8 |
| 7 | 100% | 81.1 | 18.9 | 100% | 13.4 | 86.6 |
| 8 | 100% | 82.4 | 17.6 | 100% | 14.4 | 85.6 |
| 9 | 100% | 83.4 | 16.6 | 100% | 15.4 | 84.6 |

Note: Detail may not sum to total due to rounding. See appendix table 3 for standard errors.
*Prisoners arrested outside the state of release could have also been arrested within the state of release.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

Forty-four percent of prisoners released in 2005 were arrested during the first year following release (figure 3). Sixteen percent of released prisoners were arrested for the first time during the second year after release, and 8% were arrested for the first time during the third year. Fifteen percent of the released prisoners were arrested for the first time during years 4 through 9, including 11% arrested for the first time during years 4 through 6 and 4% arrested for the first time during years 7 through 9.

Of the released prisoners who were arrested for a new crime during the 9-year follow-up period, the majority of the prisoners' first post-release arrests occurred during the first 3 years of the follow-up period. More than half (53%) of all prisoners released in the 30 states in 2005 who were arrested during the 9-year follow-up period were arrested for the first time during the first year (not shown). Among all released prisoners arrested within 9 years, about 5 in 6 prisoners (82%) were arrested within the 3-year follow-up period (not shown).

## FIGURE 3
**Percent of prisoners released in 30 states in 2005 who were arrested after release, by year of first arrest**

Percent of released prisoners



Year of first arrest

Note: The denominator for the annual percentage was 401,288 (total state prisoners released in 30 states in 2005). See appendix table 4 for estimates and standard errors.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

## Longer follow-up periods show substantial declines in apparent desistance

This study examined the extent to which released prisoners appeared to have desisted from criminal activity using various follow-up periods. Thirty-two percent of released prisoners had not been arrested within 3 years, compared to 21% within 6 years (figure 4). Within 9 years following release in 2005, the percentage of prisoners without a new arrest following release declined to 17%. That is, almost half (47%) of prisoners with no arrest within 3 years of release had an arrest during years 4 through 9.

## FIGURE 4
**Percent of prisoners released in 30 states in 2005 who were not arrested since release, by year following release**

Percent of released prisoners



Year after release

Note: See table 2 for estimates and appendix table 3 for standard errors.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**After year-1 the annual percentages of males and females arrested for the first time were similar**

The difference in the percentage of male and female prisoners who were arrested for the first time each year following release narrowed after the first year. In the first year after release, 45% of male prisoners were arrested, compared to 35% of female prisoners (**figure 5**). However, during each of the following years, the percentages of males and females arrested for the first time following release were similar. During the 9-year follow-up period, 84% of male prisoners were arrested and 77% of female prisoners were arrested.

A smaller percentage of white prisoners than black or Hispanic prisoners recidivated during the first year after release. During the first year after release, 40% of white prisoners were arrested for the first time, compared to 47% of Hispanic and 46% of black prisoners (**table 3**). During year-2 after release, 16% of white prisoners were arrested for the first time, compared to 17% of black and 14% of Hispanic prisoners. During the ninth year after release, about 1% of each sex, race, Hispanic origin, and age group were arrested for the first time. During the 9-year follow-up period, 87% of black prisoners and 81% of white and Hispanic prisoners were arrested.

**FIGURE 5**
**Percent of prisoners released in 30 states in 2005 who were arrested following release, by sex of prisoner and year of first arrest**

Percent of released prisoners



Note: See table 3 for estimates and appendix table 5 for standard errors.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**TABLE 3**
**Percent of prisoners released in 30 states in 2005 who were arrested after release, by prisoner characteristics and year of first arrest**

| Characteristic | Total arrested within 9 years | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| All released prisoners | 83.4% | 43.9% | 16.2% | 8.3% | 5.1% | 3.5% | 2.3% | 1.7% | 1.3% | 1.0% |
| **Sex** | | | | | | | | | | |
| Male | 84.2% | 44.9% | 16.3% | 8.3% | 5.1% | 3.4% | 2.3% | 1.7% | 1.3% | 0.9% |
| Female | 76.8 | 35.1 | 15.7 | 8.5 | 5.5 | 4.2 | 2.5 | 2.2 | 1.7 | 1.4 |
| **Age at release** | | | | | | | | | | |
| 24 or younger | 90.1% | 51.8% | 17.0% | 7.7% | 4.8% | 3.4% | 2.0% | 1.7% | 1.0% | 0.7% |
| 25–39 | 85.3 | 44.9 | 16.7 | 8.6 | 5.2 | 3.6 | 2.3 | 1.7 | 1.4 | 0.9 |
| 25–29 | 87.0 | 45.9 | 16.8 | 8.8 | 5.5 | 3.8 | 2.5 | 1.5 | 1.3 | 0.9 |
| 30–34 | 84.3 | 43.9 | 16.5 | 8.2 | 5.3 | 3.5 | 2.3 | 1.9 | 1.7 | 1.0 |
| 35–39 | 84.3 | 44.6 | 16.8 | 8.7 | 4.9 | 3.4 | 2.2 | 1.7 | 1.2 | 0.9 |
| 40 or older | 76.5 | 37.8 | 15.1 | 8.1 | 5.1 | 3.5 | 2.5 | 1.9 | 1.4 | 1.2 |
| **Race/Hispanic origin**[a] | | | | | | | | | | |
| White | 80.9% | 40.2% | 15.8% | 8.4% | 5.2% | 3.8% | 2.6% | 2.2% | 1.5% | 1.2% |
| Black/African American | 86.9 | 46.0 | 17.4 | 8.6 | 5.5 | 3.4 | 2.3 | 1.6 | 1.2 | 0.9 |
| Hispanic/Latino | 81.3 | 47.3 | 14.3 | 7.2 | 4.2 | 3.1 | 2.2 | 0.9 | 1.3 | 0.7 |
| Other[b] | 82.4 | 44.1 | 16.4 | 8.8 | 4.5 | 3.0 | 1.3 | 2.1 | 1.3 | 1.1 |
| American Indian or Alaska Native | 85.0 | 43.5 | 16.3 | 9.5 | 4.8 | 3.6 | 1.6 | 2.7 | 1.6 | 1.4 |
| Asian, Native Hawaiian, or Other Pacific Islander | 79.4 | 45.0 | 16.0 | 8.3 | 4.0 | 1.3 | 1.3 | 1.3 | 1.2 | 1.0 |

Note: Data on prisoners' sex and age at release were known for 100% of cases and race and Hispanic origin for nearly 100%. Detail may not sum to total due to rounding. See appendix table 5 for standard errors.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]Includes persons of two or more races or other unspecified races.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

The difference in the percentage of prisoners in each age group who were arrested for the first time each year following release narrowed after the first year. During the first year after release, 52% of prisoners age 24 or younger at time of release were arrested, compared to 38% of prisoners age 40 or older (**figure 6**). During the second year, an estimated 17% of prisoners age 24 or younger were arrested for the first time following release, compared to 15% of prisoners age 40 or older. During the 9-year follow-up period, 90% of prisoners age 24 or younger at release were arrested, 77% of prisoners age 40 or older at release were arrested, and 43% (not shown) of prisoners age 60 or older were arrested.

## FIGURE 6
**Percent of prisoners released in 30 states in 2005 who were arrested after release, by age at release and year of first arrest**



Percent of released prisoners

Note: See table 3 for estimates and appendix table 5 for standard errors.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

### Prisoners released in 30 states in 2005 were arrested nearly 2 million times during the 9 years following release

The 401,288 state prisoners released in 2005 had an estimated 1,994,000 arrests during the 9-year period, an average of 5 arrests per released prisoner (**table 4**). Extending the follow-up period to 9 years captured more than double the number of post-release arrests observed in a 3-year follow-up period and increased the number of arrests observed during a 5-year follow-up period by 38%. Six in 10 (60%) of the 1,994,000 arrests during the 9-year period occurred from years 4 through 9.

An estimated 23% of released prisoners were responsible for half of the nearly 1,994,000 arrests that occurred during the 9-year follow-up period (not shown). A similar percentage of prisoners were responsible for half of the arrests during the 3-year follow-up period (also 23%) (not shown).

