# EXHIBIT H

## Location

### About this Topic

The National Crime Victimization Survey (NCVS) obtains information from a household sample about victim's experiences and characteristics of the
The survey measures the violent crimes of rape, sexual assault, robbery, aggravated and simple assault as well as personal theft (purse snatching a
picking). It includes the property crimes of household burglary, motor vehicle theft and property theft. Crimes that occur in commercial places such
banks, office buildings, parking garages and other locations are measured only if the victim(s) or household members in the survey experienced cri
locations.

*Summary findings*

Between 2004 and 2008 --
- About 1 in 3 violent crimes occurred in or near the victim's own home.
- During this time period almost 1 in 5 violent crimes took place in open areas such as yards, playgrounds, fields, on the street or in other sim
- Almost two thirds of all property crimes took place in or near the home of the household members.
- More than 1 in 10 property crimes occurred in parking lots or garages.
- Purse snatchings and pocket pickings typically occur away from home. The most common places of occurrence were in commercial places su
restaurants, bars and other commercial buildings (39.1%) and open areas such as the street or on public transportation (28.2%). About 10%
thefts occurred in or near the victim's home or the home of a friend or neighbor.

**School crime**

In 2007 --
- Students ages 12 to 18 were victims of about 1.5 million non-fatal crimes when they were at school compared to about 1.1 million non-fatal
they were away from school.
- About a third (32%) of public and private school students ages 12-18 reported that they have been bullied at school within the past six mont
- Among high school students in grades 9-12, about 12% said they got into a fight on school property.
- Ten percent of male students and 5% of female students reported experiencing a threat or injury with a weapon on school property.
- The percentage of students ages 12 to 18 victimized by violence and theft at school decreased between 1995 and 2005, and remained uncha
2005 and 2007. In 1995 about 10 percent of students were victims of violence or theft, compared to 4 percent in 2005 and 2007.

**Workplace violence**

Between 1993 and 1999--
- Of selected occupations examined, police officers were the most vulnerable to be victims of workplace violence, as well as correctional officer
drivers, private security workers, and bartenders.
- While working or on duty, U.S. residents experienced 1.7 million violent victimizations annually including 1.3 million simple assaults, 325,000
assaults, 36,500 rapes and sexual assaults, 70,000 robberies, and 900 homicides.
- Workplace violence accounted for 18% of all violent crime.
- Police officers were victims of a nonfatal violent crime while they were working or on duty at a rate of 261 per 1,000 officers.

| Detailed place of occurrence for violent and property crimes, average annual 2004-2008 | | Average annual 2004-2008 | | | |
|---|---|---|---|---|---|
| | | Violent victimizations[a] | | Property victimizations[b] | |
| | | Number | Percent | Number | Percent |
| | Total | 5,507,130 | 100.0% | 18,004,640 | 100.0% |
| | Total in own home or lodging | 990,900 | 18.0 | 4,801,740 | 26.7 |
| | In own dwelling, own attached garage, or enclosed porch | 969,010 | 17.6 | 4,076,310 | 22.6 |
| | In detached building on own property | 8,910 | 0.2 | 599,590 | 3.3 |
| | In vacation home/second home | 5,140 | 0.1* | 79,930 | 0.4 |
| | Hotel or motel room | 7,840 | 0.1 | 45,910 | 0.3 |
| | Total near own home | 866,230 | 15.7% | 6,716,440 | 37.3% |
| | Own yard, sidewalk, driveway, carport | 550,890 | 10.0 | 5,486,250 | 30.5 |
| | Apartment hall, storage area, laundry room | 52,540 | 1.0 | 176,150 | 1.0 |
| | On street immediately adjacent to own home | 262,790 | 4.8 | 1,054,040 | 5.9 |
| | Total at or near friend's, neighbor's or relative's home | 504,010 | 9.2% | 652,640 | 3.6% |
| | At or in friends/relatives/neighbor's home | 262,330 | 4.8 | 277,630 | 1.5 |
| | Friend/relatives/neighbors yard, sidewalk, driveway | 158,780 | 2.9 | 239,400 | 1.3 |
| | Friends/relatives/neighbor's apartment hall, storage area, laundry room | 13,960 | 0.3 | 6,980 | 0.0 |
| | On street adjacent to friend's/relative's/neighbor's home | 68,940 | 1.3 | 128,630 | 0.7 |
| | Total in commercial places[c] | 664,700 | 12.1% | 933,270 | 5.2% |
| | Commercial restaurant, bar, nightclub | 244,000 | 4.4 | 209,350 | 1.2 |
| | Inside office | 74,900 | 1.4 | 157,720 | 0.9 |
| | Bank | 9,100 | 0.2 | 10,820 | 0.1 |
| | Gas station | 63,530 | 1.2 | 58,860 | 0.3 |
| | Other commercial building | 230,210 | 4.2 | 438,840 | 2.4 |

