# Lease Decision

## Report Information

Transaction No. 0046398130

Property
M6360 - ArtSpace Windham - Willimantic CT 06226

Performed by MELISSACURRY

Performed on Tuesday April 26, 2016 / 10:33:58 EST

Your community's decision for this transaction appears below based on your management company's established decision points for applicant approval to your community. Direct questions regarding these criteria to your management company.

## LEASE DECISION

ALERT: Review alerts for the applicant(s) listed below.



## 145

40                    350

| | |
|---|---|
| Accept : | 160 - 350 |
| Accept with Conditions : | 140 - 159 |
| Decline : | 40 - 139 |

**SCORE DECISION**

ACCEPT WITH CONDITIONS

**CRIM DECISION**

Record(s) Found

Please verify the applicability of these records to your applicant and proceed with your community's screening policies.

Decision Message - Applicant letter regarding credit history. Proof of payment arrangements to creditors (not medical).

## Screening Details

### Applicant ⌄

#### Applicant Information

Applicant Name:MIKHAIL ARROYO

Monthly Income $1000

Phone ▮▮▮▮▮▮

Current Address
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SSN: ▮▮▮▮▮▮

DOB ▮▮▮▮▮▮

Email

Previous Address

#### Lease information

ARROYO000642

Monthly Rent $800

Total Income $1000/month

Bed Rooms 1

Marketing Source Other Online Listing

Security Deposit $800

Lease Term 12 Months

Client Reference

## Reports

**The following services were used for all applicants in this transaction:**
RegistrySCOREXComplete

RegistryCHECKComplete

CrimSAFE - Search ReportRecord Found

Credit Report Address Information

Experian CreditComplete

Multi-state Criminal SearchRecord Found

## Letters

Adverse Action

Alerts (1)                                                                                                ⌄

Credit Alert:
The information reported by the selected credit bureau shows that the credit file for this applicant is less than three years old.

Messages (3)                                                                                             ⌄

- Scanned by AppALERT.

- Prior to making leasing decision, always check criminal results.

- This applicant has been screened through the MSSO Search. Sex Offender registrant information is derived from the same state hosted Sex Offender database registries accessible through the department of Justice DRU SJODIN website. Results associated with this, will reflect on CrimSAFE report.

ARROYO000643

**REGISTRYSCOREX REPORT**

April 26, 2016

10 : 34 AM

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Transaction No: | 0046398130 | Performed By: | MELISSACURRY |
| Performed On: | Tuesday April 26, 2016 / 10:34: 2 EST | Property: | M6360 - ArtSpace Windham |
| Request ID: | M4412515 | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | MIKHAIL ARROYO | SSN: | ███ |
| Monthly Income: | $1000 | DOB: | ███ |
| Phone: | ███ | Email: | |
| Current Address: | ███ | Previous Address: | |

**YOUR COMMUNITY'S DECISION**

| | |
|---|---|
| Applicant Decision: | ACCEPT WITH CONDITIONS - 145 |
| | Applicant letter regarding credit history. Proof of payment arrangements to creditors (not medical). |

YOUR MANAGEMENT COMPANY ESTABLISHES CRITERIA (DECISION POINTS) APPROPRIATE FOR APPROVAL OF APPLICANTS TO YOUR COMMUNITY. QUESTIONS REGARDING THESE CRITERIA SHOULD BE DIRECTED TO YOUR MANAGEMENT COMPANY.

**ALERT INFORMATION**

Refer to your management company's policy for handling of specific alerts.

| | |
|---|---|
| Credit Alert: | The information reported by the selected credit bureau shows that the credit file for this applicant is less than three years old. |

**SCORE ATTRIBUTE**

If improved, the following items could positively impact this applicant's score.

** Credit

** Application Data

**LEASE INFORMATION**

| | | | |
|---|---|---|---|
| Monthly Rent: | $800 | Security Deposit: | $800 |
| Total Income: | $1000 | Lease Term: | 12 Months |
| Bedrooms: | 1 | Marketing Source: | Other Online Listing |
| Client Reference: | | Rent/Income: | 80 % |

REGISTRY SCOREX (TM) is designed as a useful predictor tool, but is not a guarantee of the future performance of an applicant. WARNING: A person must have permissible purpose under the Fair Credit Reporting Act(FCRA; 15 U.S.C. 1681-1681y) to obtain a consumer report. The FCRA provides that any person who knowingly and willfully obtains a consumer report under false pretenses may face criminal prosecution, including fines and possible imprisonment. A consumer reporting agency may not prohibit users from disclosing the contents of the report directly to the consumer, however the FCRA under most instances does not require users to do so. It is recommended that users refer all consumer inquiries regarding the information contained in this report directly to CoreLogic SafeRent, Inc. The Federal Trade Commission has said that consumer report users must consult the relevant provisions of the FCRA for details about their obligations under the FCRA. More information about consumer report user'sobligations is available at www.ftc.gov/credit.

ARROYO000644

# CRIMSAFE REPORT

April 26, 2016
10 : 34 AM

## REPORT INFORMATION

| | | | |
|---|---|---|---|
| **Property ID:** | M6360 | **Phone:** | 860-423-1283 |
| **Property Name:** | ArtSpace Windham | **Fax:** | 860-423-1285 |
| **Request Date:** | 04/26/2016 | **Request Type:** | CrimSAFE |
| **Request ID:** | M4412515 | **Permissible Purpose:** | Resident Screening |
| **Process Date:** | 04/26/2016 10:34:02 | | |

## APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| **Name:** | MIKHAIL ARROYO | **Suffix:** | |
| **SSN:** | ▮▮▮ | **DOB:** | ▮▮▮ |
| **Address:** | ▮▮▮ | | |

## TRANSACTION(s) USED

| Request# | Type | State | County |
|---|---|---|---|
| M4412516 | MULTISTATE | ** | ** |
| | MSSO | | |

## CRIMSAFE RESULT

**BASED UPON YOUR COMMUNITY CRIMSAFE SETTINGS AND THE RESULTS OF THIS SEARCH, DISQUALIFYING RECORDS WERE FOUND. PLEASE VERIFY THE APPLICABILITY OF THESE RECORDS TO YOUR APPLICANT AND PROCEED WITH YOUR COMMUNITY'S SCREENING POLICIES.**

### RECORD - 1 of 1

| | | | |
|---|---|---|---|
| **Request#:** | M4412516 | **Report Type:** | MULTI-STATE |
| **Record ID** | 1 | **Record Type:** | CRIMINAL COURT ACTION |
| **Name:** | MIKHAIL JESUS ARROYO | | |
| **DOB:** | ▮▮▮ | | |
| **SSN:** | | | |
| **Jurisdiction:** | 000000033501,PA | | |

| Sex: | Male | Race: | UNKNOWN | Height: | | Weight: | | Eye Color: | | Hair Color: | |
|---|---|---|---|---|---|---|---|---|---|---|---|

NOTE: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. A public record has been found with elements matching the information presented by your applicant. However, it is your sole responsibility to compare these elements and/or to obtain additional verification of the information provided. Though records are obtained from government public record sources, the ACCURACY OR COMPLETENESS OF THE INFORMATION IS NOT GUARANTEED. Remember, you must comply with your obligations under the federal Fair Credit Reporting Act, your Service Agreement, and the other applicable federal, state and local laws.

**ARROYO000645**

ARROYO000646