## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT FAIR HOUSING CENTER,** et al. | **Case No. 3:18-cv-00705-VLB** |
| *Plaintiffs,* | |
| **v.** | |
| **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC.** | |
| *Defendant.* | **December 11, 2020** |

### JOINT MOTION TO CONTINUE TRIAL

Plaintiffs Connecticut Fair Housing Center and Carmen Arroyo (collectively, "Plaintiffs") and Defendant CoreLogic Rental Property Solutions, LLC respectfully move to continue the trial in this matter by six months to August 2, 2021 (or such other date as is convenient for the Court) pursuant to Fed. R. Civ. P. 16(b)(4) and the District of Connecticut's Standing Order on Scheduling in Civil Cases.  Good cause exists to continue the trial until the COVID-19 pandemic abates.

On June 26, 2020, the Court ordered that trial be continued from August 17, 2020 to February 2, 2021.  While "the credibility of a witness is best assessed when the witness's face is fully visible and the witness appears in person," the Court determined that "requiring such in-person interactions for the scheduled [August] trial would jeopardize the health and safety of the trial participants, in view of the ongoing pandemic, the large number of fact and expert witnesses, where they reside, and the travel required for them to appear in person or for counsel to examine them in person."  Dkt. 190.

Unfortunately, by all metrics, the COVID-19 situation in Connecticut has grown significantly more dire since the summertime. During the week of August 17, there were 571 newly detected cases with a positivity rate (the percentage of tests administered that come back positive) below 1%.[1]  By comparison, in each of the last three full weeks, more than 11,000 new cases have been detected – by far the highest of the pandemic – with the positivity rate ballooning to nearly 9%.[2]

Witnesses and counsel reside in Virginia, Washington, D.C., New York City, California, Texas, Ohio, Connecticut, Georgia, Pennsylvania, and North Carolina. Multiple witnesses and counsel are 65 years old or older and/or have underlying health conditions that put them in the "high risk" category for COVID-19 infection.

In addition to the risks associated with travel, nearly all of these individuals would have to navigate Connecticut's travel advisory, which directs travelers from states and territories with a significant spread of COVID-19 to self-quarantine for a 14-day period or test negative (with a non-rapid PCR test) within 72 hours before arrival.  The travel advisory currently applies to 48 states.[3]  Given the number of witnesses, counsel and court personnel involved, it also appears that there is a significant risk that persons needed for the trial could be COVID-19 positive or under a personal quarantine status during the scheduled trial.

Experts believe that a highly effective COVID-19 vaccine will be available for

---

[1]    *See* CT Data Collaborative COVID-19 Tracker, https://public.tableau.com/profile/connecticut.state.data.center#!/vizhome/ConnecticutCOVID-19CaseTracking/CTdataCollaborativeCOVID-19

[2]    *Id.*

[3]    *See* Travel Advisory for Connecticut During the COVID-19 Pandemic, https://portal.ct.gov/Coronavirus/Travel

the general public by May or June.[4]   The parties believe that a six-month continuance is warranted to minimize, if not eliminate, the health risks to trial participants.   This request is made in good faith and is the first requested continuance of any trial date in this case by the parties.

The parties further request that that the conference currently scheduled for December 17, 2020 be limited to a short status conference to discuss this request for a continuance, with the final pre-trial conference set for a to-be-determined date in January 2021 if the Court decides to keep the February 2, 2021 trial date, or for a to-be-determined date in July 2021 if the Court grants the request to continue the trial.

Dated: December 11, 2020                      Respectfully submitted,


/s/ Salmun Kazerounian
Greg Kirschner
Salmun Kazerounian
Sarah White
CONNECTICUT FAIR HOUSING CENTER
60 Popieluszko Ct.
Hartford, CT 06106
Tel.: (860) 247-4400
greg@ctfairhousing.org

Eric Dunn
NATIONAL HOUSING LAW PROJECT
919 E. Main St., Ste. 610
Richmond, VA 23219
Tel.: (415) 546-7000
edunn@nhlp.org

---

[4]     *See, e.g., "*COVID-19 vaccine likely available to public in May or June, Hartford HealthCare official predicts," Hartford Courant, Dec. 1, 2020, *https://www.courant.com/coronavirus/hc-news-coronavirus-daily-updates-1201-20201201-mppdiyqp5nbkpbtbsucucuaxfq-story.html*.

Joseph M. Sellers (*PHV*)
Christine E. Webber (*PHV*)
Brian C. Corman (*PHV*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
Suite 500
Washington, D.C. 20005
Tel.: (202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
bcorman@cohenmilstein.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 11, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

<u>*/s/ Salmun Kazerounian*</u>
Greg Kirschner
Salmun Kazerounian
Sarah White
CONNECTICUT FAIR HOUSING CENTER
60 Popieluszko Ct.
Hartford, CT 06106
Tel.: (860) 247-4400
greg@ctfairhousing.org