UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT FAIR HOUSING CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,<br><br>Defendant. | No. 3:18-cv-00705 (VLB)<br><br><br><br><br><br><br><br>December 15, 2020 |

## DEFENDANT'S CONSENT MOTION TO AMEND JOINT TRIAL MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 16, Local Rules 7 and 16, and this Court's Pretrial Preferences, Defendant CoreLogic Rental Property Solutions, LLC ("RPS") respectfully submits this consent motion to amend the joint trial memorandum to update Defendant's trial counsel information.  In support of this motion, RPS states as follows:

1.   On June 15, 2020, Plaintiffs Connecticut Fair Housing Center and Carmen Arroyo, as next friend for Mikhail Arroyo, and Defendant filed the Joint Trial Memorandum.  (ECF 178.)  That Trial Memorandum was submitted based on a then-scheduled August 2020 trial date, which has since been rescheduled to February 2, 2021.

2.   Section I.B. of the Joint Trial Memorandum lists Defendant's counsel as including Attorney Victoria Woodin Chavey of Jackson Lewis, P.C.  It further lists Attorneys Timothy J. St. George, Alan Wingfield, and Cindy D. Hanson of Troutman Sanders LLP.  (ECF 178, at 1.)

3.   On July 1, 2020, Troutman Sanders LLP and Pepper Hamilton LLP

merged to become Troutman Pepper Hamilton Sanders LLP.

4. On November 2, 2020, Attorney Chavey moved to withdraw as counsel (ECF 198) due to her taking a leave of absence with her firm, which this Court granted the next day (ECF 199).

5. On December 15, 2020, Attorney Jill M. O'Toole of Shipman & Goodwin LLP filed an appearance on Defendant's behalf. (ECF 201.)

6. Accordingly, RPS requests leave to file an amended joint trial memorandum to update trial counsel information listed in Section I.B. by updating the law firm name for Attorneys St. George, Wingfield, and Hanson, and by replacing Attorney Chavey with Attorney O'Toole, which was necessitated by the withdrawal of Attorney Chavey after the August 2020 trial date was rescheduled.

7. Before filing this motion, Defendant's counsel conferred with Plaintiffs' counsel, who indicated that Plaintiffs consent to the relief requested herein.

WHEREFORE, Defendant respectfully requests leave to file an amended Joint Trial Memorandum to update its trial counsel information, together with such other and further relief as the Court deems proper.

    Respectfully submitted,

    By: /s/ Daniel W. Cohen
    Daniel W. Cohen (ct30467)
    TROUTMAN PEPPER HAMILTON
    SANDERS LLP
    875 Third Avenue
    New York, NY 10022
    Tel. (212) 704-6000

>Fax (212) 704-6288
>dan.cohen@troutman.com
>
>**Timothy J. St. George (*pro hac vice*)**
>**TROUTMAN PEPPER HAMILTON**
>**SANDERS LLP**
>**1001 Haxall Point**
>**Richmond, VA 23219**
>Tel. (804) 697-1254
>Fax (804) 698-6013
>timothy.st.george@troutman.com
>
>**-and-**
>
>**Jill M. O'Toole (ct27116)**
>**SHIPMAN & GOODWIN LLP**
>**One Constitution Plaza**
>**Hartford, CT 06103-1919**
>Tel. (860) 251-5000
>Fax (860) 251-5099
>jotoole@goodwin.com
>
>*Counsel for Defendant*