UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT FAIR HOUSING CENTER** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,**<br><br>*Defendant.* | No. 3:18-CV-705 (VLB) |

## STATUS REPORT

In advance of the hearing set for April 6, 2021 in this matter, Plaintiffs wish to alert the Court to an issue that has recently come to their attention, and which we would like to discuss with the Court during the hearing.

Plaintiffs learned, from review of the March 1, 2021 Form 10-K filed by Corelogic, Inc., the parent company of Defendant Corelogic Rental Property Solutions, LLC, that Corelogic sold the Corelogic RPS business in February 2021.[1] We wrote to counsel for Defendant on March 17 seeking further information. We did not receive any information until a telephone conference on April 2, 2021. We still do not have complete information, and have requested that Defendant provide additional information, including a copy of the sales agreement. However, through various public records and our conversations with

---

[1] See https://www.sec.gov/ix?doc=/Archives/edgar/data/36047/000003604721000018/clgx-20201231.htm

counsel for Defendant, it appears that the RPS operations have continued under the name SafeRent Solutions, LLC (the name used by the company prior to it being acquired by Corelogic many years ago).

Counsel for Defendant has represented that RPS retained liability for the pending case. However, a substantial portion of the relief sought is injunctive relief, which would require that SafeRent Solutions, LLC, the current owner and operator of the CrimSAFE product, be added as a defendant in this action. Based upon the information we have obtained, Plaintiffs will seek leave to file an amended complaint for the purpose of adding SafeRent Solutions, LLC as an additional defendant based on successor liability. Plaintiffs requested that Corelogic RPS consent to filing an amended complaint, and are awaiting its response.

Plaintiffs are prepared to act expeditiously in submitting an amended complaint, and seeking limited discovery, only that necessary to establish successor liability and confirm that CrimSAFE is operating in the same manner now as it was under Corelogic RPS. Plaintiffs intend to complete such limited additional discovery in time to maintain the existing trial date.

Dated: April 5, 2021                                  Respectfully submitted,

/s/ Christine E. Webber
Joseph M. Sellers (*PHV*)
Christine E. Webber (*PHV*)
Brian C. Corman (*PHV*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
Suite 500

2

Washington, D.C.  20005
Tel.:  (202) 408-4600
jsellers@cohenmilstein.com
cwebber@cohenmilstein.com
bcorman@cohenmilstein.com

**Greg Kirschner**
**Salmun Kazerounian**
**Sarah White**
CONNECTICUT FAIR HOUSING CENTER
60 Popieluszko Ct.
Hartford, CT  06106
Tel.:  (860) 247-4400
greg@ctfairhousing.org

**Eric Dunn**
NATIONAL HOUSING LAW PROJECT
1663 Mission St., Suite 460
San Francisco, CA  94103
Tel.:  (415) 546-7000
edunn@nhlp.org

## CERTIFICATE OF SERVICE

     I hereby certify that on April 5, 2021, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                         /s/ Christine E. Webber
                                         Christine E. Webber
                                         COHEN MILSTEIN SELLERS & TOLL PLLC
                                         1100 New York Ave., N.W.
                                         Suite 500
                                         Washington, D.C. 20005