Civil- (Dec-2008)

HONORABLE: V. Bryant

DEPUTY CLERK: J. Shafer          RPTR/ECRO/TAPE: F. Velez, ECRO

TOTAL TIME: ___ hours  21 minutes

DATE: 4-6-2021   START TIME: 1:06 pm   END TIME: 1:27 pm

LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:18-cv-705-VLB

Connecticut Fair Housing Ctr, et al.

vs

CoreLogic Rental Property Solutions, LLC

G. Kirschner, C. Webber, S. Kazerounian
Plaintiff's Counsel

J. O'Toole & T. St. George
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- [ ] Motion hearing
- [ ] Evidentiary Hearing
- [x] Pretrial teleconf.
- [ ] Show Cause Hearing
- [ ] Judgment Debtor Exam

[ ] .....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....  Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....  Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....  Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....  Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] .....  [ ] Briefs(s) due _____ [ ] Proposed Findings due _____ Response due _____
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  Hearing continued until _____ at _____

Notes: The Court will reserve six days for trial. Defendant will file an amended Rule 7.1 Disclosure Statement. Counsel will file a status report indicating when they are unavailable for the next eighteen months.