UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT FAIR HOUSING CENTER** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,** <br><br> *Defendant.* | No. 3:18-CV-705 (VLB) <br><br><br><br><br><br><br><br><br><br> May 13, 2021 |

## JOINT STATUS REPORT REGARDING AVAILABILITY FOR TRIAL

Pursuant to the Court's Order of April 6, 2021 (ECF 213), the parties conferred to identify any dates when counsel, fact witnesses, and expert witnesses have conflicts in the next eighteen (18) months that would prohibit either party from proceeding for a trial in this matter.[1]

Accordingly, the following is a combined list of dates of the scheduling conflicts on which the parties are *not available* for trial within the next eighteen (18) months:

June 4-22, 2021

July 5-9, 2021

July 12-16, 2021

July 17-24, 2021

---

[1] Counsel apologize for the delay in submitting this status report, but one of trial counsel was very ill and unable to participate in preparing this submission until this week. That trial attorney for Defendant continues to recuperate and hopes to resume limited work functions in the next few weeks.

1

August 4-6, 2021

August 9-13, 2021

August 16-20, 2021

August 23-25, 2021

August 30-31, 2021

September 7-10, 2021

September 13-17, 2021

September 20-24, 2021

October 4-8, 2021

October 11-15, 2021

October 18-22, 2021

October 25-26, 2021

November 1-5, 2021

November 8-12, 2021

November 15-19, 2021

November 22-26, 2021

November 29-30, 2021

December 1-4, 2021

December 7-11, 2021

December 14-16, 2021

December 20, 2021-January 7, 2022

February 10-13, 2022

February 14-18, 2022

**2864444 v1**

February 21-22, 2022

March 7-11, 2022

March 15-April 15, 2022

April 20-24, 2022

May 15-31, 2022

June 6-10, 2022

June 13, 2022

July 1, 2022

July 5-8, 2022

July 11-15, 2022

August 8-12, 2022

August 15-19, 2022

September 5-9, 2022

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ Greg Kirschner | By: /s/ Jill M. O'Toole |
| Greg Kirschner | Jill M. O'Toole (ct27116) |
| Salmun Kazerounian | SHIPMAN & GOODWIN LLP |
| Sarah White | One Constitution Plaza |
| CONNECTICUT FAIR HOUSING CENTER | Hartford, CT 06103-1919 |
| 60 Popieluszko Ct. | Tel. (860) 251-5000 |
| Hartford, CT 06106 | Fax (860) 251-5099 |
| Tel.: (860) 247-4400 | jotoole@goodwin.com |
| greg@ctfairhousing.org |  |
|  | -and- |
| Eric Dunn | Daniel W. Cohen (ct30467) |
| NATIONAL HOUSING LAW PROJECT | TROUTMAN PEPPER HAMILTON |
| 1663 Mission St., Suite 460 | SANDERS LLP |
| San Francisco, CA 94103 | 875 Third Avenue |
| Tel.: (415) 546-7000 | New York, NY 10022 |
| edunn@nhlp.org | Tel. (212) 704-6000 |

3

                                       Fax (212) 704-6288
                                       dan.cohen@troutman.com

| | |
|---|---|
| **Joseph M. Sellers (*PHV*)** | **Timothy J. St. George (*pro hac vice*)** |
| **Christine E. Webber (*PHV*)** | **TROUTMAN PEPPER HAMILTON** |
| **Brian C. Corman (*PHV*)** | **SANDERS LLP** |
| **COHEN MILSTEIN SELLERS & TOLL PLLC** | **1001 Haxall Point** |
| **1100 New York Ave., N.W.** | **Richmond, VA 23219** |
| **Suite 500** | **Tel. (804) 697-1254** |
| **Washington, D.C.  20005** | **Fax (804) 698-6013** |
| **Tel.:  (202) 408-4600** | **timothy.st.george@troutman.com** |
| **jsellers@cohenmilstein.com** | |
| **cwebber@cohenmilstein.com** | ***Counsel for Defendant*** |
| **bcorman@cohenmilstein.com** | |
| | |
| ***Counsel for Plaintiffs*** | |

**2864444 v1**