UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT FAIR HOUSING CENTER** *et al.*, | No. 3:18-CV-705 (VLB) |
| *Plaintiffs*, | |
| v. | |
| **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,** | |
| *Defendant.* | October 14, 2021 |

## JOINT STATUS REPORT REGARDING AVAILABILITY FOR TRIAL

Pursuant to this Court's Order (ECF 221), and in support of the Unopposed Motion to Reschedule Trial (ECF 220), the parties have conferred to identify any dates when counsel, fact witnesses, and expert witnesses have conflicts in the period of December 2021 through March 2022 that would prohibit either party from proceeding for a trial in this matter.

Accordingly, the following is a combined list of dates when all parties are *available* for the scheduled six-day bench trial in the period of December 2021 through March 2022:

| Defendant's Availability | Plaintiffs' Availability | Mutual Availability |
|---|---|---|
| **December 2021**<br>• December 18-19 | **December 2021**<br>• Dec 1–Dec. 3<br>• Dec. 6–10 | **December 2021**<br>• None |
| **January 2022**<br>• Jan. 17–21<br>• Jan. 24–28 | **January 2022**<br>• Jan. 4–7<br>• Jan. 10–14<br>• Jan. 17–21 | **January 2022**<br>• Jan. 17–21 |

1

| February 2022<br>• Jan. 31–Feb. 3<br>• Feb. 14–18<br>• Feb. 21–25 | February 2022<br>• Jan. 31–Feb. 4 | February 2022<br>• Jan. 31–Feb. 3 |
|---|---|---|
| March 2022<br>• Feb. 28–Mar. 4<br>• Mar. 14–18<br>• Mar. 21–25<br>• Mar. 28–Mar. 31 | March 2022<br>• Mar. 7–11<br>• Mar. 14-18<br>• Mar. 28–31 | March 2022<br>• Mar. 14–18<br>• Mar. 28–Mar. 31 |

The parties respectfully request the Court set this matter for trial on a span of provided dates when all counsel, parties, and witnesses are available.

The parties also request a pre-trial conference at least thirty (30) days before the first day of evidence at trial.

Respectfully submitted,

By: /s/ Greg Kirschner
Greg Kirschner (ct26888)
Salmun Kazerounian (ct29328)
Sarah White (ct29329)
CONNECTICUT FAIR HOUSING CENTER
60 Popieluszko Ct.
Hartford, CT  06106
Tel.:  (860) 247-4400
greg@ctfairhousing.org

Christine E. Webber (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
Washington, D.C.  20005
Tel.:  (202) 408-4600
cwebber@cohenmilstein.com

*Counsel for Plaintiffs*

By: /s/ Jill M. O'Toole
Jill M. O'Toole (ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel. (860) 251-5000
Fax (860) 251-5099
jotoole@goodwin.com

Timothy St. George (*pro hac vice)*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Tel. (804) 697-1254
Fax (804) 698-6013
Timothy.st.george@troutman.com

*Counsel for Defendant*