UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT FAIR HOUSING CENTER,** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,** <br><br> *Defendant.* | No. 3:18-cv-00705 (VLB) <br><br><br><br><br><br><br><br> May 6, 2022 |

## PARTIES' NOTICE OF TRIAL AVAILABILITY

Pursuant to this Court's instructions on April 20, 2022, Plaintiffs and Defendant respectfully submit this notice concerning the remaining time needed to present evidence and mutual dates of availability this fall. Plaintiffs anticipate having approximately 1.5 days, inclusive of cross-examination, to complete their case in chief. Defendant likewise anticipates that it will need approximately 4 days for the presentation of evidence, inclusive of cross-examination.

The parties also anticipate collectively needing approximately two hours for closing argument.

Thus, the parties request that the Court schedule six trial days to complete the trial.

The parties and their remaining witnesses are mutually available on the following dates: October 24, 25, 27, 28, and November 3, 4, 7, 8.

Furthermore, just like the relief previously afforded to Defendant in open Court on March 19, 2022, Defendant also requests that it be permitted to conclude its principal witness on the first day of Defendant's case without having to fly in

an additional witness from across the country to testify for a brief period that same day.

                                                        **Respectfully submitted,**

| | |
|---|---|
| By: */s/ Greg Kirschner*<br>Greg Kirschner (ct26888)<br>Salmun Kazerounian (ct29328)<br>Sarah White (ct29329)<br>Connecticut Fair Housing Center<br>60 Popieluszko Ct.<br>Hartford, CT  06106<br>Tel.:  (860) 247-4400<br>greg@ctfairhousing.org | By: */s/ Jill M. O'Toole*<br>Jill M. O'Toole (ct27116)<br>O'Toole + O'Toole PLLC<br>280 Trumbull Street, 15th Fl.<br>Hartford, CT 06103<br>Tel.: 860.519.5813<br>Fax: 914.232.1599<br>jotoole@otoolegroup.com |
| Christine E. Webber (*pro hac vice*)<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Ave., N.W.<br>Washington, D.C.  20005<br>Tel.:  (202) 408-4600<br>cwebber@cohenmilstein.com | Timothy St. George (*pro hac vice*)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>1001 Haxall Point<br>Richmond, VA 23219<br>Tel. (804) 697-1254<br>Fax (804) 698-6013<br>Timothy.st.george@troutman.com |
| **Counsel for Plaintiffs** | **Counsel for Defendant** |