HONORABLE: V. Bryant
DEPUTY CLERK: J. Shafer  RPTR/ECRO/TAPE: A. Gaskins, ECRO
TOTAL TIME: 4 hours 49 minutes
DATE: 11-8-2022  START TIME: 9:33 AM  END TIME: 3:54 PM
LUNCH RECESS  FROM: 11:49 AM  TO: 1:21 PM
RECESS (if more than ½ hr)  FROM:  TO:

CIVIL NO. 3:18-cv-705-VLB

Connecticut Fair Housing Ctr, et al.

vs

CoreLogic Rental Property Solutions, LLC

Kazerounian, Webber, Dunn, & Gerleman
Plaintiff's Counsel

Hanson, O'Toole, & St. George
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

☐ .......... Jury of _____ reported.  ☐ Jury sworn
☐ .......... Juror # _____ excused.
☐ .......... Jury Trial held  ☐ Jury Trial continued until _____ at _____
☐ .......... ☐ Court Trial begun  ☐ Court Trial held  ☐ Court Trial continued until _____
☑ .......... Court Trial concluded  ☐ DECISION RESERVED
☐ ....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...... _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed
☐ .......... Plaintiff(s) rests  ☑ Defendant(s) rests
☐ .......... Briefs(s) due  ☐ Pltf _____ ☐ Deft _____ ☐ Reply _____
☑ .......... ☑ Summations held  ☐ Court's Charge to the Jury
☐ .......... All full exhibits, ☐ Verdict form, ☐ Interrogatories to the jury handed to jury
☐ .......... Jury commences deliberations at _____
☐ .......... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
☐ .......... SEE page 2 for verdict
☐ .......... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

_____

_____

_____

_____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____