✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  CONNECTICUT

CT Fair Housing Ctr, et al.

**EXHIBIT LIST**

V.

CoreLogic Rental Property Solutions

Case Number: 3:18-cv-705-VLB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| V. Bryant | Kazerounian-Webber-Dunn-Gerleman | Hanson-O'Toole-St. George-Wingfield |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3-14,15; 10-24,25,28; 11-2,3,4,7,8-22 | F. Velez/A. Gaskins, ECRO | J. Shafer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 37 | | 3/14/2022 | Y | Y | Full Lease Agreement Between Carmen Arroyo and ArtSpace Windham |
| 28 | | 3/14/2022 | Y | Y | Mikhail Arroyo File Disclosure Request, Received June 27, 2016 |
| 25 | | 3/14/2022 | Y | Y | CoreLogic 6/30/16 letter to Mikhail Arroyo |
| | BE | 3/14/2022 | Y | N | *ID ONLY* Disclosure Request Timeline: 2016 |
| 26 | | 3/14/2022 | Y | Y | Mikhail Arroyo File Disclosure Request, November 15, 2016 |
| | AK | 3/14/2022 | Y | Y | Apr. 20, 2017 Notice from the York County Court to M. Arroyo |
| 24 | | 3/14/2022 | Y | Y | Screenshot of notes from AS400 System used by CoreLogic RPS re Mikhail Arroyo |
| 49 | | 3/14/2022 | Y | Y | CHRO Carmen Arroyo et al v. Artspace Windham LP et al, Conciliation Agreement |
| | V | 3/14/2022 | Y | N | *ID ONLY* Adverse Action Letter for M. Arroyo |
| | AH | 3/14/2022 | Y | N | *ID ONLY* Sticky note from ArtSpace to C. Arroyo |
| | T | 3/14/2022 | Y | N | *ID ONLY* AS400 Notes |
| | AY | 3/14/2022 | Y | Y | CFHC Notes on envelope |
| | O | 3/14/2022 | Y | Y | June 27, 2016 Consumer Disclosure Request Form |
| | P | 3/14/2022 | Y | Y | June 30, 2016 Letter from RPS to C. Arroyo |
| | AX | 3/14/2022 | Y | Y | CFHC Notes |
| | Q | 3/14/2022 | Y | Y | November 15, 2016 Consumer Disclosure Request Form |
| | AO | 3/14/2022 | Y | Y | Unit Transfer Request Form for two-bedroom apartment |
| | BA | 3/14/2022 | Y | Y | Notes from Carmen Arroyo regarding leases |
| | BU | 3/14/2022 | Y | N | *ID ONLY* Plaintiff's Amended Damages Analysis July 2019 |
| | AL | 3/14/2022 | Y | Y | Dec. 28, 2016 Draft letter from C. Arroyo to the York County Court |
| 7 | | 3/14/2022 | Y | Y | Proposal to Winn incl. attachments, Aug. 2015, (aka Response to Winn RFP) |
| 30 | | 3/14/2022 | Y | Y | Mikhail Arroyo CrimSAFE Lease Decision and Adverse Action Letter dated 4-26-2016 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Conn. Fair Housing Ctr, et al. | | vs. CoreLogic Rental Property Solutions | | | CASE NO. 3:18-cv-705-VLB |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 8 |  | 3/14/2022 | Y | Y | CrimSAFE configuration page (Manage CrimSAFE) |
| 43 |  | 3/15/2022 | Y | Y | S. Dachtler 2-3-2019 email to WinnResidential staff re CoreLogic Meeting Recap & Follow-up |
|  | F | 3/15/2022 | Y | Y | 4-1-2016 HUD Guidance Client Alert Email |
| 98 |  | 3/15/2022 | Y | Y | HUD Guidance on Application of FHA Standards to Use of Criminal Records by Housing Providers |
|  | G | 3/15/2022 | Y | Y | April 2016 email from Lynn Bora to Stacie Dachtler |
|  | AN | 3/15/2022 | Y | N | *ID ONLY* ArtSpace Windham Tenant Selection Plan |
| 81B |  | 3/15/2022 | Y | Y | CV of Christopher Wildeman |
| 81A |  | 3/15/2022 | Y | Y | *seperated on 11-8-2022 into 3 parts* Tables to Expert Report of Christopher Wildeman |
| 93A |  | 3/15/2022 | Y | N | *ID ONLY* Table 4 to Christopher Wildeman Declaration |
|  | BN | 3/15/2022 | Y | N | *ID ONLY* Dr. Wildeman's Cumulative Risks of Incareration & Dr. Huber's Standard Errors |
| 88B |  | 3/15/2022 | Y | Y | CV of Allen Parnell |
| 47 |  | 3/15/2022 | Y | Y | Zip codes of properties using CrimSAFE in Connecticut |
| 88A |  | 3/15/2022 | Y | Y | Tables and figures to Expert Report of Allen Parnell |
|  | BV | 3/15/2022 | Y | N | *ID ONLY* Steno pad on Elmo during Wildeman |
| 102 |  | 10/24/2022 | Y | N | *ID ONLY* Table 12 markup on Elmo during Parnell |
|  | BW | 10/24/2022 | Y | N | *ID ONLY* Social Sciences website printout |
|  | BO | 10/24/2022 | Y | N | *ID ONLY* Dr. Wildeman's Cumulative Risks of Incareration & Dr. Huber's Standard Errors |
|  | BP | 10/24/2022 | Y | N | *ID ONLY* Wildeman (2019a) Table 1 with Confidence Limits |
| 80A |  | 10/24/2022 | Y | Y | CV of Dr. Lila Kazemian |
| 1 |  | 10/24/2022 | Y | Y | CrimSAFE Configuration Form, 2012 |
|  | A | 10/24/2022 | Y | Y | CrimSAFE Configuration Instructions |
|  | AC | 10/24/2022 | Y | Y | 2018 Update on Prisoner Recidivism: A 9 Year Follow-Up Period (2005 - 2014) |
|  | AZ | 10/24/2022 | Y | Y | CT OPM "Recidivism in CT" |
|  | AD | 10/24/2022 | Y | Y | Bureau of Justice Statistics - Location |
|  | BX | 10/24/2022 | Y | N | *ID ONLY* Social Sciences website printout |
| 29 |  | 10/25/2022 | Y | Y | Email 5/8/2017, Cunningham to Lindenfelzer w/ attachment of Mikhail Arroyo docket |
| 9 |  | 10/25/2022 | Y | Y | CoreLogic RPS's 2018 training provided to WinnResidential |

