UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT FAIR HOUSING CENTER | : | CASE NO: 3:18-cv-00705 (VLB) |
| and | : | |
| CARMEN ARROYO, individually and as next Friend for Mikhail Arroyo | : | |
| Plaintiffs, | : | |
| v. | : | |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC | : | |
| Defendant. | : | March 28, 2023 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), undersigned counsel respectfully moves this Court for an order granting permission to withdraw her appearance as counsel for Plaintiffs. As of this Friday, March 31, 2023, Ms. Gerleman will no longer be employed with Cohen Milstein Sellers & Toll. Several lawyers from Cohen Milstein Sellers & Toll, PLLC have appeared in this matter and will maintain appearances on behalf of the Plaintiffs.

*/s/ Samantha Gerleman*
Samantha Gerleman
Cohen, Milstein, Sellers & Toll, PLLC
1100 New York Ave., N.W.
Suite 500
Washington, DC 20005
202-408-4676
sgerleman@cohenmilstein.com

**CERTIFICATION OF SERVICE**

I certify that, on March 28, 2023, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Samantha Gerleman*
Samantha Gerleman