UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CONNECTICUT FAIR HOUSING CENTER**<br><br>and<br><br>**CARMEN ARROYO, individually and as next friend for Mikhail Arroyo,**<br><br>*Plaintiffs,*<br><br>-v-<br><br>**CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,**<br><br>*Defendant*. | Case No. 3:18-cv-00705-VLB |

### DEFENDANT CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant CoreLogic Rental Property Solutions, LLC ("Defendant") cross-appeals to the United States Court of Appeals for the Second Circuit from this Court's Judgment entered on July 21, 2023 (ECF 318), with the associated Memorandum of Decision and Order filed July 20, 2023 (ECF 317).

Plaintiffs filed a notice of appeal from this Court's Judgment and Order on August 4, 2023.  (ECF No. 320); *see* Fed. R. App. P. 4(a)(3) (providing for "Multiple Appeals"); Fed. R. App. P. 28.1 ("Cross-Appeals").

Defendant cross-appeals from the portions of this Court's Judgment, Memorandum of Decision, and Order finding in favor of Plaintiffs on the Fair Credit Reporting Act claim and awarding $1,000 in statutory damages, $3,000 in punitive damages, and reasonable attorneys' fees (in an amount to be determined).

**Dated: August 14, 2023**                     Respectfully submitted,


/s/ Timothy St. George
**Timothy J. St. George (Bar No. phv 77349)**
**Alan D. Wingfield (Bar No. phv 10639)**
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
**1001 Haxall Point**
**Richmond, VA  23219**
**Telephone:  (804) 697-1200**
**Facsimile:  (804) 698-5172**
**Email: timothy.st.george@troutman.com**
**Email:  alan.wingfield@troutman.com**

**Cindy D. Hanson (Bar No. phv 18945)**
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
**600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308**
**Telephone:  (404) 885-3830**
**Facsimile:    (404) 885-3900**
**Email:  cindy.hanson@troutman.com**

**Jill M. O'Toole (Bar No. ct27116)**
**O'TOOLE + O'TOOLE PLLC**
**280 Trumbull Street, 15th Floor**
**Telephone: (860) 519-5813**
**Email: jotoole@otoolegroup.com**

*Counsel for Defendant CoreLogic Rental Property Solutions, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Timothy St. George
**Timothy J. St. George (Bar No. phv 77349)**
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
**1001 Haxall Point**
**Richmond, VA  23219**
**Telephone:  (804) 697-1200**
**Facsimile:  (804) 698-5172**
**Email: timothy.st.george@troutman.com**