## TABLE 4
**Post-release arrests of prisoners released in 30 states in 2005, by year after arrest**

| Year after arrest | Number of arrests during year/period | Percent of arrests during year/period | Cumulative number of all arrests since release | Cumulative percent of all arrests since release |
|---|---|---|---|---|
| Total | 1,994,000 | 100% | ~ | ~ |
| Years 1–3 | 804,000 | 40.3% | ~ | ~ |
| 1 | 306,000 | 15.4 | 306,000 | 15.4 |
| 2 | 260,000 | 13.0 | 567,000 | 28.4 |
| 3 | 238,000 | 11.9 | 804,000 | 40.3 |
| Years 4–6 | 620,000 | 31.1% | ~ | ~ |
| 4 | 219,000 | 11.0 | 1,024,000 | 51.3 |
| 5 | 210,000 | 10.6 | 1,234,000 | 61.9 |
| 6 | 190,000 | 9.6 | 1,425,000 | 71.4 |
| Years 7–9 | 570,000 | 28.6% | ~ | ~ |
| 7 | 196,000 | 9.8 | 1,620,000 | 81.2 |
| 8 | 194,000 | 9.7 | 1,814,000 | 91.0 |
| 9 | 180,000 | 9.0 | 1,994,000 | 100 |

Note: Number of post-release arrests was rounded to the nearest 1,000. Detail may not sum to total due to rounding. See appendix table 6 for standard errors.
~Not applicable.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

## Male and younger prisoners were more likely to be arrested each year than female and older prisoners

Patterns of the annual arrest percentages differ from patterns of the year of first arrest. Thirty-four percent of all released prisoners were arrested during their third year after release, compared to 24% during their ninth year (**table 5**). Nearly a quarter (24%) of the released prisoners who were arrested during year-3 had not previously been arrested following release (not shown). Four percent of the released prisoners who were arrested during year-9 had not previously been arrested following release (not shown).

Forty-five percent of male prisoners were arrested during the first year after release, compared to 35% of female prisoners (**figure 7**). During year-9, the difference between males and females narrowed with 24% of male prisoners arrested compared to 21% of female prisoners. While the difference in percentage



**FIGURE 7**
**Annual arrest percentage of prisoners released in 30 states in 2005, by sex of prisoner**

Percent of released prisoners

Note: See table 5 for estimates and appendix table 7 for standard errors.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**TABLE 5**
**Annual arrest percentage of prisoners released in 30 states in 2005, by prisoner characteristics**

| Characteristic | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 |
|---|---|---|---|---|---|---|---|---|---|
| All released prisoners | 43.9% | 37.7% | 34.3% | 31.9% | 30.1% | 28.0% | 27.4% | 25.9% | 24.0% |
| **Sex** | | | | | | | | | |
| Male | 44.9% | 38.2% | 34.7% | 32.3% | 30.5% | 28.4% | 27.8% | 26.4% | 24.3% |
| Female | 35.1 | 33.2 | 30.7 | 28.0 | 26.6 | 24.3 | 23.8 | 21.9 | 21.3 |
| **Age at release** | | | | | | | | | |
| 24 or younger | 51.8% | 42.3% | 36.7% | 34.4% | 34.3% | 31.3% | 31.9% | 30.3% | 27.6% |
| 25–39 | 44.9 | 38.9 | 35.7 | 33.4 | 31.1 | 29.3 | 28.9 | 27.5 | 25.6 |
| 25–29 | 45.9 | 39.2 | 36.3 | 33.2 | 31.7 | 30.3 | 29.3 | 28.3 | 26.4 |
| 30–34 | 43.9 | 38.1 | 34.4 | 32.8 | 30.3 | 28.2 | 28.1 | 27.2 | 24.1 |
| 35–39 | 44.6 | 39.3 | 36.3 | 34.1 | 31.3 | 29.3 | 29.4 | 27.1 | 26.1 |
| 40 or older | 37.8 | 33.1 | 30.5 | 28.1 | 25.9 | 23.8 | 22.2 | 20.7 | 19.4 |
| **Race/Hispanic origin[a]** | | | | | | | | | |
| White | 40.2% | 35.0% | 32.2% | 29.9% | 28.7% | 26.8% | 26.2% | 25.0% | 22.9% |
| Black/African American | 46.0 | 40.6 | 36.5 | 34.1 | 31.9 | 29.5 | 29.1 | 27.3 | 25.3 |
| Hispanic/Latino | 47.3 | 36.9 | 33.6 | 31.4 | 29.3 | 26.8 | 25.7 | 24.0 | 23.4 |
| Other[b] | 44.1 | 37.8 | 35.3 | 32.0 | 27.8 | 28.7 | 29.9 | 29.2 | 24.6 |
| American Indian or Alaska Native | 43.5 | 37.8 | 38.8 | 32.3 | 29.9 | 31.3 | 34.7 | 31.0 | 26.0 |
| Asian, Native Hawaiian, or Other Pacific Islander | 45.0 | 39.1 | 29.7 | 31.3 | 25.2 | 25.4 | 26.2 | 27.5 | 21.2 |

Note: Data on prisoners' sex and age at release were known for 100% of cases, and race and Hispanic origin were known for nearly 100% of cases. See appendix table 7 for standard errors.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]Includes persons of two or more races or other specified races.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

points narrowed from 10% during year-1 to 3% during year-9, the difference between male and female prisoners decreased proportionally. During year-1, the percentage of female prisoners who were arrested following release was 78% of that for male prisoners, while during year-9 the percentage of female prisoners was 87% of that for male prisoners (not shown).

Younger prisoners (those age 24 or younger) were more likely to be arrested than older prisoners (those age 40 or older) during each year following release. For example, 28% of prisoners released at age 24 or younger were arrested during year-9, compared to 19% of those age 40 or older (**figure 8**).

## During the 9 years after release, prisoners released for a property offense were most likely to be arrested

During the first year following release, the percentage of prisoners released for a property offense who were arrested for any type of offense (including violent, property, drug, or public order offenses) was higher than the percentage of prisoners released for a drug or violent offense. This general pattern was maintained across the 9-year follow-up period. It should be noted that persons could have been serving time in prison for more than one offense and were categorized for this report by the most serious offense for which they were imprisoned: a violent, property, drug, or public order crime.

### FIGURE 8
Annual arrest percentage of prisoners released in 30 states in 2005, by age of prisoner at release



Note: See table 5 for estimates and appendix table 7 for standard errors.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

### FIGURE 9
Annual percentage of prisoners released in 30 states in 2005 who were arrested for any type of offense, by most serious commitment offense



Note: Public order includes 0.8% of cases in which prisoners' most serious offense was unspecified. See table 6 for estimates and appendix table 8 for standard errors.
*Persons could have been in prison for more than one offense; the most serious one is reported in this figure.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

Thirty-nine percent of prisoners released in 2005 who were serving time for a violent offense were arrested for any type of offense during the first year following release, compared to 51% of those released after serving time for a property offense (**table 6, figure 9**). By year-9 these percentages fell to 21% for those released for a violent offense and 28% for those released for a property offense. However, similar to year-1, the percentage of prisoners released for a violent offense who were arrested following release was about three-quarters of the percentage for those released for a property offense.