EXHIBIT: FOR ID.
DATE: Sept 23 2019
CHRISTINE CUTRONE

| | | | | |
|---|---|---|---|---|
| Factory/warehouse | 42,960 | 0.8 | 57,680 | 0.3 |
| **Total in parking lots or garages**[c] | 401,920 | 7.3% | 2,018,180 | 11.2% |
| **Commercial parking lot/garage** | 110,620 | 2.0 | 413,050 | 2.3 |
| **Noncommercial parking lot/garage** | 213,540 | 3.9 | 864,190 | 4.8 |
| **Apartment/townhouse parking lot/garage** | 77,760 | 1.4 | 740,950 | 4.1 |
| **Total in school or on school property** | 714,860 | 13.0% | 1,272,570 | 7.1% |
| **Inside school building** | 464,540 | 8.4 | 1,004,890 | 5.6 |
| **On school property** | 250,320 | 4.5 | 267,670 | 1.5 |
| **Total in open areas, on street or public transportation** | 967,800 | 17.6% | 748,150 | 4.2% |
| In apartment yard, park, field, playground | 130,270 | 2.4 | 158,360 | 0.9 |
| On street other than near own or friend/neighbor/relative's house | 787,640 | 14.3 | 457,590 | 2.5 |
| On public transportation or in station | 49,910 | 0.9 | 132,190 | 0.7 |
| **Other** | 396,700 | 7.2% | 861,660 | 4.8% |

*Based on 10 or fewer cases.
[a]Violent crimes exclude murder and include rape, sexual assault, robbery, and aggravated or simple assault.
[b]Property crimes include household burglary, motor vehicle theft, and property theft.
[c]All victimizations occurred at these locations to persons or members of households that were interviewed. Crimes which occurred to commercial or business facilities are not measured.

## Publications & Products

**Indicators of School Crime and Safety, 2012** Presents data on crime and safety at school from the perspectives of students, teachers, and prin annual report, a joint effort by the Bureau of Justice Statistics and the National Center for Education Statistics (NCES), provides the most current d information on the nature of crime in schools.
   PDF (1.7M) | Comma-delimited format (CSV) (Zip format 352K)
   *Part of the Indicators of School Crime and Safety Series*

**Workplace Violence Against Government Employees, 1994-2011** Presents information on both nonfatal and fatal forms of violence in the wo government employees, based on the Bureau of Justice Statistics' National Crime Victimization Survey and the Bureau of Labor Statistics' Census o Occupational Injuries.
   Press Release | PDF (1.3M) | ASCII file (37K) | Comma-delimited format (CSV) (Zip format 25K)
   *Part of the Violence in the Workplace Series*

**Workplace Violence Against Government Employees, 1994-2011** RATES OF WORKPLACE VIOLENCE HIGHER FOR GOVERNMENT EMPLOYEES
   Press Release
   *Part of the Violence in the Workplace Series*

**Jails in Indian Country, 2011** 2,239 INMATES IN INDIAN COUNTRY JAILS IN 2011, UP 5.7 PERCENT FROM 2010
   Press Release
   *Part of the Jails in Indian Country Series*

**Methods for Counting High-Frequency Repeat Victimizations in the National Crime Victimization Survey** Examines the nature and exten[t] victimization in the National Crime Victimization Survey (NCVS).
   PDF (2.39M) | ASCII file (101K) | Spreadsheets (Zip format 40K)

**Workplace Violence, 1993-2009** Presents information on violence in the workplace against employed persons based on the Bureau of Justice St; Crime Victimization Survey and the Bureau of Labor Statistics' Census of Fatal Occupational Injuries.
   Press Release | PDF (640K) | ASCII file (29K) | Spreadsheet (Zip format 31K)
   *Part of the Violence in the Workplace Series*

**Jails in Indian Country, 2009** INMATE POPULATION IN INDIAN COUNTRY JAILS INCREASED 1.9 PERCENT IN 2009
   Press Release
   *Part of the Jails in Indian Country Series*

**Indicators of School Crime and Safety: 2010 (Revised)** Presents data on crime and safety at school from the perspectives of students, teache principals. A joint effort by the Bureau of Justice Statistics and the National Center for Education Statistics, this annual report examines crime occui well as on the way to and from school.
   PDF (3.8MB) | ASCII file (357K) | Spreadsheets (Zip format 375K)
   *Part of the Indicators of School Crime and Safety Series*

**Indicators of School Crime and Safety: 2009** Presents data on crime and safety at school from the perspectives of students, teachers, and prin effort by the Bureau of Justice Statistics and the National Center for Education Statistics, this annual report examines crime occurring in school as \ way to and from school.
   Acrobat file (PDF 2M) | ASCII file (204K) | Zip format (124K)
   *Part of the Indicators of School Crime and Safety Series*

**Indicators of School Crime and Safety, 2003** Presents data on crime at school from the perspectives of students, teachers, principals, and the population.
   Press Release | ASCII file (150K) | Spreadsheet (Zip format 127K) | Full Report (PDF 825K) | Indicators 1-19 (PDF 374K) | Supplemental tables ( Standard error tables (PDF 188K) | Appendices (PDF 173K) | Codebooks and Datasets
   *Part of the Indicators of School Crime and Safety Series*