Page  2  of  6  Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | CT Fair Housing Ctr, et al. | | vs. | CoreLogic Rental Property Solutions | CASE NO. 3:18-cv-705-VLB |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 48 | | 10/25/2022 | Y | Y | CHRO, Carmen Arroyo et al v. Artspace Windham LP et al, Respondents' Answer to Complaint |
| | V | 10/25/2022 | Y | Y | Adverse Action Letter for M. Arroyo |
| | AJ | 10/25/2022 | Y | Y | Dec. 12, 2016 letter from M. Cuerda to M. Cunningham |
| | BY | 10/25/2022 | Y | Y | Dec. 12, 2016 letter with attachment |
| | AP | 10/25/2022 | Y | Y | Pre- Determination Conciliation Agreement |
| 11 | | 10/28/2022 | Y | Y | 2016 CrimSAFE marketing Registry CrimSAFE product sheet |
| 12 | | 10/28/2022 | Y | Y | CrimSAFE marketing Criminal Search Services packet |
| 44 | | 10/28/2022 | Y | Y | 2005 Registry CrimSAFE product sheet |
| 50 | | 10/28/2022 | Y | Y | Screenshot taken 3-12-2018 of Corelogic RPS webpage "Resident Screening" |
| 52 | | 10/28/2022 | Y | Y | 3-2011 article "Are You Gambling With the Consistency of Your Criminal Screening Decisions?" |
| 53 | | 10/28/2022 | Y | Y | Screenshot taken 2-26-2018 of CoreLogic RPS website "Criminal Screening" |
| 54 | | 10/28/2022 | Y | Y | Screenshot of 2002 SafeRent webpage "SafeRent Criminal Recommendation" |
| 55 | | 10/28/2022 | Y | Y | Registry SafeRent Criminal Search Services E-Brochure, (c) 2004 |
| 56 | | 10/28/2022 | Y | Y | Screenshots of 2006 CoreLogic RPS websites |
| 57 | | 10/28/2022 | Y | Y | 2006 Brochure "Registry Criminal Search Services" |
| 58 | | 10/28/2022 | Y | Y | Screenshots of 2008 Corelogic RPS websites "Registry CrimCHECK" "Registry and CrimSAFE" |
| 59 | | 10/28/2022 | Y | Y | Screenshots of 2009 CoreLogic RPS websites |
| 60 | | 10/28/2022 | Y | Y | 2011 article "Are You Gambling With the Consistency of Your Criminal Screening Decisions?" |
| 61 | | 10/28/2022 | Y | Y | CrimSAFE Tri-State Maryland-DC-Virginia product sheet |
| 62 | | 10/28/2022 | Y | Y | Screenshot of 2014 CoreLogic RPS website "SafeRent Criminal Screening" |
| | AM | 10/28/2022 | Y | Y | CFHC Executive Director's Report |
| | BZ | 10/28/2022 | Y | N | *ID ONLY* Guide for Housing Providers |
| | AF | 10/28/2022 | Y | Y | Corelogic Third Party Authentication Procedures |
| | T | 10/28/2022 | Y | Y | AS400 Notes |
| | N | 10/28/2022 | Y | Y | AS400 Notes |
| 45 | | 10/28/2022 | Y | Y | CrimSAFE Authentication Procedures (Revision 4.0, March 2016) |
| 76 | | 10/28/2022 | Y | Y | Email providing conservatorship certification, S. Kazerounian to T. St. George, 2-6-2019 |