## TABLE 6
**Annual arrest percentage of prisoners released in 30 states in 2005, by most serious commitment offense and type of post-release arrest offense**

| Most serious commitment offense | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 |
|---|---|---|---|---|---|---|---|---|---|
| **Any arrest after release** | | | | | | | | | |
| All released prisoners | 43.9% | 37.7% | 34.3% | 31.9% | 30.1% | 28.0% | 27.4% | 25.9% | 24.0% |
| Violent* | 38.9 | 33.7 | 30.4 | 28.1 | 27.2 | 25.0 | 25.2 | 24.1 | 21.4 |
| Property | 50.8 † | 41.6 † | 38.3 † | 36.5 † | 33.2 † | 31.3 † | 30.6 † | 29.3 † | 27.6 † |
| Drug | 42.8 † | 38.5 † | 34.9 † | 31.8 † | 30.2 † | 27.6 † | 26.7 † | 25.0 | 23.4 † |
| Public order | 40.5 | 34.3 | 31.2 | 28.9 | 28.0 | 27.0 † | 25.8 | 23.8 | 22.5 |
| **Violent arrest after release** | | | | | | | | | |
| All released prisoners | 9.0% | 8.3% | 7.6% | 7.6% | 7.2% | 6.5% | 6.6% | 6.0% | 5.2% |
| Violent* | 11.0 | 10.2 | 8.4 | 8.8 | 8.9 | 6.8 | 6.9 | 6.5 | 5.8 |
| Property | 9.3 † | 7.8 † | 7.7 | 7.8 † | 6.9 † | 7.1 | 7.2 | 6.2 | 5.7 |
| Drug | 6.8 † | 7.2 † | 6.7 † | 6.2 † | 6.2 † | 5.3 † | 5.7 † | 5.4 † | 4.4 † |
| Public order | 9.7 | 8.6 † | 8.3 | 8.1 | 7.3 † | 7.2 | 6.6 | 6.4 | 5.3 |
| **Arrest after release for same type as most serious commitment offense**[a] | | | | | | | | | |
| All released prisoners | 21.0% | 18.0% | 15.6% | 14.5% | 13.7% | 12.2% | 11.8% | 11.5% | 10.6% |
| Violent | 11.0 | 10.2 | 8.4 | 8.8 | 8.9 | 6.8 | 6.9 | 6.5 | 5.8 |
| Property | 25.0 | 20.6 | 17.6 | 16.9 | 15.6 | 14.2 | 14.1 | 13.9 | 12.6 |
| Drug | 22.0 | 19.6 | 17.2 | 15.0 | 13.8 | 12.2 | 11.5 | 11.4 | 11.0 |
| Public order | 29.2 | 23.8 | 21.1 | 19.2 | 18.4 | 18.2 | 17.0 | 16.0 | 14.5 |
| **Arrested after release for different type of offense than most serious commitment offense**[b] | | | | | | | | | |
| All released prisoners | 36.1% | 30.9% | 28.0% | 26.3% | 24.6% | 23.1% | 22.8% | 21.5% | 20.0% |
| Violent | 35.2 | 30.4 | 27.6 | 25.1 | 23.9 | 22.7 | 22.8 | 22.0 | 19.5 |
| Property | 42.4 | 34.4 | 31.6 | 30.6 | 27.6 | 26.0 | 25.6 | 24.1 | 23.0 |
| Drug | 34.8 | 31.3 | 27.9 | 26.0 | 24.6 | 22.7 | 22.2 | 20.7 | 19.1 |
| Public order | 26.3 | 22.6 | 20.7 | 19.8 | 18.7 | 17.9 | 18.0 | 16.6 | 16.0 |

Note: Persons could have been in prison for more than one offense; the most serious one is reported in this table. Each arrest may include more than one type of offense. 'Type of offense' refers to the categories of violent, property, drug, and public order. Public order includes 0.8% of cases in which prisoners' most serious offense was unspecified. See appendix table 8 for standard errors.
*Comparison group.
†Difference with comparison group is significant at the 95% confidence level.
[a,b]Percentages in these two categories do not sum to the 'any arrest after release' category because categories overlap.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

At the end of the 9-year follow-up period, 79% of prisoners released for a violent offense had been arrested for any type of crime (table 7). Prisoners released for a violent offense were less likely to have been arrested for any type of crime than prisoners released for a property (88%) or drug (84%) offense but were more likely to have been arrested for a violent offense.

## TABLE 7
**Cumulative percent of prisoners released in 30 states in 2005 who were arrested following release, by most serious commitment offense and type of post-release arrest offense**

| Most serious commitment offense | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 |
|---|---|---|---|---|---|---|---|---|---|
| **Any arrest after release** | | | | | | | | | |
| All released prisoners | 43.9% | 60.1% | 68.4% | 73.5% | 77.0% | 79.4% | 81.1% | 82.4% | 83.4% |
| Violent* | 38.9 | 54.2 | 62.2 | 67.6 | 71.6 | 74.2 | 76.1 | 77.7 | 78.7 |
| Property | 50.8 † | 67.1 † | 75.0 † | 79.6 † | 82.4 † | 84.4 † | 85.8 † | 86.9 † | 87.8 † |
| Drug | 42.8 † | 59.9 † | 68.6 † | 73.9 † | 77.5 † | 79.8 † | 81.5 † | 82.7 † | 83.8 † |
| Public order | 40.5 | 55.9 | 65.0 † | 70.2 † | 74.1 † | 76.9 † | 79.2 † | 80.6 † | 81.9 † |
| **Violent arrest after release** | | | | | | | | | |
| All released prisoners | 9.0% | 15.8% | 20.9% | 25.4% | 29.3% | 32.3% | 35.0% | 37.3% | 39.1% |
| Violent* | 11.0 | 19.1 | 24.5 | 29.6 | 34.0 | 36.9 | 39.5 | 41.7 | 43.4 |
| Property | 9.3 † | 15.8 † | 20.9 † | 25.7 † | 29.3 † | 32.9 † | 36.0 † | 38.5 † | 40.4 † |
| Drug | 6.8 † | 12.7 † | 17.5 † | 21.3 † | 25.1 † | 27.7 † | 30.1 † | 32.1 † | 34.0 † |
| Public order | 9.7 | 16.4 † | 21.8 † | 26.6 † | 30.0 † | 32.9 † | 35.7 † | 38.1 † | 39.8 † |
| **Arrest after release for same type as most serious commitment offense[a]** | | | | | | | | | |
| All released prisoners | 21.0% | 32.5% | 39.6% | 45.0% | 49.1% | 52.1% | 54.5% | 56.5% | 58.2% |
| Violent | 11.0 | 19.1 | 24.5 | 29.6 | 34.0 | 36.9 | 39.5 | 41.7 | 43.4 |
| Property | 25.0 | 37.5 | 45.0 | 50.4 | 54.6 | 57.6 | 60.0 | 61.9 | 63.5 |
| Drug | 22.0 | 34.7 | 42.5 | 47.9 | 51.8 | 54.4 | 56.7 | 58.6 | 60.4 |
| Public order | 29.2 | 42.4 | 50.4 | 56.1 | 60.3 | 63.8 | 66.6 | 68.6 | 70.3 |
| **Arrested after release for different type of offense than most serious commitment offense[b]** | | | | | | | | | |
| All released prisoners | 36.1% | 51.0% | 59.4% | 65.0% | 68.9% | 71.7% | 73.9% | 75.6% | 76.9% |
| Violent | 35.2 | 49.6 | 57.5 | 63.0 | 67.1 | 69.9 | 72.1 | 73.7 | 74.8 |
| Property | 42.4 | 58.0 | 66.4 | 71.8 | 75.3 | 77.9 | 79.8 | 81.4 | 82.6 |
| Drug | 34.8 | 50.2 | 58.8 | 64.6 | 68.6 | 71.4 | 73.6 | 75.3 | 76.7 |
| Public order | 26.3 | 39.7 | 48.2 | 54.3 | 58.4 | 61.6 | 64.6 | 66.5 | 68.2 |

Note: Persons could have been in prison for more than one offense; the most serious one is reported in this table. Each arrest may include more than one type of offense. 'Type of offense' refers to the categories of violent, property, drug, and public order. Public order includes 0.8% of cases in which prisoners' most serious offense was unspecified. See appendix table 9 for standard errors.
*Comparison group.
†Difference with comparison group is significant at the 95% confidence level.
[a],[b]Percentages in these two categories do not sum to the 'any arrest after release' category because categories overlap.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**By the sixth year after release, prisoners released for a violent or property crime were similarly likely to be arrested for a violent crime**

During the first year of the follow-up period, a larger percentage of prisoners released for a violent offense were arrested for a violent crime than those released for a property or drug offense. Eleven percent of prisoners released for a violent offense were arrested during year-1 for a violent offense, compared to 9% of those released for a property offense and 7% of prisoners released for a drug offense (**figure 10**). However, beginning in year-6, prisoners released for a violent offense were similarly likely to be arrested for a violent crime as those released for a property or public order offense. Throughout the 9-year follow-up period, prisoners released for a drug offense were less likely to be arrested for a violent crime than prisoners released for a violent offense.