Page   3   of   6   Pages

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| CT Fair Housing Ctr, et al. | | vs. CoreLogic Rental Property Solutions | | | CASE NO. 3:18-cv-705-VLB |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 77 |  | 10/28/2022 | Y | Y | Email stating file disclosure being processed, T. St. George to S. Kazerounian, 4-5-2019 |
| 46 |  | 10/28/2022 | Y | Y | CoreLogic RPS Criminal Searching Training for sales and account managers |
|  | AU1 | 11/2/2022 | Y | Y | CV of Dr. William Huber and case list |
|  | Z | 11/3/2022 | Y | Y | Number of Properties using CrimSAFE in CT |
|  | C | 11/3/2022 | Y | Y | CrimSAFE Category Descriptions |
|  | AW | 11/3/2022 | Y | Y | National Incident Based Reporting System FAQ webpage |
|  | B | 11/3/2022 | Y | Y | CrimSAFE Configuration Matrix |
| 27 |  | 11/3/2022 | Y | Y | Arroyo Lease Recommendation Report generated by CoreLogic RPS on 4-26-2016 |
| 3 |  | 11/3/2022 | Y | Y | CrimSAFE Category Descriptions |
| 2 |  | 11/3/2022 | Y | Y | CrimSAFE Category Description and Details |
| 38 |  | 11/3/2022 | Y | Y | CrimSAFE Decisions Reports Subject to Decline, 1-1-16 to 7-9-2019 at multiple properties |
|  | S | 11/3/2022 | Y | Y | Super-Admin Version of M. Arroyo Report |
| 34 |  | 11/3/2022 | Y | N | *ID ONLY* Number of clients using CrimSAFE and number of properties, Jan. 2009 to May 2019 |
| 78 |  | 11/3/2022 | Y | Y | Defendant's Objections and Responses to Plaintiffs' First Set of Requests for Production |
| 39 |  | 11/3/2022 | Y | Y | CrimSAFE Decline Decisions by Race, July 2016 to July 2019, CT Residents |
| 40 |  | 11/3/2022 | Y | Y | CrimSAFE Decline Decisions by Race, July 2016 to July 2019, CT Properties |
| 35 |  | 11/3/2022 | Y | Y | CrimSAFE "Record(s) Found" decisions where race was associated with record, July '16-April '19 |
| 5 |  | 11/3/2022 | Y | Y | Hudson Cook presentation to CoreLogic RPS on HUD Guidance |
| 6 |  | 11/3/2022 | Y | Y | Corelogic RPS email to clients re CoreLogic Response to New HUD Guidance, 4-16-2016 |
|  | BN | 11/3/2022 | Y | Y | Dr. Wildeman's Cumulative Risks of Incareration & Dr. Huber's Standard Errors |
|  | BP | 11/3/2022 | Y | N | *ID ONLY* Wildeman (2019a) Table 1 with Confidence Limits |
|  | BQ | 11/3/2022 | Y | N | *ID ONLY* Wildeman (2019a) Table 1 with Confidence Limits (Four-year lookback period) |
|  | BS | 11/3/2022 | Y | N | *ID ONLY* Dr. Wildeman's Disparity Ratios & Dr. Huber's Standard Errors |
| 31 |  | 11/4/2022 | Y | Y | Commonwealth of Penn. v. Mikhail Jesus Arroyo, Notice of Withdrawal of Charges (4-20-2017) |
| 34 |  | 11/4/2022 | Y | Y | Number of clients using CrimSAFE and number of properties, Jan. 2009 to May 2019 |
| 42 |  | 11/4/2022 | Y | Y | CoreLogic RPS certificate alleging FCRA compliance & FHA compliance |
| 79 |  | 11/4/2022 | Y | Y | Deft's Objections and Responses to Pltfs' First Set of Requests for Admission |