**Among prisoners arrested following release, the percentage of arrests in another state increased each year after release**

The likelihood of former prisoners being arrested outside the state where they were released increased with a longer follow-up period. During each of the 9 years following release, fewer than 4% of prisoners were arrested outside the state (**table 8**). However, among prisoners arrested within a given year following release, the percentage of prisoners arrested in another state increased as the length of time from release in 2005 increased. Eight percent of prisoners arrested during year-1 were arrested outside of the state from which they were released. Fourteen percent of prisoners who were arrested during year-9 were arrested outside of the state of release.

**FIGURE 10**
Annual percentage of prisoners released in 30 states in 2005 who were arrested for a violent crime, by most serious commitment offense



Percent of released prisoners arrested*

Note: Public order includes 0.8% of cases in which prisoners' most serious offense was unspecified. See table 6 for estimates and appendix table 8 for standard errors.
*Persons could have been in prison for more than one offense; the most serious one is reported in this figure.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**TABLE 8**
Annual arrest percentage of prisoners released in 30 states in 2005, by whether arrested within or outside the state of release

| | All released prisoners | | Among released prisoners arrested during the year, percent arrested outside state of release |
|---|---|---|---|
| Year after arrest | Outside state of release | Within or outside state of release | |
| 1 | 3.3% | 43.9% | 7.5% |
| 2 | 3.4 | 37.7 | 9.0 |
| 3 | 3.4 | 34.3 | 10.0 |
| 4 | 3.5 | 31.9 | 10.9 |
| 5 | 3.6 | 30.1 | 12.0 |
| 6 | 3.5 | 28.0 | 12.6 |
| 7 | 3.6 | 27.4 | 13.3 |
| 8 | 3.5 | 25.9 | 13.6 |
| 9 | 3.4 | 24.0 | 14.2 |
| Arrested anytime in follow-up period | 15.4% | 83.4% | ~ |

Note: Detail may not sum to total due to rounding. See appendix table 10 for standard errors.
~Not applicable.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**Five percent of prisoners were arrested during year-1 following release and not arrested again during years 2 through 9**

Thirty-nine percent of all released prisoners were arrested during the first year after release and were also subsequently arrested at least once during years 2 through 9 (figure 11). Five percent of prisoners were arrested during the first year after release and were not arrested again during years 2 though 9. Among prisoners arrested during the first year following release, nearly 9 in 10 (89%) were arrested again during the next 8 years (not shown).

During the second year after release, 38% of prisoners were arrested. A third (33%) of all released prisoners were arrested during the second year and also arrested again at least once during years 3 through 9. The remaining 5% were not arrested again during the follow-up period.

The percentage who were not arrested during a subsequent year increased during the later years of the follow-up period. However, there are fewer observable years in which to capture a subsequent arrest during later years of the follow-up period. (For example, in year-8 there is only one subsequent year.)

**FIGURE 11**
**Percent of prisoners released in 30 states in 2005 who were arrested after release, by year after arrest and whether arrested during subsequent years**

Percent of released prisoners



Note: The denominator for the annual percentage was 401,288 (total state prisoners released in 30 states in 2005). See appendix table 11 for estimates and standard errors.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**Forty-four percent of released prisoners were not arrested after year-5**

Twenty-two percent of released prisoners were not arrested after year-1 of the follow-up period (figure 12). In other words, when measured by a new arrest, 22% of prisoners appeared to desist by year-1 because they were not arrested during years 2 through 9. Some released prisoners may not have been arrested because they were incarcerated at certain times during the follow-up period. Thirty-one percent of prisoners appeared to have desisted by year-3 and 44% by year-5. This percentage eclipsed 52% in year-6, at which point two-thirds of the observable years had elapsed.

**FIGURE 12**
**Prisoners released in 30 states in 2005 who were not arrested in the remainder of the follow-up period, by year after release**

Percent of released prisoners



Note: Estimates after year-6 are not presented as 3 years of subsequent arrests could not be measured. See appendix table 12 for estimates and standard errors.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

# Longer follow-up periods provide additional data on the nature of criminal careers, but take time

Research on the criminal activities of persons released from prison has employed different follow-up periods. A 3-year follow-up period has been common, but other time periods (e.g., 1-year, 5-year, and 9-year, as in this report) have been used. Which follow-up period is employed is often driven by the availability of data or the need to study a specific cohort (e.g., those released 3 years ago). Independent of these constraints, deciding which follow-up period to use is closely linked to the competing concerns of accuracy and immediacy.

This study provides empirical evidence that may be used to inform which follow-up period is preferred for various research efforts and policy applications. For example, comparing the 3-year and 9-year follow-up periods showed that the basic recidivism percentage (defined as the cumulative arrest percentage following release) was underestimated by an average of 15 percentage points using the 3-year window. Similarly, the 9-year follow-up period showed that the percentage of released prisoners arrested in states outside the state that released them was twice as high as that observed in a study with a 3-year follow-up period.

With a follow-up period of 3 years, researchers and policymakers would not have observed more than half of the arrests of prisoners after their release. This study's 9-year follow-up period showed that 60% of all arrests of released prisoners occurred more than 3 years after their release.

A longer follow-up period enables researchers and policymakers to better explore the attributes of desistance. This study found that 32% of released prisoners had no arrests following release during the 3-year follow-up period (and appeared to have desisted from criminal activity), but almost half of those (15%) were arrested during the subsequent 6 years, leaving 17% who had no arrests during the 9-year follow-up period (see table 2). In addition, the study found that 24% of released prisoners were still actively involved in criminal activity and were arrested during year-9, which could be viewed as inviting an even longer period of review. The longer period also enables researchers to understand more complex patterns of desistance. For example, of the 44% of released prisoners who were arrested during their first year after release, 1 in 9 (5% of all released prisoners) had no additional arrests during the 9-year follow-up period.

Counterbalancing the value of a longer follow-up period is the need for up-to-date information. Offending patterns may change with time and the offending patterns of prisoners released 10 years ago may be different than those of prisoners released in recent years. In addition, policymakers and practitioners have a need for timely information and may not have time for a recidivism study with a long observation period to be completed to assess the value of a rehabilitation program for released prisoners or a policy change affecting sentencing.

There is no standard length for follow-up periods used in studies of the criminal careers of released prisoners or any other cohort of offenders. This study shows how recidivism and desistance measures change when longer or shorter follow-up periods are used. With these additional data, designers and users of recidivism and desistance studies have more information to determine which follow-up period is best for their needs.

## Methodology

### Sampling

This study estimates the recidivism patterns of persons released in 2005 from state prisons in 30 states. States were included in this study if the state departments of corrections could provide the prisoner records and the FBI or state identification numbers on persons released from prison during 2005. The fingerprint-based identification numbers were required to obtain the criminal history records on released prisoners. The prisoner records—obtained from the state departments of corrections through the Bureau of Justice Statistics' (BJS) National Corrections Reporting Program (NCRP)—also included each prisoner's sex, race, Hispanic origin, date of birth, confinement offenses, sentence length, type of prison release, and date of release. The 30 states whose departments of corrections submitted the NCRP data on prisoners released in 2005 included Alaska, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Iowa, Louisiana, Maryland, Michigan, Minnesota, Missouri, Nebraska, Nevada, New Jersey, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Texas, Utah, Virginia, Washington, and West Virginia (map 1).

Across the 30 states in 2005, a total of 412,731 prisoners were released and were eligible for this study (see appendix table 1). That number excludes 131,997 prisoners (for a total of 544,728) who were sentenced to less than one year, transferred to the custody of another authority, died in prison, were released on bond, were released to seek or participate in an appeal of a case, or escaped from prison or were absent without official leave. The first release during 2005 was used for those prisoners released multiple times during the year.

From the universe of persons released from prison in the 30 states in 2005 in this study, all males and females who were in prison for homicide were selected with certainty into the study. Analyses were done to determine the number of non-homicide prisoners that would be needed from each state's universe of released prisoners to yield a statistically sound estimate of that state's recidivism and desistance rates. As a result, states contributed different numbers of records to the final sample. To achieve the desired state-level samples, lists of all males and females imprisoned for a non-homicide offense were sorted separately by the county in which the sentence was imposed, race, Hispanic origin, age, and most serious

**MAP 1**
**States included in the BJS recidivism study of prisoners released in 2005**



Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

commitment offense. The within-state sampling rate for female prisoners was double that of males to improve the precision of female recidivism and desistance estimates. The combined number of persons in the 30 state samples totaled 70,878 individuals who were representative of all state prisoners released in those states during 2005. (This number dropped to 67,966 after accounting for those who died during the subsequent 9 years, lacked criminal history records, or had invalid release records.) Each prisoner in the sample was assigned a weight based on the probability of selection within the state.