AO 187A (Rev. 7/87)               **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | CT Fair Housing Ctr, et al. | | vs. | CoreLogic Rental Property Solutions | CASE NO. 3:18-cv-705-VLB |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 85 | | 11/4/2022 | Y | Y | Defendant's Responses to Plaintiff's Second Set of Requests for Production |
| 86 | | 11/4/2022 | Y | Y | Printout taken 12-6-19 of Huduser.gov website "FY 2019 Income Limits Documentation System" |
| | AQ | 11/4/2022 | Y | Y | Responses to RPS's RFAs |
| | AR | 11/4/2022 | Y | Y | Responses to RPS's ROGs Nos. 10-11 |
| | CA | 11/4/2022 | Y | Y | Defendant's marked version of Exhibit BP |
| 93A | | 11/4/2022 | Y | Y | Table 4 to Christopher Wildeman Declaration |
| 102 | | 11/4/2022 | Y | Y | Table 12 markup shown on projector |
| 99 | | 11/4/2022 | Y | Y | Graph, Lifetime risk of all youth with known income in 2015, by region (NLSY data) |
| 88 | | 11/4/2022 | Y | N | *ID ONLY* Expert Report of Allen Parnell (corrected) |
| | AU | 11/4/2022 | Y | N | *ID ONLY* Rebuttal expert report of Dr. William Huber |
| 104 | | 11/4/2022 | Y | Y | Plaintiffs' marked version of Exhibit BN |
| 97 | | 11/4/2022 | Y | Y | Using American Comm. Survey Estimates and Margins of Error (Census Bureau presentation) |
| 93 | | 11/4/2022 | Y | N | *ID ONLY* Rebuttal Decl. of Christopher Wildeman |
| 100 | | 11/4/2022 | Y | Y | Understanding and Using American Community Survey data (excerpts) |
| | AT1 | 11/7/2022 | Y | Y | CV of Jay Kacirck and case list |
| | J | 11/7/2022 | Y | Y | Screening Service Agreement between RPS and WinnResidential |
| | I | 11/7/2022 | Y | Y | Screening Service Agreement-Policies and Procedures Applicable to End Users |
| | E | 11/7/2022 | Y | Y | Advisory Board Criminal Records Screening Presentation |
| | K | 11/7/2022 | Y | Y | CrimSAFE Settings March 2016 |
| | H | 11/7/2022 | Y | Y | May 2016 Email from Lynn Bora to Stacie Dachtler with Attachment |
| 41 | | 11/7/2022 | Y | Y | CoreLogic RPS staff email to WinnResidential staff re "Corelogic: Meeting Follow- up" 8-27-2017 |
| | AB | 11/7/2022 | Y | Y | Manage CrimSAFE |
| | Y | 11/7/2022 | Y | Y | Screenshot of M. Arroyo Background Screening Report |
| 32 | | 11/7/2022 | Y | Y | CrimSAFE Lease Recommendation report for Mikhail Arroyo, April 26,2016 |
| 10 | | 11/8/2022 | Y | Y | Corelogic RPS's 2017 training provided to WinnResidential |
| | M | 11/8/2022 | Y | Y | M. Arroyo Record |
| 81A1 | | 11/8/2022 | Y | N | *ID ONLY* Tables to Expert Report of Christopher Wildeman |

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | CT Fair Housing Ctr, et al. | vs. | CoreLogic Rental Property Solutions | CASE NO. 3:18-cv-705-VLB | | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 81A2 | | 11/8/2022 | Y | N | *ID ONLY* Tables to Expert Report of Christopher Wildeman | |
| 81A3 | | 11/8/2022 | Y | Y | Tables to Expert Report of Christopher Wildeman | |

Page 6 of 6 Pages