### Collecting and processing criminal records for recidivism research

In 2008, BJS entered into a data-sharing agreement with the FBI's Criminal Justice Information Services Division and the International Justice and Public Safety Network (Nlets) to allow BJS access to criminal history records through the FBI's Interstate Identification Index (III). Additionally, a data security agreement was executed between BJS, the FBI, and Nlets to define the operational and technical practices used to protect the confidentiality and integrity of the criminal history data during data exchange, processing, and storage.

The FBI's III is an automated pointer system that allows authorized agencies to determine whether any state repository has criminal history records on an individual. Nlets is a computer-based network that is responsible for interstate transmissions of federal and state criminal history records. It allows authorized users to query III and send requests to states holding criminal history records on an individual. The FBI also

maintains criminal history records for which it has sole responsibility for disseminating, such as information on federal arrests. The identification bureaus that operate the central repositories in each state respond automatically to requests over the Nlets network with an individual's criminal history record. Put together, these requests represent the individual's national criminal history record.

Once BJS received approval from the FBI's Institutional Review Board to conduct this recidivism study on prisoners released in 2005, Nlets transmitted the state and FBI identification numbers on the sampled prisoners to the FBI's III system to collect the criminal history records on behalf of BJS. The criminal history records include information from the state of release and all other states in which the sampled prisoners had been arrested both prior to the release in 2005 and afterwards.

Nlets parsed the fields from individual criminal history records into a relational database consisting of state- and federal-specific numeric codes and text descriptions (e.g., criminal statutes and case outcome information) into a uniform record layout. NORC at the University of Chicago assisted BJS with standardizing the content of the relational database into a uniform coding structure to support national-level recidivism research.

BJS conducted a series of data-quality checks on the criminal history records to assess the accuracy and completeness of the information, including an examination of the response messages and the identification numbers that failed to match a record in III. To ensure that the correct records were received on the released prisoners using their fingerprint-based identification numbers, BJS compared other individual identifiers in the NCRP data to those reported in the criminal history records. For 98% of cases, a released prisoner's date of birth in the NCRP data exactly matched the prisoner's birthdate in the criminal history records. Nearly 100% (99.9%) of the NCRP and criminal history records matched prisoner sex, race, and Hispanic origin.

BJS reviewed the criminal history records for differences and inconsistencies in reporting practices and noticed some variations across states. During data processing and analysis, steps were taken to standardize the information and to minimize the impact these variations had on the overall recidivism and desistance estimates. For example, administrative (e.g., a criminal registration or the issuance of a

warrant) and procedural (e.g., transferring a suspect to another jurisdiction) records embedded in the criminal history data that did not refer to an actual arrest were identified and removed. Traffic offenses (except for vehicular manslaughter, driving while intoxicated, and hit-and-run) were also excluded because the reporting of these events in the criminal history records varied widely by state.

**Deaths during the follow-up period**

BJS documented that 2,173 of the 70,878 sampled prisoners died during the 9-year follow-up period, and BJS removed these cases from the recidivism and desistance analysis along with four additional cases that were determined to be invalid release records. The fingerprint-verified death notices obtained through the FBI's III system were used to identify some of the sampled prisoners who died within the 9 years following release in 2005. Additional deaths were identified through the Social Security Administration's (SSA) public Death Master File (DMF). While the public DMF provided a more complete source of death information than the FBI's III system, the public DMF provided death information only for the years 2005 to 2011. Therefore, the identification of those who died between 2012 and 2014 was limited to the FBI's III data, which included only fingerprint-verified deaths.

The number of released prisoners who were identified as dead between 2005 and 2011 in the public DMF is an undercount of the actual number of deaths within the sample. Due to state disclosure laws, the public DMF does not include information on certain protected state death records received via SSA's contracts with the states. Beginning in 2011, the SSA removed more than 4 million state-reported death records from the public DMF and began adding fewer records to the public DMF. As a result, the public DMF contains an undercount of annual deaths.

The extent to which the public DMF undercounts the annual number of deaths is not exactly known. Analyses of deaths in the public DMF compared to those reported by the Centers for Disease Control and Prevention's (CDC) mortality counts suggest that the public DMF undercounted the overall number of deaths in the United States by about 10% in 2005. The undercount increased during succeeding years, and as of 2010, the public DMF contained less than half (45%) of the deaths reported by the CDC. If the number of released prisoners who died during the follow-up

period and were removed from the recidivism and desistance analysis were adjusted to account for this undercount, the estimated cumulative recidivism rate would likely increase by about one percentage point.

## Missing criminal history records

Among the 68,701 sampled prisoners not identified as deceased during the follow-up period, BJS did not receive criminal history records on 735 prisoners, either because the state departments of correction were unable to provide their FBI or state identification number or because the prisoner had an identification number that did not link to a criminal history record either in the FBI or state record repositories. To account for the missing criminal history records and to ensure the recidivism and desistance statistics were representative of all 68,701 prisoners in the analysis, BJS developed weighting class adjustments to account for those prisoners without criminal history information to reduce nonresponse bias.

To create the statistical adjustments, the 68,701 sampled prisoners were stratified into groups by crossing the two categories of sex (male or female), five categories of age at release (24 or younger, 25 to 29, 30 to 34, 35 to 39, or 40 or older), four categories of race/Hispanic origin (non-Hispanic white, non-Hispanic black, Hispanic, or other race), and four categories of the most serious commitment offense (violent, property, drug, or public order). Within each of the subgroups, statistical weights were applied to the data of the 67,966 prisoners with criminal history information to allow their data to represent the 735 prisoners without criminal history information.

## Conducting tests of statistical significance

This study was based on a sample, not a complete enumeration, so the estimates are subject to sampling error. One measure of the sampling error associated with an estimate is the standard error. The standard error can vary from one estimate to the next. In general, an estimate with a smaller standard error provides a more reliable approximation of the true value than an estimate with a larger standard error. Estimates with relatively large standard errors should be interpreted with caution. BJS conducted tests to determine whether differences in the estimates were statistically significant once sampling error was taken into account.

All differences discussed in this report are statistically significant at the 95% confidence interval level. Standard errors were generated using Stata, a statistical software package that calculates sampling errors for data from complex sample surveys.

## Offense definitions

**Violent offenses** include homicide, rape or sexual assault, robbery, assault, and other miscellaneous or unspecified violent offenses.

**Property offenses** include burglary, fraud or forgery, larceny, motor vehicle theft, and other miscellaneous or unspecified property offenses.

**Drug offenses** include possession, trafficking, and other miscellaneous or unspecified drug offenses.

**Public order offenses** include violations of the peace or order of the community or threats to the public health or safety through unacceptable conduct, interference with a governmental authority, or the violation of civil rights or liberties. This category includes weapons offenses, driving under the influence, probation and parole violation, obstruction of justice, commercialized vice, disorderly conduct, and other miscellaneous or unspecified offenses.

## Arrests for probation and parole violations

In this report, arrests for probation and parole violations were included as public order offenses. Excluding arrests for probation and parole violations from the analysis would have had only a small impact on the recidivism rates. Excluding probation and parole violations from the annual arrest percentages, 39.5% of prisoners released in 30 states in 2005 were arrested in year-1, 34.3% were arrested in year-2, 31.5% in year-3, 29.7% in year-4, 28.2% in year-5, 25.9% in year-6, 25.9% in year-7, 24.6% in year-8, and 23.0% in year-9. Overall, excluding probation and parole violations, 82.4% of prisoners released in 30 states in 2005 were arrested within 9 years. In other words, 99% of prisoners who were arrested during the 9-year follow-up period were arrested for an offense other than a probation or parole violation.

## APPENDIX TABLE 1
**Number of prisoners released in 30 states in 2005**

| State | Number of released prisoners[a] | Number of sample cases | Released prisoners included in the study[b] | | Criminal history record collected | |
|---|---|---|---|---|---|---|
| | | | Weighted total | Sample size | Number | Percent |
| All released prisoners | 412,731 | 70,878 | 401,288 | 68,701 | 67,966 | 98.9% |
| Alaska | 1,827 | 1,158 | 1,707 | 1,082 | 1,062 | 98.2 |
| Arkansas | 10,844 | 2,785 | 10,426 | 2,675 | 2,618 | 97.9 |
| California | 107,633 | 4,604 | 105,392 | 4,511 | 4,510 | 100 |
| Colorado | 8,277 | 2,351 | 7,942 | 2,254 | 2,247 | 99.7 |
| Florida | 31,537 | 3,350 | 30,636 | 3,253 | 3,240 | 99.6 |
| Georgia | 12,321 | 2,763 | 12,011 | 2,687 | 2,592 | 96.5 |
| Hawaii | 1,041 | 793 | 1,016 | 774 | 767 | 99.1 |
| Iowa | 4,607 | 1,897 | 4,406 | 1,816 | 1,810 | 99.7 |
| Louisiana | 12,876 | 2,806 | 12,422 | 2,712 | 2,697 | 99.4 |
| Maryland | 10,200 | 2,597 | 9,769 | 2,488 | 2,468 | 99.2 |
| Michigan | 12,177 | 2,603 | 11,633 | 2,490 | 2,471 | 99.2 |
| Minnesota | 4,619 | 1,897 | 4,570 | 1,877 | 1,873 | 99.8 |
| Missouri | 15,997 | 2,919 | 15,404 | 2,810 | 2,805 | 99.8 |
| Nebraska | 1,386 | 966 | 1,364 | 951 | 951 | 100 |
| Nevada | 5,022 | 1,973 | 4,930 | 1,935 | 1,787 | 92.4 |
| New Jersey | 13,097 | 2,697 | 12,964 | 2,666 | 2,622 | 98.3 |
| New York | 23,963 | 3,532 | 23,226 | 3,433 | 3,433 | 100 |
| North Carolina | 11,743 | 2,748 | 11,229 | 2,626 | 2,616 | 99.6 |
| North Dakota | 884 | 686 | 865 | 671 | 663 | 98.8 |
| Ohio | 15,832 | 3,070 | 15,555 | 3,015 | 2,927 | 97.1 |
| Oklahoma | 7,768 | 2,345 | 7,424 | 2,240 | 2,169 | 96.8 |
| Oregon | 4,731 | 1,955 | 4,595 | 1,900 | 1,898 | 99.9 |
| Pennsylvania | 12,452 | 2,840 | 11,884 | 2,712 | 2,685 | 99.0 |
| South Carolina | 10,046 | 2,537 | 9,971 | 2,516 | 2,500 | 99.4 |
| South Dakota | 2,159 | 1,285 | 2,142 | 1,275 | 1,268 | 99.5 |
| Texas | 43,532 | 3,779 | 42,770 | 3,713 | 3,713 | 100 |
| Utah | 3,000 | 1,569 | 2,951 | 1,543 | 1,534 | 99.4 |
| Virginia | 12,776 | 2,719 | 12,148 | 2,585 | 2,574 | 99.6 |
| Washington | 8,439 | 2,443 | 8,093 | 2,343 | 2,341 | 99.9 |
| West Virginia | 1,945 | 1,211 | 1,842 | 1,148 | 1,125 | 98.0 |

[a]Excludes released prisoners whose sentence was less than one year; releases to custody, detainer, or warrant; releases due to death; escapes or absent without leave; transfers; administrative releases; and releases on appeal. The first release was selected for persons released multiple times during 2005.
[b]Excludes 2,173 sampled prisoners (when weighted representing 11,443 individuals) who died during the follow-up period and four cases determined to be invalid release records.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**APPENDIX TABLE 2**
**Standard errors for table 1: Characteristics of prisoners released in 30 states in 2005**

| Characteristic | Standard error |
|---|---|
| **Sex** | |
| Male | 0.003% |
| Female | 0.003 |
| **Race/Hispanic origin** | |
| White | 0.28% |
| Black/African American | 0.27 |
| Hispanic/Latino | 0.27 |
| Other | 0.09 |
| American Indian or Alaska Native | 0.05 |
| Asian, Native Hawaiian, or Other Pacific Islander | 0.06 |
| **Age at release** | |
| 24 or younger | 0.22% |
| 25–29 | 0.24 |
| 30–34 | 0.22 |
| 35–39 | 0.22 |
| 40 or older | 0.28 |
| **Most serious commitment offense** | |
| Violent | 0.26% |
| Property | 0.28 |
| Drug | 0.28 |
| Public order | 0.18 |

Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**APPENDIX TABLE 4**
**Standard errors for figure 3: Percent of prisoners released in 30 states in 2005 who were arrested after release, by year after release**

| Year of first arrest | Estimate | Standard error |
|---|---|---|
| 1 | 43.9% | 0.29% |
| 2 | 16.2 | 0.21 |
| 3 | 8.3 | 0.15 |
| 4 | 5.1 | 0.11 |
| 5 | 3.5 | 0.09 |
| 6 | 2.3 | 0.07 |
| 7 | 1.7 | 0.06 |
| 8 | 1.3 | 0.05 |
| 9 | 1.0 | 0.05 |

Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**APPENDIX TABLE 3**
**Standard errors for table 2, figure 2, and figure 4: Cumulative percent of prisoners released in 30 states in 2005 who were arrested within or outside the state of release, by year after release**

| Year after release | Within or outside the state of release | | Outside the state of release | |
|---|---|---|---|---|
| | Percent arrested | Percent not arrested | Percent arrested | Percent not arrested |
| 1 | 0.29% | 0.29% | 0.09% | 0.11% |
| 2 | 0.27 | 0.21 | 0.11 | 0.09 |
| 3 | 0.25 | 0.15 | 0.13 | 0.09 |
| 4 | 0.23 | 0.11 | 0.15 | 0.08 |
| 5 | 0.22 | 0.09 | 0.16 | 0.08 |
| 6 | 0.21 | 0.07 | 0.17 | 0.08 |
| 7 | 0.21 | 0.06 | 0.18 | 0.07 |
| 8 | 0.20 | 0.05 | 0.19 | 0.07 |
| 9 | 0.20 | 0.05 | 0.19 | 0.07 |

Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**APPENDIX TABLE 5**
Standard errors for table 3, figure 5, and figure 6: Percent of prisoners released in 30 states in 2005 who were arrested after release, by prisoner characteristics and year of first arrest

| Characteristic | Total arrested within 9 years | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| All released prisoners | 0.20% | 0.29% | 0.21% | 0.15% | 0.11% | 0.09% | 0.07% | 0.06% | 0.05% | 0.05% |
| **Sex** | | | | | | | | | | |
| Male | 0.22% | 0.32% | 0.23% | 0.16% | 0.12% | 0.10% | 0.08% | 0.07% | 0.06% | 0.05% |
| Female | 0.39 | 0.49 | 0.37 | 0.26 | 0.22 | 0.19 | 0.14 | 0.13 | 0.11 | 0.12 |
| **Age at release** | | | | | | | | | | |
| 24 or younger | 0.36% | 0.68% | 0.50% | 0.32% | 0.26% | 0.23% | 0.14% | 0.15% | 0.10% | 0.07% |
| 25–39 | 0.27 | 0.41 | 0.30 | 0.22 | 0.16 | 0.13 | 0.10 | 0.08 | 0.08 | 0.06 |
| 25–29 | 0.40 | 0.68 | 0.48 | 0.36 | 0.26 | 0.20 | 0.16 | 0.12 | 0.14 | 0.10 |
| 30–34 | 0.52 | 0.76 | 0.53 | 0.35 | 0.30 | 0.23 | 0.19 | 0.15 | 0.18 | 0.12 |
| 35–39 | 0.51 | 0.77 | 0.54 | 0.41 | 0.28 | 0.24 | 0.17 | 0.15 | 0.12 | 0.11 |
| 40 or older | 0.42 | 0.54 | 0.38 | 0.27 | 0.21 | 0.18 | 0.15 | 0.11 | 0.09 | 0.12 |
| **Race/Hispanic origin** | | | | | | | | | | |
| White | 0.31% | 0.44% | 0.31% | 0.23% | 0.17% | 0.14% | 0.10% | 0.11% | 0.08% | 0.08% |
| Black/African American | 0.25 | 0.42 | 0.31 | 0.21 | 0.18 | 0.14 | 0.11 | 0.09 | 0.07 | 0.07 |
| Hispanic/Latino | 0.67 | 0.93 | 0.64 | 0.45 | 0.33 | 0.29 | 0.24 | 0.12 | 0.19 | 0.14 |
| Other | 1.37 | 1.98 | 1.55 | 1.00 | 0.55 | 0.48 | 0.16 | 0.33 | 0.20 | 0.20 |
| American Indian or Alaska Native | 1.49 | 2.21 | 1.65 | 0.79 | 0.46 | 0.41 | 0.22 | 0.41 | 0.26 | 0.28 |
| Asian, Native Hawaiian, or Other Pacific Islander | 2.58 | 3.77 | 2.99 | 2.09 | 0.70 | 0.22 | 0.34 | 0.54 | 0.33 | 0.39 |

Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**APPENDIX TABLE 6**
Standard errors for table 4: Post-release arrests of prisoners released in 30 states in 2005, by year after arrest

| Year after arrest | Number of arrests during year/period | Percent of arrests during year/period | Cumulative number of all arrests since release | Cumulative percent of all arrests since release |
|---|---|---|---|---|
| Total | 15,295 | ~ | ~ | ~ |
| Years 1–3 | 6,173 | 0.22% | ~ | ~ |
| 1 | 2,941 | 0.13 | 2,941 | 0.13 |
| 2 | 2,910 | 0.13 | 4,675 | 0.19 |
| 3 | 2,819 | 0.12 | 6,173 | 0.22 |
| Years 4–6 | 6,223 | 0.19% | ~ | ~ |
| 4 | 2,838 | 0.11 | 7,704 | 0.24 |
| 5 | 3,009 | 0.12 | 9,317 | 0.24 |
| 6 | 2,613 | 0.11 | 10,530 | 0.23 |
| Years 7–9 | 7,295 | 0.23% | ~ | ~ |
| 7 | 2,982 | 0.12 | 12,006 | 0.20 |
| 8 | 3,212 | 0.13 | 13,570 | 0.14 |
| 9 | 3,333 | 0.14 | 15,295 | ~ |

~Not applicable.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

## APPENDIX TABLE 7
**Standard errors for table 5, figure 1, figure 7, and figure 8: Annual arrest percentage of prisoners released in 30 states in 2005, by prisoner characteristics**

| Characteristic | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 |
|---|---|---|---|---|---|---|---|---|---|
| All released prisoners | 0.29% | 0.29% | 0.29% | 0.29% | 0.28% | 0.28% | 0.28% | 0.27% | 0.27% |
| Sex | | | | | | | | | |
| Male | 0.32% | 0.32% | 0.32% | 0.32% | 0.31% | 0.31% | 0.31% | 0.30% | 0.30% |
| Female | 0.49 | 0.50 | 0.49 | 0.48 | 0.47 | 0.46 | 0.45 | 0.44 | 0.44 |
| Age at release | | | | | | | | | |
| 24 or younger | 0.68% | 0.69% | 0.68% | 0.67% | 0.68% | 0.66% | 0.67% | 0.65% | 0.64% |
| 25–39 | 0.41 | 0.42 | 0.41 | 0.41 | 0.40 | 0.40 | 0.40 | 0.39 | 0.39 |
| 25–29 | 0.68 | 0.68 | 0.68 | 0.67 | 0.65 | 0.65 | 0.65 | 0.64 | 0.63 |
| 30–34 | 0.76 | 0.75 | 0.73 | 0.73 | 0.72 | 0.71 | 0.70 | 0.70 | 0.67 |
| 35–39 | 0.77 | 0.76 | 0.76 | 0.75 | 0.74 | 0.73 | 0.74 | 0.71 | 0.72 |
| 40 or older | 0.54 | 0.53 | 0.52 | 0.52 | 0.51 | 0.49 | 0.48 | 0.47 | 0.47 |
| Race/Hispanic origin | | | | | | | | | |
| White | 0.44% | 0.44% | 0.43% | 0.43% | 0.42% | 0.41% | 0.41% | 0.40% | 0.40% |
| Black/African American | 0.42 | 0.43 | 0.42 | 0.42 | 0.41 | 0.40 | 0.41 | 0.40 | 0.39 |
| Hispanic/Latino | 0.93 | 0.92 | 0.91 | 0.90 | 0.88 | 0.86 | 0.85 | 0.83 | 0.83 |
| Other | 1.98 | 1.99 | 1.94 | 1.87 | 1.83 | 1.90 | 1.86 | 1.90 | 1.70 |
| American Indian or Alaska Native | 2.21 | 2.22 | 2.22 | 2.01 | 2.06 | 2.18 | 2.21 | 2.13 | 1.83 |
| Asian, Native Hawaiian, or Other Pacific Islander | 3.77 | 3.86 | 3.50 | 3.64 | 3.49 | 3.58 | 3.50 | 3.66 | 3.14 |

Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

## APPENDIX TABLE 8
**Standard errors for table 6, figure 9, and figure 10: Annual arrest percentage of prisoners released in 30 states in 2005, by most serious commitment offense and type of post-release offense**

| Most serious commitment offense | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 |
|---|---|---|---|---|---|---|---|---|---|
| Any arrest after release | | | | | | | | | |
| All released prisoners | 0.29% | 0.29% | 0.29% | 0.29% | 0.28% | 0.28% | 0.28% | 0.27% | 0.27% |
| Violent | 0.60 | 0.59 | 0.58 | 0.56 | 0.56 | 0.54 | 0.55 | 0.55 | 0.53 |
| Property | 0.55 | 0.56 | 0.56 | 0.56 | 0.55 | 0.54 | 0.54 | 0.53 | 0.52 |
| Drug | 0.53 | 0.53 | 0.53 | 0.51 | 0.51 | 0.49 | 0.49 | 0.48 | 0.47 |
| Public order | 0.78 | 0.77 | 0.74 | 0.73 | 0.73 | 0.72 | 0.71 | 0.69 | 0.69 |
| Violent arrest after release | | | | | | | | | |
| All released prisoners | 0.18% | 0.17% | 0.17% | 0.17% | 0.16% | 0.15% | 0.16% | 0.15% | 0.14% |
| Violent | 0.39 | 0.37 | 0.34 | 0.36 | 0.37 | 0.30 | 0.31 | 0.31 | 0.29 |
| Property | 0.34 | 0.29 | 0.30 | 0.32 | 0.30 | 0.31 | 0.32 | 0.28 | 0.28 |
| Drug | 0.27 | 0.29 | 0.28 | 0.27 | 0.27 | 0.23 | 0.25 | 0.25 | 0.22 |
| Public order | 0.49 | 0.45 | 0.44 | 0.46 | 0.43 | 0.42 | 0.40 | 0.40 | 0.36 |
| Arrest after release for same type as most serious commitment offense | | | | | | | | | |
| All released prisoners | 0.26% | 0.24% | 0.23% | 0.22% | 0.22% | 0.21% | 0.20% | 0.20% | 0.20% |
| Violent | 0.39 | 0.37 | 0.34 | 0.36 | 0.37 | 0.30 | 0.31 | 0.31 | 0.29 |
| Property | 0.51 | 0.45 | 0.43 | 0.44 | 0.42 | 0.40 | 0.39 | 0.40 | 0.39 |
| Drug | 0.48 | 0.45 | 0.43 | 0.41 | 0.39 | 0.38 | 0.36 | 0.36 | 0.37 |
| Public order | 0.77 | 0.73 | 0.70 | 0.67 | 0.66 | 0.66 | 0.63 | 0.63 | 0.60 |
| Arrested after release for different type of offense than most serious commitment offense | | | | | | | | | |
| All released prisoners | 0.29% | 0.29% | 0.28% | 0.28% | 0.27% | 0.27% | 0.27% | 0.26% | 0.26% |
| Violent | 0.60 | 0.58 | 0.57 | 0.55 | 0.54 | 0.53 | 0.54 | 0.54 | 0.52 |
| Property | 0.56 | 0.55 | 0.55 | 0.55 | 0.53 | 0.52 | 0.52 | 0.51 | 0.51 |
| Drug | 0.53 | 0.52 | 0.51 | 0.50 | 0.49 | 0.47 | 0.47 | 0.45 | 0.44 |
| Public order | 0.72 | 0.67 | 0.64 | 0.64 | 0.65 | 0.62 | 0.63 | 0.61 | 0.62 |

Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**APPENDIX TABLE 9**
**Standard errors for table 7: Cumulative percent of prisoners released in 30 states in 2005 who were arrested following release, by most serious commitment offense and type of post-release arrest offense**

| Most serious commitment offense | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 |
|---|---|---|---|---|---|---|---|---|---|
| Any arrest after release | | | | | | | | | |
| All released prisoners | 0.29% | 0.27% | 0.25% | 0.23% | 0.22% | 0.21% | 0.21% | 0.20% | 0.20% |
| Violent | 0.60 | 0.57 | 0.54 | 0.52 | 0.49 | 0.47 | 0.46 | 0.45 | 0.45 |
| Property | 0.55 | 0.49 | 0.44 | 0.40 | 0.38 | 0.36 | 0.35 | 0.34 | 0.33 |
| Drug | 0.53 | 0.49 | 0.45 | 0.42 | 0.40 | 0.38 | 0.37 | 0.36 | 0.35 |
| Public order | 0.78 | 0.75 | 0.70 | 0.66 | 0.63 | 0.61 | 0.58 | 0.57 | 0.56 |
| Violent arrest after release | | | | | | | | | |
| All released prisoners | 0.18% | 0.22% | 0.25% | 0.27% | 0.28% | 0.28% | 0.29% | 0.29% | 0.29% |
| Violent | 0.39 | 0.49 | 0.53 | 0.56 | 0.58 | 0.59 | 0.59 | 0.59 | 0.59 |
| Property | 0.34 | 0.41 | 0.46 | 0.49 | 0.52 | 0.53 | 0.55 | 0.55 | 0.56 |
| Drug | 0.27 | 0.36 | 0.42 | 0.45 | 0.47 | 0.48 | 0.49 | 0.50 | 0.51 |
| Public order | 0.49 | 0.60 | 0.66 | 0.71 | 0.73 | 0.74 | 0.75 | 0.76 | 0.76 |
| Arrest after release for same type as most serious commitment offense | | | | | | | | | |
| All released prisoners | 0.26% | 0.29% | 0.30% | 0.30% | 0.30% | 0.30% | 0.29% | 0.29% | 0.29% |
| Violent | 0.39 | 0.49 | 0.53 | 0.56 | 0.58 | 0.59 | 0.59 | 0.59 | 0.59 |
| Property | 0.50 | 0.55 | 0.56 | 0.56 | 0.56 | 0.55 | 0.55 | 0.54 | 0.54 |
| Drug | 0.48 | 0.52 | 0.53 | 0.53 | 0.53 | 0.52 | 0.52 | 0.51 | 0.51 |
| Public order | 0.77 | 0.78 | 0.76 | 0.74 | 0.72 | 0.70 | 0.68 | 0.67 | 0.65 |
| Arrested after release for different type of offense than most serious commitment offense | | | | | | | | | |
| All released prisoners | 0.29% | 0.28% | 0.26% | 0.25% | 0.25% | 0.24% | 0.23% | 0.23% | 0.22% |
| Violent | 0.60 | 0.59 | 0.56 | 0.54 | 0.52 | 0.50 | 0.49 | 0.48 | 0.47 |
| Property | 0.56 | 0.52 | 0.48 | 0.45 | 0.43 | 0.41 | 0.40 | 0.39 | 0.38 |
| Drug | 0.53 | 0.52 | 0.49 | 0.46 | 0.45 | 0.43 | 0.42 | 0.41 | 0.41 |
| Public order | 0.72 | 0.77 | 0.77 | 0.76 | 0.75 | 0.74 | 0.72 | 0.71 | 0.70 |

Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**APPENDIX TABLE 10**
**Standard errors for table 8: Annual arrest percentage of prisoners released in 30 states in 2005, by whether arrested within or outside the state of release**

| Year after release | All released prisoners | | Among released prisoners arrested during the year, percent arrested outside of state of release |
|---|---|---|---|
| | Outside state of release | Within or outside state of release | |
| 1 | 0.09% | 0.29% | 0.20% |
| 2 | 0.09 | 0.29 | 0.23 |
| 3 | 0.09 | 0.29 | 0.27 |
| 4 | 0.09 | 0.29 | 0.29 |
| 5 | 0.09 | 0.28 | 0.31 |
| 6 | 0.10 | 0.28 | 0.33 |
| 7 | 0.10 | 0.28 | 0.35 |
| 8 | 0.09 | 0.27 | 0.36 |
| 9 | 0.10 | 0.27 | 0.40 |
| Arrested anytime in follow-up period | 0.19% | 0.20% | ~ |

~Not applicable.
Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**APPENDIX TABLE 11**

**Estimates and standard errors for figure 11: Percent of prisoners released in 30 states in 2005 who were arrested after release, by year of arrest and whether arrested during subsequent years**

| Year after release | Total | | Arrested again during a subsequent year | | Not arrested during a subsequent year | |
|---|---|---|---|---|---|---|
| | Estimate | Standard error | Estimate | Standard error | Estimate | Standard error |
| 1 | 43.9% | 0.29% | 38.9% | 0.29% | 4.9% | 0.14% |
| 2 | 37.7 | 0.29 | 33.0 | 0.29 | 4.7 | 0.12 |
| 3 | 34.3 | 0.29 | 29.1 | 0.28 | 5.2 | 0.13 |
| 4 | 31.9 | 0.29 | 26.0 | 0.28 | 5.9 | 0.14 |
| 5 | 30.1 | 0.28 | 23.2 | 0.27 | 6.9 | 0.15 |
| 6 | 28.0 | 0.28 | 20.1 | 0.26 | 7.8 | 0.16 |
| 7 | 27.4 | 0.28 | 17.2 | 0.25 | 10.2 | 0.18 |
| 8 | 25.9 | 0.27 | 12.2 | 0.22 | 13.7 | 0.20 |

Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.

**APPENDIX TABLE 12**

**Estimates and standard errors for figure 12: Prisoners released in 30 states in 2005 who were not arrested in the remainder of the follow-up period, by year after release**

| Year after release | Number | | Percent | |
|---|---|---|---|---|
| | Estimate | Standard error | Estimate | Standard error |
| 1 | 86,000 | 927 | 21.5% | 0.23% |
| 2 | 105,000 | 1,000 | 26.2 | 0.25 |
| 3 | 126,000 | 1,069 | 31.4 | 0.27 |
| 4 | 150,000 | 1,129 | 37.3 | 0.28 |
| 5 | 178,000 | 1,173 | 44.3 | 0.29 |
| 6 | 209,000 | 1,193 | 52.1 | 0.30 |

Source: Bureau of Justice Statistics, Recidivism of State Prisoners Released in 2005 data collection, 2005–2014.



The Bureau of Justice Statistics of the U.S. Department of Justice is the principal federal agency responsible for measuring crime, criminal victimization, criminal offenders, victims of crime, correlates of crime, and the operation of criminal and civil justice systems at the federal, state, tribal, and local levels. BJS collects, analyzes, and disseminates reliable and valid statistics on crime and justice systems in the United States, supports improvements to state and local criminal justice information systems, and participates with national and international organizations to develop and recommend national standards for justice statistics. Jeffrey H. Anderson is director.

This report was written by Mariel Alper, Joshua Markman, and Matthew R. Durose. Stephanie Mueller and Matthew R. Durose verified the report.

Brigitte Coulton and Jill Thomas edited the report. Steven Grudziecki produced the report.

May 2018, NCJ 250975



NCJ250975

**Office of Justice Programs**
**Building Solutions • Supporting Communities • Advancing Justice**
**www.ojp.usdoj.gov**